# United States District Court
## District of Connecticut

| | |
|---|---|
| John J. Cassidy et al<br>*PLAINTIFF* | Civil No. 3:02cv1688(CFD) |
| VS. | |
| Kathryn M. Lawson et al<br>*DEFENDANT(s)* | |

*United States District Court*
*District of Connecticut*
*FILED AT     HARTFORD*
*10/16/2003*
*Kevin F. Rowe, Clerk*
*By: [signature] Deputy Clerk*

### ORDER

The defendant(s) Kathryn M. Lawson et al, in the above-entitled case, having made application to the Clerk of the Court for an Order requiring the plaintiff to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Rule 8 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut.

It is ORDERED that the plaintiff herein file a $500.00 bond as security for costs in this action within thirty (30) days from the date of this Order.

Dated at Hartford, Connecticut, this 16th of October, 2003.

Kevin F. Rowe
Clerk, U.S. District Court

By: [signature]
Deputy Clerk