FILED

2003 OCT -9 P 12: 16

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CASSIDY, ET AL | : | NO.: 302CV1688 (CFD) |
| v. | : | |
| KATHRYN M. LAWSON, ET AL | : | OCTOBER 8, 2003 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 7(b), the defendants, William Petit, Patrick Ringrose and Marliss Pavano, hereby request that the case management deadlines set forth in the Scheduling Order approved by the Court on January 17, 2003 be modified in accordance with the deadlines set forth below.

In support of this motion, the defendants represent that the parties agreed to delay discovery until such time as the Court ruled on the defendants' pending motions to dismiss at oral argument of the same. On September 19, 2003, the Court denied the defendants' motions. The parties will require additional time in order to conduct and complete discovery in light of the complexity of the issues and the number of parties involved.

*Granted. So ordered. 10/21/05*

ORAL ARGUMENT IS NOT REQUESTED