UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson,<br>Plaintiffs, | ) ) ) ) | Case No.: No. 302cv1688(CFD) |
| vs. | ) ) ) | |
| Kathryn M. Lawson, Dean Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard,<br>Defendants | ) ) ) ) ) ) ) ) | September 14, 2003<br><br>Defendant Ronald Pavano<br>Motion For Bond F.R.C.P. 83.3(a) |

Pursuant to Local Rule 83.3(a) of the United District Court for the District of Connecticut, the Defendant, Ronald Pavano respectfully moves for an order that the Plaintiffs, John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson and Henry R. Syskowsi, give a cash deposit or bond with sufficient surety in the sum of $500.00 , within thirty (30) days from entry of such order.

DEFENDANT
RONALD PAVANO

By /s/ Kenneth John Laska
Kenneth John Laska
Segal & Laska, LLC
Drawer A
63 east Main Street
Plainville, Connecticut 06062
Office      (860) 747-2792
Fax         (860) 747-8609
E-Mail      kenneth.laska@snet.net
Federal Bar Number ct00042

-1-

## CERTIFICATION

     I hereby certify that a copy of the foregoing Motion was mailed postage prepaid to all parties listed below on the October 14, 2003.

Ms. Beatrice S. Jordan
Attorney At Law
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Paul M. Clyons, Esq.
Law Office of Heidi Zultowsky
70 Stanley Drive
New Britain, Connecticut 06050

John A. Barbieri, Esq.
P.O. Box 1445
New Britain, Connecticut 06050

Karen L. Karpie
Attorney at Law
Murphy & Karpie
350 Fairfield Avenue
Bridgeport, Connecticut 06604

Charles E. Vermette, Jr.
Litchfield Cavo, Attorneys at Law
40 Tower Lane, Suite 200
Avon, Connecticut 06001

William T. Barrante, Esq.
Attorney At Law
P.O. Box 273
Watertown, Connecticut 06795

By _____
Kenneth John Laska
Segal & Laska, LLC
Drawer A
63 East Main Street
Plainville, Connecticut 06062
Office    (860) 747-2792
Fax    (860) 747-8609
E-Mail    kenneth.laska@snet.net
Federal Bar Number ct00042