UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,                NO. 3:02cv1688(CFD)
      Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

      Defendants          OCTOBER 15, 2003

**PLAINTIFFS' OBJECTION TO
DEFENDANTS' MOTION FOR BOND**

The plaintiffs hereby object to the Motion for Bond, dated October 8, 2003, filed by defendants William Petit, Patrick Ringrose and Marliss Pavano, on the following grounds:

(1) With respect to the plaintiff John Mastrianni, the objection should be sustained because Mr. Mastrianni, in the Third Count of the Second Amended Complaint, makes no claims against any of the moving defendants.

(2) With respect to all the plaintiffs, they are fairly well known and respected residents of the Town of Plainville and are able to pay the costs of this action, certainly to the extent of $500.00. Defendants' motion is simply a way to increase the cost of the suit for plaintiffs before judgment, one way or the other, is even entered.

(3) With respect to all the plaintiffs, while the court in its discretion may grant the motion for bond, it may also, in its discretion, deny the motion, at least until such time as the court may rule on any motion for summary judgment that any defendant or defendants may file.

PLAINTIFFS

By /s/ William T. Barrante

William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885

## CERTIFICATION

I hereby certify that on October 15, 2003, a copy of the foregoing was mailed to the following counsel of record:

Kenneth John Laska, Esquire
Segal & Laska, LLC
Drawer A, 63 East Main Street
Plainville, CT 06062

Charles E. Vermette, Esquire, Jr.
Miss Deborah E. Roser
Miss Melicent B. Thompson
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

John A. Barbieri, Esquire
Attorney at Law
P.O. Box 1445
New Britain, CT 06050

Miss Jane R. Rosenberg
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Miss Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Miss Karen L. Karpie
Murphy & Karpie
350 Farfield Avenue
Bridgeport, CT 06604

Paul M. Clyons, Esquire
Attorney, Safeco Insurance Co.
P.O. Box 9011
New Britain, CT 06050

/s/ William T. Barrante

William T. Barrante

2