FILED

2003 OCT 21 A 9: 56

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,            NO. 3:02cv1688(CFD)
      Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

      Defendants            OCTOBER 17, 2003

## PLAINTIFFS' SUPPLEMENTAL OBJECTION TO DEFENDANTS' MOTION FOR BOND

The plaintiffs represent as follows:

(1) On or about October 8, 2003 Attorney Beatrice S. Jordan, on behalf of the defendants William Petit, Patrick Ringrose and Marliss Pavano, filed a Motion for Bond, to which the plaintiffs have objected.

(2) On October 16, 2003, the plaintiffs' undersigned counsel received a similar motion, dated September 14, 2003, from Attorney Kenneth John Laska on behalf of the defendant Ronald Pavano.

(3) It appears that other defense counsel, representing the remaining defendants, may soon be filing similar motions for bond.

Wherefore, the plaintiffs, rather than filing a separate Objection to each of a series of similar motions, request that the court regard the original Objection dated October 15, 2003 as an Objection to any and all Rule 83.3(a) motions for bond that may be filed by defendants in this case.

The plaintiffs also urge the court, if it is inclined to grant these motions, to impose

only one bond rather than a separate bond for each defendant.

PLAINTIFFS

By /s/ William T. Barrante

William T. Barrante<br>
P.O. Box 273<br>
Watertown, CT 06795<br>
(860) 379-9885<br>
Fed. Bar No. CT10677

## CERTIFICATION

I hereby certify that on October 20, 2003, a copy of the foregoing was mailed to the following counsel of record:

Kenneth John Laska, Esquire
Segal & Laska, LLC
Drawer A, 63 East Main Street
Plainville, CT 06062

Charles E. Vermette, Esquire, Jr.
Miss Deborah E. Roser
Miss Melicent B. Thompson
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

John A. Barbieri, Esquire
Attorney at Law
P.O. Box 1445
New Britain, CT 06050

Miss Jane R. Rosenberg
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Miss Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Miss Karen L. Karpie
Murphy & Karpie
350 Farfield Avenue
Bridgeport, CT 06604

Paul M. Clyons, Esquire
Attorney, Safeco Insurance Co.
P.O. Box 9011
New Britain, CT 06050

/s/ William T. Barrante

William T. Barrante

2