UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CASSIDY, ET AL | : | NO.: 302CV1688 (CFD) |
| v. | : | |
| KATHRYN M. LAWSON, ET AL | : | OCTOBER 27, 2003 |

**REPLY TO PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR BOND**

On October 8, 2003, the defendants, William Petit, Patrick Ringrose and Marliss Pavano, moved for an order pursuant to Local Rule 83.3(a) of the United States District Court for the District of Connecticut for an order that the plaintiffs, **John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson and Henry R. Syskowski**, post a cash deposit or bond in the sum of $500.00 for security of costs in this matter. By way of pleading dated October 15, 2003, the plaintiffs objected to the defendants' Motion for Bond on the basis that: (1) the plaintiff John Mastrianni has made no claim against the moving defendants, (2) the plaintiffs are fairly well known and respected residents of the community and are able to pay costs in this action, and (3) the Court has the discretion to deny the Motion for Bond.

The defendants concede that their motion for bond are properly directed solely to plaintiffs **John J. Cassidy, William Cunningham, Jeannette Hinkson and Henry R. Syskowski**, all of whom have alleged claims directly against the defendants.

Additionally, pursuant to Local Rule 83.3(a), the defendants are entitled to move for security of costs with regard to any claims filed against them. Pursuant to Local Rule § 83.3(b), the Court may modify or wave the requirements with regard to an order of security costs only upon the showing of good cause. In the instant matter, the plaintiffs have not established any good cause cases for which the Court may deny the defendants' Motion for Bond. The plaintiffs' claims that they are fairly well known and respected within the community and are able to the pay the cost of this action are insufficient to satisfy the good cause basis for denying the defendants' Motion for Bond.

Accordingly, the defendants respectfully request that this Court enter an order that the plaintiffs, **John J. Cassidy**, **William Cunningham**, **Jeannette Hinkson and Henry R. Syskowski**, post a cash deposit or bond in the sum of $500.00 within thirty days of the entry of such order.

DEFENDANTS,
WILLIAM PETIT, PATRICK RINGROSE
and MARLISS PAVANO


By *Beatrice Jordan*
Beatrice S. Jordan
ct22001
Thomas R. Gerarde
ct05640
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-136
(860) 249-7665 (Fax)
E-Mail:  bjordan@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record 27TH day of October, 2003.

William T. Barrante
P.O. Box 273
Watertown, CT 06795

Charles E. Vermette, Jr., Esquire
Deborah E. Roser, Esquire
Melicent B. Thompson, Esquire
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT  06001

Paul M. Clyons, Esquire
Law Offices, Heidi Zultowski
700 Stanley Drive
P.O. Box 9011
New Britain, CT  06050-9948

John A. Barbieri, Esquire
18 Cedar Street
P.O. Box 1445
New Britain, CT  06050

Kenneth J. Laska, Esquire
Segal & Laska, LLC
63 East Main Street
Plainville, CT  06062

Karen L. Karpie, Esquire
Murphy and Karpie
350 Fairfield Avenue
Bridgeport, CT  06604

Jane R. Rosenberg, Esquire
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Beatrice S. Jordan