

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CASSIDY, ET AL.,<br>Plaintiffs | CIVIL NO. 3:02CV1688(CFD) |
| v. | |
| KATHRYN M. LAWSON, ET AL.,<br>Defendants | OCTOBER 27, 2003 |

### MOTION TO JOIN CONNECTICUT STATE ELECTIONS ENFORCEMENT COMMISSION AS DEFENDANT

The plaintiffs, pursuant to Rule 19, Federal Rules of Civil Procedure, move that the Connecticut State Elections Enforcement Commission (hereafter, "the Commission") be added or joined as a party defendant in this case and that it be served with a summons and a copy of the Third Amended Complaint, a copy of which is attached to this motion, for the following reasons:

(1) The Commission has already entered this case as amicus curiae, and its counsel, the Attorney General of Connecticut, is expected to file memoranda of law or briefs with respect to the various legal issues in this case.

(2) The plaintiffs are asking this court to make an interpretation of Section 9-333w(a) of the Connecticut General Statutes, both as to its meaning and as to its constitutionality as interpreted by the Commission.

(3) The Commission has a valid interest in any ruling this court may make with

respect to Section 9-333w(a), and thus should be in a position to appeal if the court renders a judgment which differs from its own interpretation of the statute.

(4) The plaintiffs do not wish the court to refrain from interpreting Section 9-333w(a) on the ground that the State or the Commission is not a party to this case. In order to render a declaratory judgment as to the meaning of that statute, the agency charged with its enforcement should be a party to this case.

PLAINTIFFS

By *[signature]*
William T. Barrante
P.O. Box 273
Watertown, CT 06795
Tel. 860-379-9885
Fax 860-738-4906
Fed. Bar No. CT10677