57

02cv1688mseccosts

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson, Plaintiffs, | ) Case No.: No. 302cv1688(CFD) ) ) ) |
| vs. | ) ) |
| Kathryn M. Lawson, Dean Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard, Defendants | ) ) ) September 14, 2003 ) ) Defendant Ronald Pavano ) Motion For Bond F.R.C.P. 83.3(a) |

Pursuant to Local Rule 83.3(a) of the United District Court for the District of Connecticut, the Defendant, Ronald Pavano respectfully moves for an order that the Plaintiffs, John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson and Henry R. Syskowsi, give a cash deposit or bond with sufficient surety in the sum of $500.00, within thirty (30) days from entry of such order.

DEFENDANT
RONALD PAVANO

By _____
Kenneth John Laska
Segal & Laska, LLC
Drawer A
63 east Main Street
Plainville, Connecticut 06062
Office      (860) 747-2792
Fax         (860) 747-8609
E-Mail      kenneth.laska@snet.net
Federal Bar Number ct00042

-1-

Segal & Laska LLC / Attorneys at Law / 63 East Main Street / Plainville, Connecticut 06062

---

*Margin annotations:*

(Left margin): GRANTED IN PART. The Court finds good cause to require the posting of only one bond by plaintiffs John J. Cassidy, William Cunningham, Jeannette Hinkson and Henry R. Syskowski in the amount of $500.00. So ordered.

Christopher F. Droney
United States District Judge
12/11/03