

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CASSIDY, ET AL : | NO.: 302CV1688 (CFD) |
| v. : | |
| KATHRYN M. LAWSON, ET AL : | JANUARY 20, 2004 |

### DEFENDANTS, WILLIAM PETIT, PATRICK RINGROSE AND MARLISS PAVANO'S MOTION TO COMPEL

The defendants, William Petit, Patrick Ringrose and Marliss Pavano, pursuant to Fed. R. Civ. P. 37, hereby move that the plaintiffs, John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson and Henry Syskowski, be compelled to respond to the defendants' First Set of Interrogatories and Requests for Production dated December 10, 2003.

As is more particularly set forth in the attached supporting affidavit, the defendants have made good faith efforts to secure the plaintiff's compliance with said discovery requests. Notwithstanding said attempts, the plaintiffs have failed to comply with the discovery requested by the defendants.

WHEREFORE, the defendants request that the plaintiffs be compelled to respond to the defendants' First Set of Interrogatories and Requests for Production

ORAL ARGUMENT IS NOT REQUESTED

dated December 10, 2003, and that the Court enter sanctions against the plaintiffs for the reasonable costs incurred by the defendants in the filing of this motion.

<div style="margin-left: 40%">
DEFENDANTS,
WILLIAM PETIT, PATRICK RINGROSE
and MARLISS PAVANO


By *(signature)*
Beatrice S. Jordan
ct22001
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
</div>

## CERTIFICATION

    This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 20th day of January, 2004.

William T. Barrante
P.O. Box 273
Watertown, CT 06795

Charles E. Vermette, Jr., Esquire
Deborah E. Roser, Esquire
Melicent B. Thompson, Esquire
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001

Paul M. Clyons, Esquire
Law Offices, Heidi Zultowski
700 Stanley Drive
P.O. Box 9011
New Britain, CT 06050-9948

John A. Barbieri, Esquire
18 Cedar Street

P.O. Box 1445
New Britain, CT 06050

Kenneth J. Laska, Esquire
Segal & Laska, LLC
63 East Main Street
Plainville, CT 06062

Karen L. Karpie, Esquire
Murphy and Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

Jane R. Rosenberg, Esquire
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Beatrice S. Jordan