UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.           NO. 302CV1688(CFD)

v.

KATHRYN M. LAWSON, ET AL.         JANUARY 31, 2004

**PLAINTIFFS' OBJECTION TO DEFENDANTS'
MOTION TO COMPEL**

The plaintiffs hereby object to the Motion to Compel of defendants William Petit, Patrick Ringrose and Marliss Pavano, dated January 20, 2004, on the following grounds:

1. The reasons for the delay in responding to defendants' production requests within the thirty days after December 10, 2003 are that during December the undersigned counsel was unavoidably involved in two depositions in the present case, plus another full day of depositions in a Superior Court case; was preparing a brief in a zoning appeal that was due on or before January 7, 2004; and was preparing for a hearing on a motion for temporary injunction scheduled for January 5, 2004.

2. The undersigned indicated to Attorney Jordan's secretary that he was going to move for an extension of time for an additional thirty days and was informed that Attorney Jordan objected to that request because Attorney Jordan needed the responses before she was to depose plaintiffs and the deadline for deposing fact witnesses was March 1, 2004.

3. As of this date, the undersigned has sent to Attorney Jordan the signed responses of plaintiffs Cassidy, Cunningham and Syskowski. The plaintiff Jeannette

Hinkson is wintering in Florida, and her responses must be sent to her for signing there.

4. On January 16, 2004, the undersigned telefaxed to Attorney Jordan four sets of documents, which she has acknowledged receiving but wants counsel to send to her again with notations on the production requests as to which document applies to which request; the undersigned has been putting this together for the four plaintiffs and should have it completed during the week of February 1, 2004.

5. The undersigned has also telefaxed to Attorney Jordan the VA Hospital reports with respect to plaintiff Henry R. Syskowski, Jr.

6. Because of the scheduling conflicts of counsel involved in this case, it is extremely unlikely that depositions of all fact witnesses are going to be completed by March 1, 2004. Therefore, the undersigned has asked opposing counsel whether they would consent to a modification of the scheduling order. Attorney Jordan has agreed, and thus will not be prejudiced in any way by the undersigned's delay in getting plaintiffs' responses to her.

PLAINTIFFS

By /s/ William T. Barrante
William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
Fed. Bar No. CT10677

2

CERTIFICATION

I hereby certify that on February 2, 2004, a copy of the foregoing was mailed/hand-delivered to the following:

Mr. Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Miss Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Miss Karen L. Karpie
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604

Mr. John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Mr. Charles E. Vermette, Jr.
Litchfield Cavo, Attorneys at Law
40 Tower Lane, Suite 200
Avon, CT 06001

Mr. Paul M. Clyons
Safeco Insurance Company
P.O. Box 9011
New Britain, CT 06050-9948

William T. Barrante
Attorney for Plaintiffs
Fed. Bar No. CT10677