FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,  NO. 3:02cv1688(CFD)
        Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

        Defendants    FEBRUARY 24, 2004

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

The plaintiffs, pursuant to Fed. R. Civ. P. 16(b) and Local Rule 7(b), hereby move that the case management deadlines set forth in the Scheduling Order approved by the Court on October 21, 2003 be modified in accordance with the deadlines set forth below.

In support of this motion, plaintiffs represent that because of the multiplicity of parties and counsel, it has been extremely difficult to schedule depositions and more time will be needed. Only three depositions have taken place to date. Because of conflicting schedules, no further depositions would be able to be taken until April. At this time, the undersigned counsel for plaintiff wishes to depose defendants Barbara Willard, Kathryn Lawson, William Petit and Patrick Ringrose. Attorney Jordan, representing defendants Petit, Ringrose and Marliss Pavano, has informed the undersigned that she wishes to depose plaintiffs Cassidy, Cunningham, Hinkson and Syskowski.

The proposed new scheduling order is as follows:

1. Written discovery will be completed by **May 1, 2004**;

2. Party and fact witness depositions will be completed by **July 1, 2004**;

3. Reports of retained experts pursuant to Federal Rules of Civil Procedure 26(a)(2) will be due:

   a. From plaintiffs by **May 1, 2004**;
   b. From defendants by **July 1, 2004**;

4. Depositions of expert witnesses will be completed by **September 1, 2004**;

5. Dispositive motions, if any, will be filed by **September 1, 2004**. Any opposition to a motion for summary judgment will be filed within thirty (30) days of the filing of the motion for summary judgment.

6. Final lists of witnesses and exhibits under Rule 26(a)(3) will be due pursuant to a schedule to be jointly submitted by the parties on or before **December 1, 2004**.

7. The parties will request a pretrial conference at a time to be subsequently determined with the approval of the court.

Pursuant to Local Rule 7(b)(3), the undersigned has contacted defendants' counsel and has been advised that the defendants have no objection to the granting of this motion.

WHEREFORE, the plaintiffs respectfully request that their motion be granted, and that the case management deadlines be extended in accordance with the dates set forth above.

PLAINTIFFS

By /s/ William T. Barrante
William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Fed. Bar No. CT10677

2

CERTIFICATION

I hereby certify that on February 27, 2004, a copy of the foregoing was mailed/hand-delivered to the following:

Mr. Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Miss Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Miss Karen L. Karpie
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604

Mr. John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Mr. Charles E. Vermette, Jr.
Litchfield Cavo, Attorneys at Law
40 Tower Lane, Suite 200
Avon, CT 06001

Mr. Paul M. Clyons
Safeco Insurance Company
P.O. Box 9011
New Britain, CT 06050-9948

William T. Barrante
Attorney for Plaintiffs
Fed. Bar No. CT10677

3