FILED

GRANTED. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT  3/1/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,                           NO. 3:02cv1688(CFD)
                    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

                    Defendants                    FEBRUARY 24, 2004

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

The plaintiffs, pursuant to Fed. R. Civ. P. 16(b) and Local Rule 7(b), hereby move

that the case management deadlines set forth in the Scheduling Order approved by the

Court on October 21, 2003 be modified in accordance with the deadlines set forth below.

In support of this motion, plaintiffs represent that because of the multiplicity of

parties and counsel, it has been extremely difficult to schedule depositions and more time

will be needed. Only three depositions have taken place to date. Because of conflicting

schedules, no further depositions would be able to be taken until April. At this time, the

undersigned counsel for plaintiff wishes to depose defendants Barbara Willard, Kathryn

Lawson, William Petit and Patrick Ringrose. Attorney Jordan, representing defendants

Petit, Ringrose and Marliss Pavano, has informed the undersigned that she wishes to

depose plaintiffs Cassidy, Cunningham, Hinkson and Syskowski.

The proposed new scheduling order is as follows:

1.  Written discovery will be completed by **May 1, 2004**;

2.  Party and fact witness depositions will be completed by **July 1, 2004**;

FILED
2004 MAR -3  A 8: 66
U.S. DISTRICT COURT
HARTFORD. CT.

FILED
MAR -3  A 8: 07
DISTRICT COURT
HARTFORD. CT.