UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,                    NO. 302cv1688(CFD)

    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

    Defendants                         JUNE 25, 2004

### MOTION TO SUBSTITUTE PROPOSED ADDITIONAL DEFENDANT AND TO AMEND COMPLAINT

The plaintiffs represent as follows:

1. They have filed a motion for leave to add the State Elections Enforcement Commission as a party defendant in this case, which motion was opposed by the Connecticut Attorney General on grounds of Eleventh Amendment immunity.

2. Along with that motion the plaintiffs filed a proposed "Third Amended Complaint," dated October 27, 2003.

3. Although the plaintiffs have disputed the Attorney General's immunity claim, the plaintiffs concede that it might be valid and therefore wish to substitute as a party defendant in lieu of the State Elections Enforcement Commission its executive director, Jeffrey B. Garfield, and replace their proposed Third Amended Complaint with the attached Substitute Third Amended Complaint.

4. Also, because of certain testimony that has come forth to date in various depositions, plaintiffs wish to amend certain paragraphs of their Second Amended Complaint, both to correct an error in Paragraph 9 of the Third Count and to conform to the evidence, in accordance with Rule 15(b) of the Federal Rules of Civil Procedure, certain paragraphs in the other counts.

Wherefore, the plaintiffs respectfully move for leave to add Jeffrey B. Garfield as a party defendant (in lieu of the State Elections Enforcement Commission) and to amend their complaint in accordance with the proposed Substitute Third Amended Complaint filed herewith.

PLAINTIFFS,

By _____
William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
Fed. Bar No. CT10677

## CERTIFICATION

I hereby certify that on June 26, 2004, a copy of the foregoing was mailed to the following:

Mr. Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Miss Karen L. Karpie
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604

Mr. Charles E. Vermette, Jr.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Miss Jane R. Rosenberg
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Miss Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Mr. John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Mr. Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050-9948

_____
William T. Barrante
Attorney for Plaintiffs
Fed. Bar No. CT10677

3