UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,                NO. 3:02CV1688(CFD)

                    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.

                    Defendants            JULY 19, 2004

### REQUEST TO TAKE DEPOSITIONS OUT OF TIME

The plaintiffs, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, request the Court's permission to take the depositions of the defendants Barbara Willard, Dean Rustic, and Ronald Pavano, Sr. out of time. In support of this request, the plaintiffs assert as follows:

1. According to the Scheduling Order, as amended, the time by which depositions of fact witnesses were to be taken was before July 1, 2004.

2. To date plaintiffs have taken the depositions of six of the ten defendants.

3. Because of the scheduling conflicts of defendants' counsel, which are of six separate law firms, plaintiffs were unable to schedule the depositions of Barbara Willard, Dean Rustic, and Ronald Pavano before July 1, 2004.

4. Every time plaintiff's undersigned counsel had suggested deposition dates agreeable to all counsel, at least one of those attorneys, before plaintiff's counsel sent out the deposition notices, called or wrote that the suggested date was unsuitable, because

such counsel was on trial in another case or was to appear in another court.

5. Without consulting the undersigned, Attorney Beatrice Jordan, representing defendants William Petit, Patrick Ringrose, and Marliss Pavano, scheduled her depositions of the four plaintiffs for June 29 and 30, 2004. June 29 had been a date that Attorney John A. Barbieri, representing Mrs. Willard and Mr. Rustic, informed the undersigned would be available for my deposing of his clients.

6. Attorney Jordan informed the undersigned that the only date in June on which she would be available for plaintiffs' deposing of her clients was June 23. Consequently, the undersigned took the depositions of William Petit, Patrick Ringrose, and Marliss Pavano on June 23, 2004. With the accommodation of Attorney Jordan, Attorney Charles E. Vermette, Jr. agreed to plaintiffs' deposing of his client, Kathryn M. Lawson, during the late afternoon of June 29, 2004, which deposition took place, but beginning about 8:00 p.m. because of the length of Attorney Jordan's deposing of plaintiffs Cassidy and Hinkson on that date.

7. The undersigned originally did not intend to depose defendant Ronald Pavano, but because of certain statements made by his wife, defendant Marliss Pavano, at her deposition on June 23, the undersigned now finds it necessary to depose Mr. Pavano.

8. During Attorney Jordan's deposition of plaintiff John J. Cassidy, Attorney

2

Jordan said that it might be necessary to continue the deposition to another date—presumably beyond the time set in the Scheduling Order—in light of certain additional documents that Mr. Cassidy was to provide to defendants' counsel. When the depositions were completed on June 30, however, Attorney Jordan said that she would object to the undersigned's taking of any depositions beyond July 1, 2004.

9. Both Attorney John A. Barbieri, representing Mrs. Willard and Mr. Rustic, and Attorney Kenneth John Laska, representing Mr. Pavano, informed the undersigned that they are opposed to any depositions of their clients after July 1, 2004. The undersigned believes that all other defense counsel are opposed to enlargement of the time for the taking of depositions of fact witnesses.

10. The defendants Barbara Willard, Dean Rustic, and Ronald Pavano are crucial witnesses in this case. In order to have as much factual information, that is not self-serving, available for anticipated motions for summary judgment by defendants, the plaintiffs should have an opportunity to depose these defendants.

Therefore, the plaintiffs respectfully request that the Court permit their counsel to depose defendants Barbara Willard, Dean Rustic, and Ronald Pavano beyond the July 1, 2004 deadline, perhaps some time in the month of August.

PLAINTIFFS

By /s/ William T. Barrante
William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Fed. Bar No. 10677

3

## CERTIFICATION

I hereby certify that on July 19, 2004, a copy of the foregoing was mailed to the following:

Mr. Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Miss Karen L. Karpie
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604

Mr. Charles E. Vermette, Jr.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Miss Jane R. Rosenberg
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Miss Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Mr. John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Mr. Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050-9948

William T. Barrante
Attorney for Plaintiffs
Fed. Bar No. CT10677

4