FILED

UNITED STATES DISTRICT COURT 2004 JUL 23 A 11: 31
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

JOHN J. CASSIDY, ET AL.,                                    NO. 3:02CV1688(CFD)

                    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

                    Defendants                              JULY 22, 2004

### MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

The plaintiffs, pursuant to Rule 6(b), Federal Rules of Civil Procedure, represent

that because of difficulty in the scheduling of depositions of certain of the defendants, it

will be necessary to enlarge the time for certain components of the amended Scheduling

Order, and therefore move that time for the following components of the Scheduling

Order be enlarged, as follows:

1.  Plaintiffs shall be allowed until September 1, 2004 to file motions to join

additional parties and to amend the pleadings (see Plaintiffs' Motion to Substitute

Proposed Additional Defendant and to Amend Complaint, dated July 25, 2004, on file).

2.  Depositions of fact witnesses will be completed by October 1, 2004.

3.  Depositions of any expert witnesses will be completed by November 1, 2004.

4.  Dispositive motions will be filed by December 1, 2004.

5.  The joint trial memorandum, or separate trial memoranda as the case may be,

will be filed by March 1, 2005.

6.   The case will be ready for trial by March 15, 2005.

The following of defendants' counsel have indicated opposition to any such

enlargement:  Beatrice S. Jordan, Kenneth John Laska, John A. Barbieri, Karen L.

Karpie, and Charles E. Vermette, Jr.  Plaintiffs' counsel believes that Attorney Paul M.

Clyons would also be opposed.

PLAINTIFFS

By  William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
Federal Bar No. 10677

2