## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CASSIDY, WILLIAM CUNNINGHAM, JEANNETTE HINKSON, JOHN MASTRIANNI, and HENRY R. SYSKOWSKI, JR., | : : : : : | |
| Plaintiffs | : | |
| v. | : : | Civil Action No. 3:02CV1688(CFD) |
| DANIEL CIESIELSKI, KATHRYN M. LAWSON, MARLISS PAVANO, RONALD PAVANO, SR., WILLIAM PETIT, PATRICK RINGROSE, DEAN A. RUSTIC, DAVID UNDERWOOD, BARBARA WILLARD and GARY WILLARD, | : : : : : : | |
| Defendants. | : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

**X** To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_\_ A ruling on the following motion which is currently pending: (orefm.)

**X** A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 31st day of August 2004, at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge