RECEIVED
STATE ELECTIONS
NOV 0 2 2001
ENFORCEMENT
COMMISSION



# STATE OF CONNECTICUT
## STATE ELECTIONS ENFORCEMENT COMMISSION
20 Trinity Street   Suite 101 • Hartford, Connecticut 06106 - 1628

### AFFIDAVIT FORM FOR FILING A COMPLAINT

COMPLAINT NO. 01-222

I, **Kathryn M. Lawson**, a resident of **15 Strong Court**, GO/AL

Town/City of **Plainville**, State of **Connecticut**,

Telephone **860.793.9393**, allege that the election laws of the State of Connecticut specified below have been violated in the following manner, place and time:

Please see the attached allegations and list of other people alleging the same violations. We have also attached the newspaper (Exhibit C). The list of signatories is Exhibit A and Exhibit B is the detailed allegations.

(Use reverse side or attachments if necessary)

I SWEAR (AFFIRM) THAT THE ABOVE STATEMENTS ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this **1st** day of **November** 2001 at **Plainville, CT 06062**

Signed: **Kathryn M Lawson et al**

Oath Administered By: **[signature]**
**David L. Underwood** Justice of the Peace

Notes:
1. This oath may be administered by anyone authorized by Section 1-24 of the Connecticut General Statutes, which includes judges, town clerks, attorneys and notaries public.

2. The information applied to this document may be printed clearly in ink, typewritten, or the document itself may be recreated on a word processor prior to completing. However, the recreated form must be in full compliance with the appropriate legal form of an affidavit.

# EXHIBIT A

Phone: (860) 566-1776 • Fax: (860) 566-4402 • Email: SEEC@po.state.ct.us • Internet: http://SEEC.state.ct.us

*[signature]*
Dean A. Rustic - Vice Chairman
Citizens for a New Linden Street School
56 Spring Street
Plainville, CT 06062

*[signature]*
Patrick Ringrose
Democratic Board of Education
17 Fleetwood Drive
Plainville, CT 06062

RECEIVED
STATE ELECTIONS
NOV 0 2 2001
ENFORCEMENT COMMISSION

*[signature]*
David Underwood – Chairperson
Plainville Republican Town Committee
4 Hittleman Court
Plainville, CT 06062

*[signature]*
Marliss Pavano
Republican Board of Education
12 Testa Drive
Plainville, CT 06062

*[signature]*
Daniel Ciesielski - Chairperson
Plainville Democratic Town Committee
33 Overlook Drive
Plainville, CT 06062

*[signature]*
Barbara Willard President
Linden Street School PTO
148 Tomlinson Avenue
Plainville, CT 06062

*[signature]*
William Petit
Republican Town Councilor
132 Redstone Hill Road
Plainville, CT 06062

*[signature]*
Ronald Pavano, Sr
Republican Town Committee
12 Testa Drive
Plainville, CT 06062

*[signature]*
Gary Willard
148 Tomlinson Avenue
Plainville, CT 06062

*[signature]*
David Underwood
Justice of the Peace



# STATE OF CONNECTICUT
## STATE ELECTIONS ENFORCEMENT COMMISSION
20 Trinity Street – Suite 101 • Hartford, Connecticut 06106 - 1628

RECEIVED
STATE ELECTIONS
NOV 0 2 2001
ENFORCEMENT
COMMISSION

## WITNESS STATEMENT

File No _____                                    Page _1_ of _1_

I, (witness name) __Daniel Ciesielski__,

Date of birth __6/3/45__ Address (street) __33 Overlook Dr__,

(town/city) of __Plainville__ (state) of __Connecticut__

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under §53a-157, Connecticut General Statutes.

re: Complaint of Kathryn M Lawson

Our complaint is of illegal ads

① The illegal ads would benefit the President of the Newspaper who is also running as a candidate for Town Council

② re page five – Individual identified as D (Democrats) are not the endorsed candidates

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Signature of Witness: __Daniel Ciesielski__

SUBSCRIBED AND SWORN TO BEFORE ME: __M W Crayto, ESQ.__

THIS __2__ DAY OF __Nov__, 2001, AT __Hartford, CT__

SIGNED: __M W Crayto, ESQ.__
COMM. OF THE SUPERIOR COURT

seec/administrative/forms

Phone: (860) 566-1776 • Fax: (860) 566-4402 • Email: SEEC@po.state.ct.us • Internet: http://SEEC.state.ct.us

EXHIBIT B

RECEIVED
STATE ELECTIONS
NOV 0 2 2001
ENFORCEMENT
COMMISSION

Illegal Ads have been placed and published in Plainville's Hometown Connection newspaper. To wit:

Section 9-33w. Political Advertising

Ad Page 17 Failure to cite the name of the committee's campaign treasurer.

Ad Page 19 Failure to cite the name of the committee's campaign treasurer.

Ad Page 21 Failure to cite the name of the committee's campaign treasurer.

Ad Page 5- Friends for a better Plainville- Failure to cite the name of the committee's campaign treasurer.

Ad Page 19 Failure of each petitioning candidate to list their address in their ad.

Ad Page 19 Failure to provide any attributions of either a committee or an individual

Ad Page 13 Failure of petitioning candidate to list her address in their ad.

## Other Violations:

"Friends for a better Plainville" has failed to register with the Town Clerk of Plainville as a Political Action Committee.

"Students of Plainville" has failed to registered with the Town Clerk of Plainville as a Political Action Committee.

The attached leaflet published by the "Silent Majority Team" failed to list the committee's campaign treasurer.

"Silent Majority Team" has failed to registered with the Town Clerk of Plainville as a Political Action Committee.

*page 5. Plainville's Hometown Connection*

OCTOBER 2001 — PLAINVILLE'S HOMETOWN CONNECTI[ON]

# VOTE FOR THOSE WHO WILL REPRESENT "YOU" NOT THEMSELVES

## *TOWN COUNCIL*

HELEN BERGENTY ( R )
TOM ARCARI  ( R )
KATHY PUGLIESE ( R )
JOHN "JACK" CASSIDY (D)
WILLIAM "BILL" CUNNINGHAM (D)
ROBERT MERCER (D)
JANICE EISENHAUER  (I)

## *BOARD OF EDUCATION*
YVETTE SANABRIA ( R )
WALTER MAJSAK (D)

THE ABOVE CANDIDATES WILL ALWAYS LISTEN TO THE PEOPLE. THAT IS THEIR PROMISE TO YOU!

WE DO NOT WANT THE FAMILY CONNECTION ANYMORE. WE DON'T NEED FATHERS AND SONS, MOTHERS AND DAUGHTERS OR HUSBANDS AND WIVES, STACKING THE DECK AND RUNNING OUR TOWN BY BEING ON EVERY BOARD AND COMMITTEE "LET'S SAY IT THE WAY IT IS !"
IT IS SAID, "THIS WAS THE WORST COUNCIL WE HAVE <u>EVER HAD</u>." WHY?  IT WAS RUN BY THE SAME PEOPLE YOU SEE ON THE BALLOT THIS YEAR.

ONLY <u>TWO</u> PEOPLE ON THE COUNCIL TRIED TO STOP THEM, BUT IT WAS ALWAYS A  2 TO 5 VOTE! THE ONLY DEFERENCE IS, THIS ELECTION THE TOWN ATTORNEY IS RUNNING HIS SON AND A PRESENT COUNCIL MEMBER IS RUNNING HIS DAUGHTER.

## SEE ANYTHING WRONG HERE  ???

## VOTE FOR THOSE WHO WILL MAKE A DEFERENCE, BE IT REPUBLICAN, DEMOCRAT OR INDEPENDENT!

*PAID FOR BY THE FRIENDS FOR A BETTER PLAINVILLE*

SHOP IN PLAINVILLE.......



NEW
Jacqueline
Selection

Through February 2
Library and Museum
at the John F. Kenn
cial exhibition of or
nedy at state events
of her emergence a
Same-day tickets a
For reserved tickets
The hours are Tues
from 9:00 am to 9:
Web page at www.j
 The JFK Library a
UMass Boston's ca
from the JFK UMa
seum is fully handi
closed Thanksgivin

DO
DON
DON'T VO
VOTE F
W

FINE ART & SCULPTURES 7,000 square foot showroom.
, our showroom represents famous artists and sculptors such
Alice Riordan, Karen Stene, Royo, Lotton Glass, Markus
ally from Middletown, Connecticut and will be here in person

sketched impressions by the FAMOUS COLLETTE C. COX,
landscaped grounds will be SCOOBY DOO and TWEETY!

N MUSEUM with exhibits to delight young and old will be

---

ON IS NOW ACCEPTING YOUR
UR IMPRINTED TILE AND/OR
100.00 EACH AND THE OUTSIDE
0.00 EACH.

OLICE ASSOCIATION
C. 06062

_____
_____
_____
_____
_____

EASE USE SEPERATE PAPER.

sh to THANK everyone for all your
ks available, mail your order today or

---

aurant
SERVICE
Seafood
ng area for over 32 years
ore to come

hoosing
izza,
AURANT IN
rs Choice

747-0010
from G.E.)

---

Always Ready

Imagine Waking Up and Never
to Apply Your Make-Up Again.

row · Eye Liner · Lip Liner
Lash & Brow Tinting
axing · All Natural Facials

es Natural Skin Care Products

Always
Look Beautiful !!

Licensed and Certified
Safe & Sterile

---

The 55th Annual Reunion Luncheon for the Class of 1946 was held recently at the Silo Restaurant.
Twenty-five class members and guests renewed old acquaintances and talked over memories and past friendships.
Remembrance of the Terrorist Tragedy and deceased classmates were remembered with a moment of silence.
The Pledge of Allegiance was recited by the group.
Class advisor Gertrude (Hannon) Esposti was the classes guest. Pictures, memorabilia and trivia from the Class Book were enjoyed. Key chains mementos were distributed by the committee.
After lunch, coffee and cookies were enjoyed while next years plans were discussed before adjourning after a great celebration.
Classmates attending were;
Dom Mercugliano, Gloria Mengual, Ruth (McQUARRIE) Keltonic, Doris (Ritchie) Decker, Len and Tina Wishart, Sal Santacroce, Alice (Eaton) Chamberlin, Ethel (Coons) Goodwin, Catherine (Mastrianni) Badolato, Richard Dulac, Gladys (Griffin) Heckle, Virginia (Musshorn) Foerster, Robert Dietzko, Katherine (Johnson) Kalwat, Albert Gonzatez, Al Kirshiner (guest), Tom Angels, Jean (Berardy) Munson, Harold Bissonette and guest, Bill Bergenty, Barbara (Nevelos) Cascone and Don Dalena.

---



I 4C a bright future for the people of Plainville

Janice Y Eisenhauer for Town Council pull lever 4c

PAID FOR BY JANICE Y. EISENHAUER

---



For get it, I'm all feathers!

---



Marion's
LINGERIE SHOP

21 Whiting Street
Plainville, CT 06062
(860) 747-1773

Certified Mastectomy Fitters
FRANCES ROSE
BERNADETTE PAVANO

---

Plainville's Hometown Connection Page 13 Nov. 2001

Page B17 Nov. 2001 — Plainville Hometown Connection

*[Left column, partially cut off:]*

...hen Lang & Tim Jordan ...Generals".

..."...ON"!

...writer, director and producer ...r all civil war re-enactors to ...in the making of the film ...written by Jeff Shaara. My ...ivil War re-enactor with the ...d and was chosen along with ...a participant.

...ill portray General Robert E. ...gstreet, will join many of the ...eir rolls in this film. Jeff ...rlain, and Stephen Lang who ...ter, Stonewall Jackson. The ...rs like Mary Anna Morrison ...and Fanny Chamberlain.

...h Valley of Stauton, VA., in ..., MD., where Tim caught up ...l days "on location". Due to ...and I were not allowed on set ...veau of the 27th Connecticut. ...l grueling, starting at 6am and ...akes" were done and a lot of ...otechnics were being set up. ...rs of setup. If anything, Tim ...uch time and hard work goes

...et was an experience for Tim ...m stuntmen flying off spring-...nds of cannon bursts, to corn ...the impression of live rounds ...a commoner in awe.

...e film world. From wardrobe, ...ere applied, to that of playing ...into a period in time. One set ...and others of southern homes ...led into balls of fire.

...vell's "Gettysburg", you must ...enerals", when the film makes ...e you to take in the story of the ...try assaults in military history. ...film looks familiar, like your ...t may be right. Civil War Re-...obby enjoyed by many history ...t gave of their time to bring it ...tes of fame"...

**Gates Guys**

**he Clown**

PORTANT EVENTS

JSICAL ENTERTAINMENT, UPPETS, BALLOON ART

LDREN OF ALL AGES R CHARACTERS: BUNNY, MOTHER GOOSE, SANTA CLAUS

...neighbor. The drawbacks of this recipe are the stuffing of the bird has been a real problem being removed from ceilings, cabinets and the interior of the oven, in some cases. (This recipe has **not** been thoroughly tested so it is not OSHA approved)



**DISCLAIMER:** All articles, letters to the Editor, advertisements submitted and published is the opinion of the person or persons and not that of the Plainville Hometown Connection/Plainville News, Inc. No substantial part of the activities of the corporation shall be the carrying on of propaganda or otherwise attempting to influence legislation, and the corporation shall not participate in or intervene in any political campaign on behalf of or in opposition to any candidate for public office.

# STOP!

### "IT IS TIME TO THINK"

IS THE PROPOSED LINDEN STREET SCHOOL PROJECT THE WAY TO GO? — **NO!**

*******************************************************************

SHOULD WE TEAR DOWN LINDEN STREET SCHOOL? — **NO!**

*******************************************************************

DO WE HAVE THE ANSWERS TO ALL THE QUESTIONS? — **NO!**

*******************************************************************

SHOULD WE VOTE FOR THE A NEW SCHOOL? — **NO**

*******************************************************************

VOTE **NO!** ON THE LINDEN STREET SCHOOL QUESTION AND SEND IT BACK TO THE DRAWING BOARD. *(PAID FOR BY THE FRIENDS FOR A BETTER PLAINVILLE)*





**GREAT BEGINNINGS**

Plainville's Hometown Connection, Page 19, Nov. 2001

NOVEMBER 2001 — PLAINVILLE'S HOMETOWN CONNECTI[ON]

# PEOPLES PETITIONING CANDIDATES



### Town Council Candidate: Henry (Hank) Syskowski

**HONESTY BUILDS RELATIONSHIPS**

The Town Council is the governing body of our town. The candidates elected to the council should have the interest of the community as their number one priority. They should amend the Town Charter so that it protects all the interests of the citizens. They should listen to the voices of the citizens and show them the respect they deserve. I believe that honesty and integrity should be instilled once again to our government. I believe I can bring all of this to the Town Council.

*Henry R. Syskowski, Jr.*

HONESTY, INTEGRITY

✓ VOTE **1C**

**VOTE LINE 1C**
**INTEGRITY IS THE FOUNDATION OF GOVERNMENT**

Paid for by Henry R. Syskowski, Jr.



### Town Council Candidate: John (Jack) Cassidy

**CHANGE MEANS PROGRESS**

To move our Council ahead in the 21st century we need change. We need new voices and fresh ideas to fill the Chambers of the Town Council. We need new faces on Boards and Commissions. We need a fresh new look on how to spend our tax dollars, how to improve on our economic development programs and how to better communicate with our citizens and our colleagues. We all need to work together to improve our fine community for the benefit of all of us.

*John J. Cassidy*

TIME FOR CHANGE

✓ VOTE **2C**

**VOTE LINE 2C**
**TOGETHER WE WILL MEET THE CHALLENGES**

Paid for by Jack J. Cassidy



### Town Council Candidate: Robert (Bob) Mercer

**CHARTER REVISION IS THE ONLY CURE FOR ABSOLUTE POWER.**

Government belongs to the people, not the politicians. In holding elective office the first and last order of business must be to protect the best interest of their constituency. Charter revision




# PETITIONING ... IDATES

### Town Council Candidate:
### Henry (Hank) Syskowski

**...ONESTY BUILDS RELATIONSHIPS**

...wn Council is the governing body of our ... candidates elected to the council should ...nterest of the community as their number ...y. They should amend the Town Charter ... protects all the interests of the citizens. ...ld listen to the voices of the citizens and ... the respect they deserve. I believe that ...d integrity should be instilled once again ...ernment. I believe I can bring all of this to ...Council.

*/s/ Henry R. Syskowski, Jr*

**VOTE LINE 1C**
**... IS THE FOUNDATION OF GOVERNMENT**

### ...wn Council Candidate:
### John (Jack) Cassidy

**CHANGE MEANS PROGRESS**

... our Council ahead in the 21st century ...hange. We need new voices and fresh ... the Chambers of the Town Council. We ... faces on Boards and Commissions. We ...sh new look on how to spend our tax ...ow to improve on our economic ...ent programs and how to better ...te with our citizens and our colleagues. ...d to work together to improve our fine ... for the benefit of all of us.

*/s/ John Cassidy*

**VOTE LINE 2C**
**...ER WE WILL MEET THE CHALLENGES**

### ...wn Council Candidate:
### Robert (Bob) Mercer

**...EVISION IS THE ONLY CURE FOR ABSOLUTE POWER.**

...nent belongs to the people, not the ... In holding elective office the first and ...of business must be to protect the best ... their constituency. Charter revision ... peoples input as to the needs of their ...and rightly so. The annual town budget

---



# CONCERNS

## ✓ VOTE **5C**

### Town Council Candidate:
### William (Bill) Cunningham

**YOUR CONCERNS ARE MY CONCERNS**

All of us share the same concerns about government. Is our tax money being used to get the most return for the dollars spent? Is our tax dollar providing our children with an education that will take them into the future? My concerns about this has influenced me to run for Town Council. I want to ensure that our money is being spent wisely in the best interest of all the citizens. That the money provided for education is spent to educate our children and not to increase the number of administrators.

*/s/ William Cunningham*

**VOTE LINE 5C**
**WE ARE IN THIS TOGETHER**

Paid for by William Cunningham

---

The Petitioning Candidates ask for your support in the upcoming election. Your vote helps determine our town's future. On Tuesday, November 6th, 2001 take a few minutes of your time to cast your vote. Again we encourage you to vote for the candidates on line C. If elected our allegiance will be only to the citizens of Plainville. Your concerns will be our concerns and we will be your voice in government. We will work together to unify the Council and Board of Education, promote economic development in order to enlarge the tax base, to ensure the citizens have a voice in spending, and to present a budget that will be equitable to all concerned. Your town is our town.

---



# STUDENTS FIRST

lead in the 21st Century
d new voices and fresh
of the Town Council. We
s and Commissions. We
how to spend our tax
ve on our economic
and how to better
ens and our colleagues.
ther to improve our fine
all of us.



NE 2C
ET THE CHALLENGES

Candidate:
) Mercer

CURE FOR ABSOLUTE POWER.

the people, not the
tive office the first and
be to protect the best
ncy. Charter revision
s to the needs of their
he annual town budget
equal opportunity to all
rter Revision Committee
the present process to

Mercer

IE 3C
LE STATE OF MIND

Candidate:
senhauer

ES AND IDEALS

a! Running for Town
arty. Putting my money
me--at your service.
liated, you bet! Your
itics as usual.

throw up your hands
me on down and vote!

esent you.

hauer

4C
OR THE FUTURE

---

The Petitioning Candidates ask for your support in the upcoming election. Your vote helps determine our town's future. On Tuesday, November 6th, 2001 take a few minutes of your time to cast your vote. Again we encourage you to vote for the candidates on line C. If elected our allegiance will be only to the citizens of Plainville. Your concerns will be our concerns and we will be your voice in government. We will work together to unify the Council and Board of Education, promote economic development in order to enlarge the tax base, to ensure the citizens have a voice in spending, and to present a budget that will be equitable to all concerned. Your town is our town.

---

STUDENTS FIRST

✓OTE 8C



### Board of Education Candidate: Walter (Walt) Majsak

**EDUCATION FOR TOMORROW-STUDENTS FIRST**

I'm a candidate for office to improve the present and future education of the children of Plainville, to unite the Board of Education as one unit that works together to improve education, to present an education budget that is in the best interest of the students and is affordable to all citizens. I have 27 years of experience as a member of the Board of Education, two of which I served as Chairman. I was a member of the Wheeler School and Plainville High School Building Committees. I'm presently a member of the Linden Street School Building Committee. Member of the Plainville High School Hall of Fame.

*Walter Majsak*

**VOTE LINE 8C**
**EDUCATION IS THE FUTURE**

Paid for by Walter Majsak



Plainville Hometown Connector page 11

Plainville's Hometown Connection • Page 19 • Nov 2001

to move our Council ahead in the 21st century we need change. We need new voices and fresh ideas to fill the Chambers of the Town Council. We need new faces on Boards and Commissions. We need a fresh new look on how to spend our tax dollars, how to improve on our economic development programs and how to better communicate with our citizens and our colleagues. We all need to work together to improve our fine community for the benefit of all of us.

## TIME FOR CHANGE
## ✓OTE 2C

Paid for by Jack J. Cassidy

**VOTE LINE 2C**
**TOGETHER WE WILL MEET THE CHALLENGES**

---

### Town Council Candidate:
### Robert (Bob) Mercer



**CHARTER REVISION IS THE ONLY CURE FOR ABSOLUTE POWER.**

Government belongs to the people, not the politicians. In holding elective office the first and last order of business must be to protect the best interest of their constituency. Charter revision affords the peoples input as to the needs of their community and rightly so. The annual town budget process does not provide equal opportunity to all the voting public and a Charter Revision Committee must be formed to amend the present process to machine vote.

## CHARTER REVISION
## ✓OTE 3C

Paid for by Robert F. Mercer

**VOTE LINE 3C**
**JOIN ME IN A PLAINVILLE STATE OF MIND**

---

### Town Council Candidate:
### Janice Y. Eisenhauer



**OLD FASHIONED VALUES AND IDEALS**

My word! The very idea! Running for Town Council. A woman without a party. Putting my money where my mouth is. That's me--at your service. Audacious, for sure unaffiliated, you bet! Your advocate. Refreshingly not politics as usual.

Good gracious! Don't just throw up your hands and toss away your power; come on down and vote!

Permit me the honor to represent you.

## VALUES & IDEALS
## ✓OTE 4C

Paid for by Janice Y. Eisenhauer

**VOTE LINE 4C**
**IDEALS AND VALUES FOR THE FUTURE**