UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * *
JOHN J. CASSIDY, ET AL.,      *
          PLAINTIFFS,         *
VS.                           *
KATHRYN M. LAWSON, ET AL.,    *
          DEFENDANTS.         *   CIVIL ACTION NUMBER
* * * * * * * * * * * * *         3:02CV1688(CFD)
```

---

DEPOSITION OF KATHRYN LAWSON

---

Taken before Frances R. Teti, Licensed Shorthand Reporter and Notary Public within and for the State of Connecticut, pursuant to Notice of Deposition, at the law offices of Howd & Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut, on June 29, 2004, commencing at 8:04 p.m.

A+ REPORTING

P.O. BOX 831

WALLINGFORD, CT 06492

866.369.9976

# EXHIBIT B

1   Q.   Nothing.  So then this -- was this an ad that
2        maybe somebody else of the defendants may have had
3        a problem with, not you?
4   A.   Actually, it was the SEEC that had said when I
5        spoke with them that -- I said I didn't know which
6        ads were not appropriate or illegal and which were,
7        and they suggested that I just send everything or
8        we send them everything and let them decide.  They
9        do the investigating.  They make the decisions.
10       Our only job is to report that which we found
11       suspicious and that that was their job, not ours.
12  Q.   Suspicious?
13  A.   A better word might be "questionable."
14  Q.   So you didn't have any hard fast knowledge that
15       this was legal and this was illegal?
16  A.   I had read the statutes on their website, but they
17       were very clear that that was for them to
18       determine, not me.
19  Q.   Now, one -- Exhibit B -- that's the page of the
20       complaint that lists the various violations -- it
21       sets forth for Page 13 -- that's the Eisenhauer
22       ad -- that the problem was a failure to have the
23       candidate list her address?
24  A.   Yes.
25  Q.   So at the time you first saw that, did you think

```
 1            it looks like ink as the complainant with your
 2            address, 15 Strong Court, saying in handwriting to
 3            please see the attached allegations and list of the
 4            other people alleging violations, and you also
 5            attached the newspaper itself to the complaint?
 6     A.     Me personally?
 7     Q.     Or whoever put this together.
 8     A.     I presume so.  I did -- the reason for the group
 9            complaint came again from the Elections Enforcement
10            Commission.
11     Q.     They suggested it be a group complaint?
12     A.     Yes.
13     Q.     Did they tell you that one person couldn't file it?
14     A.     The question was asked of them whether it should be
15            twelve separate or however many separate complaints
16            on the same thing or one group one.
17     Q.     Oh, so they told you, if there were ten or twelve
18            people involved, do it all in one complaint?
19     A.     Yes.
20     Q.     Did it ever occur to you to file your own?
21     A.     No.
22     Q.     It never did?
23     A.     No.
24     Q.     Who brought up the suggestion that it be a group
25            effort?
```

Frances R. Teti, LSR

| | | |
|---|---|---|
| 1 | A. | That's what the Elections Enforcement Commission |
| 2 | | said: If there are people with similar concerns, |
| 3 | | send in one complaint. |
| 4 | Q. | So all the people who signed this had similar |
| 5 | | concerns? |
| 6 | A. | Yes. |
| 7 | Q. | So no one had to urge you to sign the complaint? |
| 8 | A. | No. |
| 9 | Q. | You volunteered? |
| 10 | A. | Yes. |
| 11 | Q. | Did you urge anyone else to sign it? |
| 12 | A. | No. |
| 13 | Q. | Do you know why Tom Wazorko did not sign it? |
| 14 | A. | No. |
| 15 | Q. | Did he indicate that he wasn't going to? |
| 16 | A. | I don't recall. |
| 17 | Q. | What about Val Dumais? |
| 18 | A. | I don't recall. |
| 19 | Q. | You don't recall why he did not sign it? |
| 20 | A. | No. |
| 21 | Q. | Was -- was it Dean Rustic who prepared the |
| 22 | | signature page with the names typed in? |
| 23 | A. | I presume so but I'm not sure. |
| 24 | Q. | Do you recall Mr. Underwood taking your oath, |
| 25 | | notarizing your signature? |

Frances R. Teti, LSR

# CERTIFICATE OF REPORTER

I, Frances R. Teti, a Licensed Shorthand Reporter and Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that there came before me the following named person, to wit: KATHRYN LAWSON, who was by me duly sworn to testify to the truth and nothing but the truth; that she was thereupon carefully examined upon her oath and her examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested in the action.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my seal this 5th day of August, 2004.

*Frances R Teti* (signature)

---

Frances R. Teti, LSR, Notary Public

My commission expires: 3-31-09

License No: 00076