UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CASSIDY, ET AL | NO.: 302CV1688 (CFD) |
| v. | |
| KATHRYN M. LAWSON, ET AL | |

### AFFIDAVIT

I, Patrick Ringrose, having been duly sworn, do hereby depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligation of an oath;

3. On November 2, 2001, I filed a complaint with the State Elections Enforcement Commission;

4. I filed the complaint because I believed political advertisements in violation of the election laws were published in the November 2001 edition of the Plainville's Hometown Connection;

5. The complaint alleged that the petitioning candidates, including plaintiffs John Cassidy, William Cunningham and Henry Syskowski, failed to include their addresses in their political advertisements as required by the election laws;

# EXHIBIT D

6. The complaint did not name, reference, cite or allege that the 'notice' placed in the November 2001 edition of Plainville's Hometown Connection by plaintiff Jeanette Hinkson was in violation of the election laws;

7. I had no knowledge as to who authored the 'notice' placed by plaintiff Jeanette Hinkson in the November 2001 edition of Plainville's Hometown Connection;

8. I did not file the complaint in my official capacity as a member of the Board of Education for the Town of Plainville;

9. I did not file the complaint in furtherance of my duties as a member of the Board of Education for the Town of Plainville;

10. I filed the complaint solely in my individual capacity as a citizen of the Town of Plainville;

11. I did not appear as a witness against the plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission;

12. I did not offer any evidence against the plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission;

13. I did not have any further contact with the State Elections Enforcement Commission beyond the initial filing of the complaint on November 2, 2001.

*Patrick Ringrose*

**STATE OF CONNECTICUT** )
) **ss:** Plainville
**COUNTY OF** HARTFORD )

Subscribed and sworn to before me this __1st__ day of __September__, 2004.

*Patricia S. Perry*
~~Commissioner of the Superior Court~~
Notary Public
My commission expires: 6-30-05

PATRICIA S. PERRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2005

3