UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \*

JOHN J. CASSIDY, ET AL.,        \*

      PLAINTIFFS,     \*

VS.                             \*

KATHRYN M. LAWSON, ET AL.,      \*

      DEFENDANTS.     \*    CIVIL ACTION NUMBER

\* \* \* \* \* \* \* \* \* \* \* \* \*    3:02CV1688(CFD)

---

DEPOSITION OF WILLIAM PETIT

---

Taken before Frances R. Teti, Licensed Shorthand Reporter and Notary Public within and for the State of Connecticut, pursuant to Notice of Deposition, at the law offices of Howd & Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut, on June 23, 2004, commencing at 10:37 a.m.

A+ REPORTING

P.O. BOX 819

WALLINGFORD, CT 06492

866.369.9976

**EXHIBIT F**

| | | |
|---|---|---|
| 1 | A. | Again, the same as was pointed out; that Friends |
| 2 | | For a Better Plainville were not registered, at a |
| 3 | | later point in time.  I did not see anything |
| 4 | | illegal with it at the time. |
| 5 | Q. | Okay.  The next group is on Page 19.  This page |
| 6 | | has two ads by two of the petitioning candidates. |
| 7 | | That's Henry Syskowski and John Cassidy? |
| 8 | | MS. KARPIE:  I'm going to object to the |
| 9 | | form of the question. |
| 10 | | You can answer it. |
| 11 | A. | I don't know. |
| 12 | BY MR. BARRANTE: | |
| 13 | Q. | You didn't know at the time? |
| 14 | A. | I do not know. |
| 15 | Q. | Did someone advise you that there was something |
| 16 | | wrong? |
| 17 | A. | Someone advised us later that there was something |
| 18 | | wrong. |
| 19 | Q. | Which was? |
| 20 | A. | There was no addresses on their ads. |
| 21 | Q. | So that would apply to all the advertisements from |
| 22 | | the petitioning candidates? |
| 23 | A. | That is correct. |
| 24 | Q. | Can you tell me then why you signed this complaint? |
| 25 | A. | I signed the complaint because of the ad that is |

| | | |
|---|---|---|
| 1 | | not there from "A Concerned Citizen" against my |
| 2 | | daughter and myself. |
| 3 | Q. | So you signed this complaint because of an ad that |
| 4 | | wasn't even made an issue by the -- |
| 5 | A. | I don't know why it's not part of that. |
| 6 | Q. | Well, did you bring that up to any of the other -- |
| 7 | A. | I also signed it because once I decided to sign |
| 8 | | it -- |
| 9 | Q. | Pardon? |
| 10 | A. | -- we felt that anything that was wrong that we |
| 11 | | felt was not following the law should be complained |
| 12 | | about. |
| 13 | Q. | Now, do you remember who invited you -- how many |
| 14 | | meetings did you have at Barbara Willard's house? |
| 15 | A. | I don't recall. |
| 16 | Q. | Is it possible there were two? |
| 17 | A. | I don't recall. |
| 18 | Q. | Is it possible that you signed the complaint not at |
| 19 | | her house but somewhere else? |
| 20 | A. | No. |
| 21 | Q. | You signed it at her house? |
| 22 | A. | I did. |
| 23 | Q. | Was David Underwood there? |
| 24 | A. | Yes. |
| 25 | Q. | Do you remember the first time you went to -- do |

| | | |
|---|---|---|
| 1 | A. | Correct. |
| 2 | Q. | -- father/son, father/daughter, etc.? And your |
| 3 | | complaint was "A Concerned Citizen" should have |
| 4 | | been a name of a person? |
| 5 | A. | Should have been identified by name of a person or |
| 6 | | a treasurer of a pack or . . . |
| 7 | Q. | Now, before you signed this, did you look at |
| 8 | | everything that was attached to it? |
| 9 | A. | No, I did not. |
| 10 | Q. | So you didn't -- when did you -- did you tell |
| 11 | | somebody, one of the other defendants or anyone |
| 12 | | else, that you wanted the ad you were concerned |
| 13 | | about included in the complaint? |
| 14 | A. | I did not. |
| 15 | Q. | You did not? |
| 16 | A. | I did not. |
| 17 | Q. | So why did you believe it was? |
| 18 | A. | I didn't believe it was. I believed the complaint |
| 19 | | was about everything that was -- that we felt was |
| 20 | | wrong in the paper. |
| 21 | Q. | I'll turn back to the page that's marked Exhibit B. |
| 22 | | Everything that's listed here or -- |
| 23 | A. | I don't recall now. |
| 24 | Q. | -- anything at all that -- |
| 25 | A. | Anything that we looked at in the paper that we |

Frances R. Teti, LSR

| | |
|---|---|
| 1 | BY MR. BARRANTE: |
| 2 | Q. Was there a target that this ad was aimed at? |
| 3 | MS. KARPIE: The ad? |
| 4 | MR. BARRANTE: Excuse me. The |
| 5 | complaint. |
| 6 | BY MR. BARRANTE: |
| 7 | Q. That the complaint was aimed at? |
| 8 | A. I believe the complaint was against the newspaper |
| 9 | for running ads that we felt were not properly |
| 10 | signed. |
| 11 | Q. Did you believe it was the newspaper's job to -- |
| 12 | A. I do. |
| 13 | Q. -- not publish those ads? |
| 14 | A. No. |
| 15 | Q. What do you believe the newspaper's job was? |
| 16 | A. To see that those ads were properly signed, |
| 17 | properly identified. |
| 18 | Q. Is that the function of a newspaper? |
| 19 | A. I believe so. |
| 20 | Q. So a newspaper has -- |
| 21 | A. I believe so. |
| 22 | Q. The newspaper has the power or authority to -- |
| 23 | A. To require ads to be proper. |
| 24 | Q. Now, how would the newspaper know that Friends For |
| 25 | a Better Plainville wasn't properly registered? |

Frances R. Teti, LSR

## CERTIFICATE OF REPORTER

I, Frances R. Teti, Licensed Shorthand Reporter and Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that there came before me the following named person, to wit: WILLIAM PETIT, who was by me duly sworn to testify to the truth and nothing but the truth; that he was thereupon carefully examined upon his oath and his examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested in the action.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my seal this 29th day of June, 2004.

*Frances R. Teti*

Frances R. Teti, LSR, Notary Public

My commission expires: 3-31-09

License No: 00076