```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


* * * * * * * * * * * * *
JOHN J. CASSIDY, ET AL.,    *
            PLAINTIFFS,     *
VS.                         *
KATHRYN M. LAWSON, ET AL.,  *
            DEFENDANTS.     *   CIVIL ACTION NUMBER
* * * * * * * * * * * * *       3:02CV1688(CFD)


-----------------------------------------------------------

              DEPOSITION OF MARLISS PAVANO

-----------------------------------------------------------

     Taken before Frances R. Teti, Licensed Shorthand
Reporter and Notary Public within and for the State of
Connecticut, pursuant to Notice of Deposition, at the
law offices of Howd & Ludorf, 65 Wethersfield Avenue,
Hartford, Connecticut, on June 23, 2004, commencing at
3:01 p.m.


                              A+ REPORTING
                              P.O. BOX 819
                            WALLINGFORD, CT 06492
                              866.369.9976
```

# EXHIBIT H

| | | |
|---|---|---|
| 1 | A. | It looks like a State Elections Enforcement |
| 2 | | Commission affidavit form for filing a complaint. |
| 3 | Q. | Is this a document that you signed? |
| 4 | A. | Yes. |
| 5 | Q. | And what date was it signed? |
| 6 | A. | It indicates here November 1 -- |
| 7 | Q. | Do you remember -- |
| 8 | A. | -- 2001. |
| 9 | Q. | Do you remember signing it? |
| 10 | A. | Yes. |
| 11 | Q. | On the second page, your signature appears? |
| 12 | A. | Correct. |
| 13 | Q. | And there's also a signature for Ronald |
| 14 | | Pavano, Sr.? |
| 15 | A. | Correct. |
| 16 | Q. | Is that your husband? |
| 17 | A. | Yes. |
| 18 | Q. | Why did you sign it? |
| 19 | A. | Why did I sign this?  Because I felt that there |
| 20 | | were improprieties in some of the ads. |
| 21 | Q. | Where did these ads appear? |
| 22 | A. | Do you want me to point them out? |
| 23 | Q. | Yes. |
| 24 | A. | This ad. |
| 25 | | |

Frances R. Teti, LSR

11

```
 1              (Whereby the witness indicates.)
 2
 3      Q.   This is noted as being on Page 5 of the Hometown
 4           Connection.  What is the problem with that ad?
 5      A.   There is no address or treasurer listed.
 6      Q.   Okay.  Go to the next one.  This would be on
 7           Page 13.  What is this ad?
 8      A.   There is no address listed.
 9      Q.   For the candidate, that would be Janice Eisenhauer?
10      A.   Correct.
11      Q.   Then going to this ad paid for by Friends For a
12           Better Plainville, is there a problem with this ad?
13      A.   There is no treasurer listed nor an address.
14      Q.   Then we skip over to Page 19 which takes up the
15           last four pages of the complaint.  What is the
16           problem with those ads?
17      A.   There is no address listed.  Let me just look at
18           all of them just to make sure.
19      Q.   By all means.
20
21              (Witness reviews document.)
22
23      A.   There are no addresses listed.
24      Q.   All right.  Now, before November 1, 2001, were you
25           familiar with state election law?
```

Frances R. Teti, LSR

| | | |
|---|---|---|
| 1 | Q. | Did you believe that the newspaper, because of the various advertisements that were in it, was going to influence the outcome of the referendum? |
| 4 | A. | No. |
| 5 | Q. | You did not believe that? |
| 6 | A. | No. |
| 7 | Q. | Did you believe the referendum was going to pass? |
| 8 | A. | I didn't know. |
| 9 | Q. | So your main concern was compliance with the law? |
| 10 | A. | Correct. |
| 11 | Q. | Okay. Did you ever make a complaint to either the town clerk or the secretary of the state of the fact that David Underwood took his own acknowledgement on this petition? |
| 15 | A. | No. |
| 16 | Q. | That didn't bother you? |
| 17 | A. | I didn't know. |
| 18 | Q. | You didn't see it? |
| 19 | A. | Apparently not. |
| 20 | Q. | If you had noticed it, would you have taken action on it? |
| 22 | A. | I would have questioned it. |
| 23 | Q. | So the first time you met with the other signatories was at the meeting at Barbara Willard's house? |

49

| | |
|---|---|
| 1 | **CERTIFICATE OF REPORTER** |
| 2 | |
| 3 | I, Frances R. Teti, a Licensed Shorthand Reporter |
| 4 | and Notary Public duly commissioned and qualified in and |
| 5 | for the State of Connecticut, do hereby certify that |
| 6 | there came before me the following named person, to wit: |
| 7 | MARLISS PAVANO, who was by me duly sworn to testify to |
| 8 | the truth and nothing but the truth; that she was |
| 9 | thereupon carefully examined upon her oath and her |
| 10 | examination reduced to writing under my supervision; |
| 11 | that this deposition is a true record of the testimony |
| 12 | given by the witness. |
| 13 | I further certify that I am neither attorney |
| 14 | nor counsel for, nor related to, nor employed by any of |
| 15 | the parties to the action in which this deposition is |
| 16 | taken, and further that I am not a relative or employee |
| 17 | of any attorney or counsel employed by the parties |
| 18 | hereto, nor financially interested in the action. |
| 19 | IN WITNESS THEREOF, I have hereunto set my |
| 20 | hand and affixed my seal this 29th day of June, 2004. |
| 21 | |
| 22 | *Frances R Teti* |
| 23 | Frances R. Teti, LSR, Notary Public |
| 24 | My commission expires: 3-31-09 |
| 25 | License No: 00076 |

Frances R. Teti, LSR