State Election Enforcement Conn.
20 Trinity Street
Hartford, Ct.

Dear Sir or Madam;                                    Nov. 7, 2001

    As per your request, I refer to the ad placed in the Plainville Hometown Connection, November issue page 5, signed **"Paid for by someone who cares"**. This was my creation and paid for by me and me alone and was a statement urging all to go out and vote no matter what party or candidate they chose. I was not asked or forced to place this ad by anyone and in doing so felt I was only urging residents to exercise their right to vote in our free country.

    I am disclosing my name and address to you and your staff for your records only and wish for them to remain confidential.

                                                   Sincerely,

                                               Jeannette M. Hinkson
                                             86 Metacomet Rd.
                                             Plainville, Conn.

# EXHIBIT P