UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED
FEB 02 2004
BY: BJ

JOHN J. CASSIDY, ET AL.,                    NO. 3:02cv1688(CFD)
        Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

        Defendants                    JANUARY 19, 2004

**PLAINTIFF JOHN J. CASSIDY'S RESPONSES**
**TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

The plaintiff John J. Cassidy hereby submits his responses to the First Set of Interrogatories directed to him by defendants William Petit, Patrick Ringrose and Marliss Pavano.

                      PLAINTIFFS

                      By /s/ William T. Barrante
                      William T. Barrante
                      P.O. Box 273
                      Watertown, CT 06795
                      (860) 379-9885
                      Fed. Bar No. CT10677

**EXHIBIT R**

## INTERROGATORIES

1. State: your name; your date of birth; your residence address; your business address; and your occupation.

**ANSWER:** Name: John J. Cassidy
DOB: 9/25/1935
Residence: 7 Florence Lane, Plainville, CT 06062
Business address: None.
Occupation: retired

2. For each election from 1990 through the present in which your were a candidate for public office, provide the following:

    (a) the date of the election;
    (b) the office for which you were a candidate;
    (c) the number of candidates for such office and the number of openings being sought; and
    (d) whether you were elected.

**ANSWER:** (a) Nov. 1993 or 1995; Nov. 2001; Nov. 2003; 1991 primary
(b) town counsil
(c) 1993 or 1995--15; 2001-16; 2003--12
(d) did not win

3. State whether you have now or ever had any association with the *Plainville's Hometown Connection*, and if so, state as to each such association the following:

    (a) The nature of the association;
    (b) The date(s) of said association;
    (c) Whether any exchange of money was involved in said association (for example, were you paid to provide a service or did you pay for a service) and if so, state the date, amount of payment, how said payment was effectuated (whether by check, money order, cash, credit card, or some other form) and to whom said payment was physically made, and where.

**ANSWER:** Since February or March 2003, I have written a column for the Hometown Connection. I have had no other ~~association~~ association with the newspaper.

4. Did you consult with anyone, or refer to and/or rely upon any written documents before placing the advertisement(s) in the *Plainville's Hometown Connection* which is referred to in your complaint?

**ANSWER:** I consulted with no person. I receipt a packet prepared by the State with~~xxx~~ respect to petitioning candidates, which was provided to me by Town Clerk Peter Lennon.

5. If the answer to the preceding interrogatory is in the affirmative, please state the following:

(a) the name, address, title, relationship to you of any such person;
(b) a description of each writing or written document you referred to and/or relied upon, and an explanation as to how your attention was directed to said document, including the names of any persons who directed your attention to said documents or written materials.

**ANSWER:** The documents ~~xxxxxxx~~ were the standard packet provided to all petitioning candidates. They were provided by then Town Clerk Peter Lennon, However, some documents listed on Mr. Lennon's letter were not enclosed.

6. Prior to November 1, 2001, have you ever had any contact with the State Elections Enforcement Commission, including but not limited to being the subject of a complaint or investigation, initiating a complaint or investigation, or consulting with the Commission for information?

5

**ANSWER:**   No.

26. State each item of special damages alleged to have been incurred by you as a result of the incident alleged in your Amended Complaint, specifying for each the name of the person or organization to whom each item of expense has been paid or is payable, and the date such expenses were incurred.

**ANSWER:**   No special damages.

27. Identify each person whom the plaintiff expects to call as an expert witness at trial, the subject matter and the substance of the facts and opinions to which each expert is expected to testify, and a summary of the grounds for each expert's opinion.

**ANSWER:**   None at this time.

I have read the foregoing responses to defendants' Interrgoatories and they are true to the best of my information and belief.

Signed this 26th day of January, 2004.

_____
John J. Cassidy

Subscribed and sworn to this 26th day of January, 2004, before me,

_____
William T. Barrante
Commissioner of the Superior Court

14