

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,       NO. 302CV1688(CFD)

    plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

    defendants      JANUARY 19, 2004

PLAINTIFF CUNNINGHAM'S RESPONSES
TO DEFENDANTS' FIRST SET OF INTERROGATORIES

The plaintiff William E. Cunningham hereby submits his responses to the First Set of Interrogatories directed to him by defendants William Petit, Patrick Ringrose and Marliss Pavano.

                                                                                      PLAINTIFF
                                                                                      WILLIAM E. CUNNINGHAM

                                                                         By _____
                                                                          William T. Barrante
                                                                          P.O. Box 273
                                                                          Watertown, CT 06795
                                                                          (860) 379-9885
                                                                          Fed. Bar No. CT10677

# EXHIBIT S

## INTERROGATORIES

1. State: your name; your date of birth; your residence address; your business address; and your occupation.

**ANSWER:**
    William E. Cunningham
    DOB: 8/5/60
    Res.: 37 Pearl Street, Plainville, CT 06062
    Business address: None.
    Occupation: unemployed because of work injury

2. For each election from 1990 through the present in which your were a candidate for public office, provide the following:

    (a) the date of the election;
    (b) the office for which you were a candidate;
    (c) the number of candidates for such office and the number of openings being sought; and
    (d) whether you were elected.

**ANSWER:** ~~See attached sheet.~~
    (a) November 6, 2001
    (b) town councilman, Plainville
    (c) 16
    (d) not elected

3. State whether you have now or ever had any association with the *Plainville's Hometown Connection*, and if so, state as to each such association the following:

    (a) The nature of the association;
    (b) The date(s) of said association;
    (c) Whether any exchange of money was involved in said association (for example, were you paid to provide a service or did you pay for a service) and if so, state the date, amount of payment, how said payment was effectuated (whether by check, money order, cash, credit card, or some other form) and to whom said payment was physically made, and where.

**ANSWER:**   None.

    4.    Did you consult with anyone, or refer to and/or rely upon any written documents before placing the advertisement(s) in the *Plainville's Hometown Connection* which is referred to in your complaint?

**ANSWER:**   Did not consult with any person; received packet of information ffrom the Town Clerk, but this did not give me any input as to placing my address in the ad.

    5.    If the answer to the preceding interrogatory is in the affirmative, please state the following:

    (a)    the name, address, title, relationship to you of any such person;
    (b)    a description of each writing or written document you referred to and/or relied upon, and an explanation as to how your attention was directed to said document, including the names of any persons who directed your attention to said documents or written materials.

**ANSWER:**   Packet from State given to all petitioning axcanidate candidates by Town Clerk.

    6.    Prior to November 1, 2001, have you ever had any contact with the State Elections Enforcement Commission, including but not limited to being the subject of a complaint or investigation, initiating a complaint or investigation, or consulting with the Commission for information?

5

26. State each item of special damages alleged to have been incurred by you as a result of the incident alleged in your Amended Complaint, specifying for each the name of the person or organization to whom each item of expense has been paid or is payable, and the date such expenses were incurred.

**ANSWER:** (a) Legal expenses, Atty. William T. Barrante,
for SEEC hearing, 4/17/02 and brxix brief--$325.00

(b) Lossxf of one day's employment, 4/17/02--$108.00

27. Identify each person whom the plaintiff expects to call as an expert witness at trial, the subject matter and the substance of the facts and opinions to which each expert is expected to testify, and a summary of the grounds for each expert's opinion.

**ANSWER:** None at this time.

I have read the foregoing responses to defendants' Interrogatories and they are true to the best of my information and belief.

Signed this 26th day of January, 2004.

William E. Cunningham

Subscribed and sworn to this 26th day of January, 2004, before me,

William T. Barrante
Commissioner of the Superior Court

14