FEB 02 2004
BJ

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,   NO. 3:02cv1688(CFD)
    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

    Defendants   JANUARY 19, 2004

**PLAINTIFF HENRY R. SYSKOWSKI'S RESPONSES
TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

The plaintiff Henry R. Syskowski, Jr. hereby submits his responses to the First Set of Interrogatories directed to him by defendants William Petit, Patrick Ringrose and Marliss Pavano.

PLAINTIFFS
By /s/ William T. Barrante
William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Fed. Bar No. CT10677

**EXHIBIT T**

## INTERROGATORIES

1. State: your name; your date of birth; your residence address; your business address; and your occupation.

**ANSWER:**
Name: Henry R. Syskowski, Jr.
DOB: 7/8/1942
Residence: 133 Pickney Avenue, Plainville, CT 06062
Business address: 133 Pickney Ave., Plainville, CT 06062
Occupation: ~~firearmxfirmsar~~ firearms dealer

2. For each election from 1990 through the present in which your were a candidate for public office, provide the following:

    (a) the date of the election;
    (b) the office for which you were a candidate;
    (c) the number of candidates for such office and the number of openings being sought; and
    (d) whether you were elected.

**ANSWER:**
(a) November 2001, Plainville; November 1980, New Britain;
(b) Nov. 2001--town council; Nov. 1980--city council;
(c) Nov. 2001--16; Nov. 1980--36 or 37
(d) not elected either time

3. State whether you have now or ever had any association with the *Plainville's Hometown Connection*, and if so, state as to each such association the following:

    (a) The nature of the association;
    (b) The date(s) of said association;
    (c) Whether any exchange of money was involved in said association (for example, were you paid to provide a service or did you pay for a service) and if so, state the date, amount of payment, how said payment was effectuated (whether by check, money order, cash, credit card, or some other form) and to whom said payment was physically made, and where.

4

**ANSWER:** No.

4. Did you consult with anyone, or refer to and/or rely upon any written documents before placing the advertisement(s) in the *Plainville's Hometown Connection* which is referred to in your complaint?

**ANSWER:** No.

5. If the answer to the preceding interrogatory is in the affirmative, please state the following:

    (a) the name, address, title, relationship to you of any such person;
    (b) a description of each writing or written document you referred to and/or relied upon, and an explanation as to how your attention was directed to said document, including the names of any persons who directed your attention to said documents or written materials.

**ANSWER:** N/A

6. Prior to November 1, 2001, have you ever had any contact with the State Elections Enforcement Commission, including but not limited to being the subject of a complaint or investigation, initiating a complaint or investigation, or consulting with the Commission for information?

5

each expert is expected to testify, and a summary of the grounds for each expert's opinion.

**ANSWER:**         None at this time.

I have read the foregoing responses to dafendants' Interrogatories and they are true to the best of my information belief.

Signed this 30th day of January, 2004.

_____
Henry R. Syskowski, Jr.

Subscribed and sworn to this 30th day of January, 2004, before me,

_____
William T. Barrante
Commissioner of the Superior Court

16