UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CASSIDY, WILLIAM CUNNINGHAM, JOHN MASTRIANNI, JEANNETTE HINKSON<br><br>Plaintiffs,<br><br>v.<br><br>KATHRYN M. LAWSON, DEAN A. RUSTIC, DAVID UNDERWOOD, DANIEL CIESIELSKI, WILLIAM PETIT, PATRICK RINGROSE, MARLISS PAVANO, RONALD PAVANO, SR., BARBARA WILLARD and GARY WILLARD<br><br>Defendants. | CIVIL ACTION NO. 3:02CV1688(CFD)<br><br>SEPTEMBER 7, 2004 |

## **DEFENDANT KATHRYN LAWSON'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(c), the defendant, Kathryn Lawson, hereby moves for summary judgment as to the plaintiffs' Second Amended Complaint dated November 18, 2002.

As is more particularly set forth in the attached supporting memorandum of law, the defendant is entitled to judgment as a matter of law for the following reasons:

 1. The plaintiffs' claims of abuse of process fail as a matter of law;

 2. The defendant is entitled to absolute immunity with regard to the plaintiffs' claims of abuse of process; and

 3. Plaintiff Hinkson's claim of malicious prosecution fails as a matter of law.

As required by D. Conn. L. Civ. R. 7 and 56(a), a Memorandum of Law, exhibits, and a Statement of Material Facts Not In Dispute has been simultaneously filed with this motion.

ORAL ARGUMENT REQUESTED

WHEREFORE, the defendant respectfully requests that this Court grant its Motion for Summary Judgment.

                                        DEFENDANT,
                                        KATHRYN LAWSON


By: _____
     Charles E. Vermette, Jr.  (ct07434)
     Litchfield Cavo
     40 Tower Lane (Ste 200)
     Avon, CT  06001
     (860) 255-5577
     (860) 255-5566

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 7th day of September 2004 to:

William T. Barrante
P.O. Box 273
Watertown CT 06795

Kenneth John Laska
Segal & Laska, LLC
63 East Main Street
Plainville CT 06062

Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford CT 06114

Jane R. Rosenberg
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford CT 06106

Kevin R. Murphy
Karen L. Karpie
Murphy and Karpie
350 Franklin Avenue, Suite 408
Bridgeport CT 06604

John Barbieri
18 Cedar Street
P.O. Box 1445
New Britain CT 06050

David Underwood
4 Hittleman Court
Plainville CT 06062

Paul M. Clyons, Esq.
Law Offices of Heidi Zultowsky
700 Stanley Drive
P.O. Box 9011
New Britain, CT 06050-99489

                                            Charles E. Vermette, Jr.