UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



FILED

2004 SEP -8 P 12: 05

| | |
|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson,<br>　　　Plaintiffs,<br><br>vs.<br><br>Kathryn M. Lawson, Dean Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard,<br>　　　Defendants | Case No.: No. 302cv1688(CFD)<br><br><br><br><br><br><br><br>DEFENDANT, RONALD PAVANO, SR., MOTION FOR SUMMARY JUDGMENT |

Pursuant to Fed. R. Civ. P. 56(c), the defendant Ronald Pavano, Sr. hereby moves for summary judgment as to the plaintiffs Second Amended Complaint, dated November 18, 2002.

As is more particularly set forth in the attached supporting memorandum of law, the defendant is entitled to judgment as a matter of law for the following reasons:

1.　　The plaintiffs' claims of abuse of process fail as a matter of law;

2.　　The defendant is entitled to absolute immunity with regard to the plaintiffs' claims of abuse of process;

3.　　The plaintiffs' claim for violations of their constitutional rights guaranteed by the First and Fourteenth Amendments to the U.S. Constitution, brought pursuant to 42 U.S.C. §1983 fail as a matter of law;

-1-

Segal & Laska LLC / Attorneys at Law / 63 East Main Street / Plainville, Connecticut 06062

4. The defendant is entitled to qualified immunity with regard to the plaintiffs' claims for violations of their constitutional rights guaranteed by the First and Fourteenth Amendments to the U.S. Constitution, brought pursuant to 42 U.S.C. §1983;

5. Plaintiff Hinkson's claim of malicious prosecution fail as a matter of law.

As required by D. Conn. L. Civ. R. 7 and 56(a), a Memorandum of Law, exhibits, and a Statement of Material Facts Not In Dispute has been simultaneously filed with this Motion.

WHEREFORE, the defendant respectfully request that this Court grant his Motion for Summary Judgment.

Dated on September 5, 2004

By _____
Kenneth John Laska
Segal & Laska, LLC
Drawer A
Plainville, Connecticut 06062
Office   (860) 747-2792
Fax     (860) 747-8609
E-Mail   kenneth.laska@snet.net
Federal Bar Number ct00042

g:\wpfiles\litigation\pavanomarliss\pleadings\motiontodismiss.doc

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed postage prepaid to all parties listed below on the above date.

Ms. Beatrice S. Jordan
Attorney At Law
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Paul M. Clyons, Esq.
Law Office of Heidi Zultowsky
70 Stanley Drive
New Britain, Connecticut 06050

John A. Barbieri, Esq.
P.O. Box 1445
New Britain, Connecticut 06050

Karen L. Karpie
Attorney at Law
Murphy & Karpie
350 Fairfield Avenue
Bridgeport, Connecticut 06604

Charles E. Vermette, Jr.
Litchfield Cavo, Attorneys at Law
40 Tower Lane, Suite 200
Avon, Connecticut 06001

William T. Barrante, Esq.
Attorney At Law
P.O. Box 273
Watertown, Connecticut 06795

By_____
Kenneth John Laska
Segal & Laska, LLC
Drawer A
Plainville, Connecticut 06062
Office     (860) 747-2792
Fax        (860) 747-8609
E-Mail     kenneth.laska@snet.net
Federal Bar Number ct00042

Segal & Laska LLC / Attorneys at Law / 63 East Main Street / Plainville, Connecticut 06062