UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


FILED
2004 SEP -8 P 12: 05

| | |
|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson,<br>Plaintiffs,<br><br>vs.<br><br>Kathryn M. Lawson, Dean Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard,<br>Defendants | Case No.: No. 302cv1688(CFD)<br><br><br><br><br><br><br>DEFENDANT, RONALD PAVANO, SR., AFFIDAVIT |

I, Ronald Pavano, having been duly sworn, do hereby depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligation of an oath;

3. On November 2, 2001, I filed a complaint with the State Elections Enforcement Commission;

4. I filed the complaint because I believed political advertisements in violation of the election laws were published in the November 2001 edition of the Plainville's Hometown Connection;

5. The complaint alleged that the petitioning candidates, including plaintiffs John Cassidy, William Cunningham and Henry Syskowski, failed to include their addresses in their political advertisements as required by the election laws;

-1-

Segal & Laska LLC / Attorneys at Law / 63 East Main Street / Plainville, Connecticut 06062

6. The complaint did not name, reference, cite or allege that the 'notice' placed in the November 2001 edition of Plainville's Hometown Connection by plaintiff Jeanette Hinkson was in violation of the election laws;

7. I had no knowledge as to who authored the 'notice' placed by plaintiff Jeanette Hinkson in the November 2001 edition of Plainville's Hometown Connection;

8. I did not appear as a witness against the plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission;

9. I did not offer any evidence against the plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission;

10. I did not have any further contact with the State Elections Enforcement Commission beyond the initial filing of the complaint on November 2, 2001

Dated on September 2, 2004

_____
Ronald Pavano

STATE OF CONNECTICUT  )
                     ) ss: Plainville
COUNTY OF Hartford    )

Subscribed and sworn to before me this  2nd  day of  September, 2004.

_____
~~Commissioner of the Superior Court~~
Notary Public
~~My commission expires:~~

Amy E. Lemanski
NOTARY PUBLIC
State of Connecticut
My Commission Expires 1/31/08

-2-

Segal & Laska LLC / Attorneys at Law / 63 East Main Street / Plainville, Connecticut 06062

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed postage prepaid to all parties listed below on the above date.

Ms. Beatrice S. Jordan
Attorney At Law
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Paul M. Clyons, Esq.
Law Office of Heidi Zultowsky
70 Stanley Drive
New Britain, Connecticut 06050

John A. Barbieri, Esq.
P.O. Box 1445
New Britain, Connecticut 06050

Karen L. Karpie
Attorney at Law
Murphy & Karpie
350 Fairfield Avenue
Bridgeport, Connecticut 06604

Charles E. Vermette, Jr.
Litchfield Cavo, Attorneys at Law
40 Tower Lane, Suite 200
Avon, Connecticut 06001

William T. Barrante, Esq.
Attorney At Law
P.O. Box 273
Watertown, Connecticut 06795

By /s/ Kenneth John Laska
Kenneth John Laska
Segal & Laska, LLC
Drawer A
Plainville, Connecticut 06062
Office      (860) 747-2792
Fax         (860) 747-8609
E-Mail      kenneth.laska@snet.net
Federal Bar Number ct00042

Segal & Laska LLC / Attorneys at Law / 63 East Main Street / Plainville, Connecticut 06062