# EXHIBIT 4

1    Commission before?
2        A.    No, have not.
3        Q.    Never?
4        A.    Nope.
5        Q.    Okay.  I'm going to show you another piece
6    of paper and ask you to identify it.  Do you recognize
7    this piece of paper?
8        A.    I believe this is the infamous red flyer.
9        Q.    Yeah.  Originally it was red.  Okay.  This
10   is the infamous red flyer, sounds like a wagon.
11              MR. BARRANTE:  I would like
12         to introduce this as an exhibit.
13         If this can be marked.
14         (Whereupon, the flyer was marked as
15   Plaintiff's Exhibit B for Identification.)
16   BY MR. BARRANTE:
17       Q.    Okay.  I'll show you the exhibit.  Can you
18   tell me what's false in this flyer?
19       A.    What faults are in the flyer?
20       Q.    No, what is false?
21       A.    Untrue.
22       Q.    What is untrue?
23       A.    Take the first one, Reject this plan and
24   send it back to Board of Education.  It's simply too
25   extravagant and unnecessary.  That statement, in my

```
 1   opinion, is absolutely false.  The plan was not
 2   extravagant and it certainly was not unnecessary.  The
 3   school has had numerous, numerous issues with the
 4   building and also with the curriculum because of the
 5   school, and it certainly was necessary to fix that
 6   school up to meet requirements and to meet the needs
 7   of the children.
 8        Q.    Is that the only thing that was --
 9        A.    I could go on.
10        Q.    Go on, we have time.
11        A.    What else do you want me to say?  I
12   answered your question.
13        Q.    What else is untrue?
14        A.    I disagree with that statement.
15        Q.    Anything else you disagree with?
16        A.    In that statement?
17        Q.    No, in the flyer.
18        A.    Oh, Why not use one of the two alternate
19   and less expensive plans?  That's a question out there
20   that didn't have an answer.  They didn't present an
21   answer.  We'll go on from there.  Other towns similar
22   in size to Plainville are paying $8 to $10 million
23   less for kindergarten through grade 5.  Visit State of
24   Connecticut web site for verification.  The $8 to $10
25   million less for kindergarten is a situation of where
```

1  some people were using the gross amount of the cost of
2  the school versus the net amount to the town and they
3  weren't considering the state reimbursement. They
4  were out there saying the school would cost $15
5  million as opposed to the state costing the town $7
6  million after reimbursement. So the information that
7  was presented was not presented with apples and
8  apples, it was presented with apples and oranges. The
9  people could not look at this and have a relevant
10 comparison to what was really going on so that was
11 incorrect.
12         The education lobby feels they need a new
13 school to accommodate their new curriculum.
14 Ridiculous! Do Ivy League schools tear down 300 year
15 old buildings? No! They renovate. Well, I would
16 like to see some evidence that no Ivy League school
17 has ever torn down a 300 year old building. If
18 there's an old storage shed out there and it's 300
19 years old, I doubt they renovate it. So that's
20 another ludicrous statement that's being made.
21         Five counsel members decided to pass the
22 buck to the taxpayers by putting it on the referendum.
23 This way they wouldn't have to explain the large tax
24 increases when the library, police station, sewer
25 plant and other school renovations kick-in. It's said

```
1    they did this to insure a large vote turn-out so they
2    could be reelected.  That's the most -- That's crazy.
3         Q.   Isn't that just an opinion?
4         A.   Is that an opinion?
5         Q.   Yeah, that's his opinion.
6         A.   Okay.  Maybe it's opinion, but it's still
7    an opinion that's -- unreasonable opinion.  Something
8    that just does not make sense.
9         Q.   But unreasonble is not the same as untrue
10   or false.
11        A.   Well, if somebody has an opinion, I don't
12   know that you could say it's right or wrong.  It's
13   their opinion, it's there opinion.  You can't tell
14   somebody's opinion is right or wrong.
15        Q.   But many of the statements in this flyer
16   are simply opinions.
17        A.   No, they're not.
18        Q.   Okay.  Anything else?
19        A.   Making matters worse we now have "All in
20   The Family" government.  Family members who are in
21   control of Plainville's purse strings and its destiny.
22   Taxpayers beware.  That's crazy.
23        Q.   That's an opinion.
24        A.   That's not an opinion.  They're saying that
25   the family is in control of the government and the
```

1    purse strings.  That is ridiculous.  They are not in
2    control.
3         Q.    Well, he's not --
4         A.    There is regulations that they must meet.
5    There's control that the town manager has.  There's
6    control that the finance manager has.  There's control
7    that the board of education has.  They must meet these
8    rules and regulations.  They can't arbitrarily pass
9    anything for their own benefit and there's rules
10   within our own town that says you need to go to
11   referendum for certain things.  So saying this, to me
12   is saying something that is absolutely incorrect and
13   it's not an opinion, in my opinion.
14        Q.    Isn't he referring to certain families that
15   have more than one member in the town government,
16   isn't that --
17        A.    If you look at the history of Plainville,
18   you will see for many years we've always had a
19   situation where there are more than one family member
20   involved in the town.  You can look now, there's many
21   families who have multiple people involved in the
22   town.  With a town as small as we are, it occurs.
23   That's not unusual.
24        Q.    Isn't it also not unusual to have people
25   complain about that?

1   A.    People are going to complain about the sun
2   shining, yes.
3   Q.    Anything else that's false?
4   A.    Well, let's get down to, Ask yourself how
5   much will your taxes increase when all these projects
6   kick-in.  A lot.  Not $107 a year, but more like $400
7   to $500 a year.  A 5 mill increase is very
8   conservative, with $8 million interest added to our
9   debt for the next 20 years.  And don't forget to add
10  in your sewer tax.
11        Well, if you look at that statement right
12  now and look it retrospectively, that $400 or $500
13  never occurred.  That was a blatant out statement that
14  is not correct.
15  Q.    Well, the referendum was defeated, wasn't
16  it?
17  A.    The referendum -- the second referendum
18  that did pass the school, passed.  And our taxes
19  haven't gone up and won't go up $400 to $500.
20  Q.    That was at a different amount though,
21  wasn't it?
22  A.    Yes.  It was a different amount.  Had that
23  referendum not passed, the second referendum, the
24  taxes would have dramatically went up because we would
25  have lost the reimbursement from the state.  So this

1  statement here is absolutely wrong. Wrong.
2      Q.   Okay.
3      A.   Wait a minute.
4      Q.   You got more?
5      A.   Oh, okay. I was just reading the last
6  item.
7      Q.   Okay. I want to show you another piece of
8  paper.
9      A.   Okay.
10     Q.   Do you recognize that piece of paper?
11     A.   Yes, I do.
12          MR. BARRANTE: I would like
13     it marked, please.
14     (Whereupon, the letter was marked
15  Plaintiff's Exhibit C for Identification.)
16  BY MR. BARRANTE:
17     Q.   This was a letter received by you from me
18  dated July 11, 2002 asking you to retract the
19  statements you made about Mr. Mastrianni in the New
20  Britain Herald?
21     A.   Uh-huh.
22     Q.   You acknowledge receiving this?
23     A.   I acknowledge receiving this letter from
24  you, yes.
25     Q.   Okay. Very well. Now, from your last

**EXHIBIT 5**

```
 1         A    It's called Cattail Sunflower Fish and Game
 2   Club.  It consists of professionals in the graphics
 3   industry.
 4         Q    And where is that club located or where does
 5   it --
 6         A    It meets at the Canoe Club in East Hartford.
 7         Q    And how long have you been involved in that
 8   organization?
 9         A    Probably twenty years.
10         Q    Back in, say, November of 2001, were you a
11   member of any clubs, organizations, or civic groups?
12         A    No.
13         Q    Are you currently involved in any committees
14   concerning the Town of Plainville and its government?
15         A    I'm on the steering committee for the Linden
16   Street School Project and also on the building committee
17   for the Linden Street School Project.
18         Q    When did you first get on the steering
19   committee for the Linden Street School Project?
20         A    I was asked to join the committee sometime in
21   late November by the chairman of the Board of Education,
22   Vincent Ringrose.
23         Q    In November of 2003?
24         A    No, 2001 I believe, after the -- I get the
25   years mixed up.
```

```
 1                MR. BARRANTE:  Was that Patrick
 2       Ringrose?
 3                THE WITNESS:  Sorry, yes.  Patrick
 4       Ringrose.  Excuse me.
 5                MR. BARRANTE:  Okay.
 6  BY MR. CLYONS:
 7       Q    Did he ask you to get involved in the steering
 8  committee after the referendum of November 2001?
 9       A    Yes; after it was defeated.
10       Q    And you have been on that steering committee
11  ever since?
12       A    Yes.
13       Q    And the building committee, when did you join
14  the building committee?
15       A    I joined the building committee after the
16  Thompson Fletcher presented us with a long-term school
17  plan for the Town of Plainville.
18       Q    When was that?
19       A    I can't really remember.  It's in the minutes
20  of our meetings.
21       Q    Was that after you joined the steering
22  committee?
23       A    Yes.  The steering committee was created
24  first, and then the building committee came later.
25       Q    Okay.  Did Mr. Ringrose also ask you to join
```

```
 1   the building committee?
 2        A    Yes.
 3        Q    And so he would have asked you sometime after
 4   November 2001; is that correct?
 5        A    Uh-huh, yes.
 6        Q    What is or was the Silent Majority Team?
 7        A    It was just a name sort of created sometime
 8   ago by people who were mostly independent voters.
 9        Q    And were you a member of that organization?
10        A    It wasn't loosely put as an organization.  It
11   was simply they put out material by using that name.
12        Q    Did you yourself put out material using that
13   name?
14        A    I did on my flyer, yes.
15        Q    Okay.  What flyer are you referring to?
16        A    A flyer I put out just before the referendum
17   went to vote.
18        Q    Some people in their deposition testimony in
19   this case, I believe, have referred to it as "the red
20   flyer."  Does that make sense?
21        A    Yes.  It was on red paper.
22        Q    Okay.  Let me show you a copy of the document
23   and ask you if this is a copy of the red flyer?
24        A    Yes, it is.
25        Q    Okay.
```

# EXHIBIT 6

1   the building committee?
2       A   Yes.
3       Q   And so he would have asked you sometime after
4   November 2001; is that correct?
5       A   Uh-huh, yes.
6       Q   What is or was the Silent Majority Team?
7       A   It was just a name sort of created sometime
8   ago by people who were mostly independent voters.
9       Q   And were you a member of that organization?
10      A   It wasn't loosely put as an organization. It
11  was simply they put out material by using that name.
12      Q   Did you yourself put out material using that
13  name?
14      A   I did on my flyer, yes.
15      Q   Okay. What flyer are you referring to?
16      A   A flyer I put out just before the referendum
17  went to vote.
18      Q   Some people in their deposition testimony in
19  this case, I believe, have referred to it as "the red
20  flyer." Does that make sense?
21      A   Yes. It was on red paper.
22      Q   Okay. Let me show you a copy of the document
23  and ask you if this is a copy of the red flyer?
24      A   Yes, it is.
25      Q   Okay.

**EXHIBIT 7**

1       A    No, they had -- they had their own agenda.  In
2   an oral petition before this went to the voters and the
3   council passed it five to two, I believe, I asked
4   Mr. Warzorko to recluse (sic) himself since his father was
5   the one who presented this, and he chose not to do that.
6   I thought it was a big conflict of interest that he should
7   not vote on this $24 million when his father presented it
8   to the council.
9       Q    Did you mean to suggest by this that these
10  individuals had something personally to gain by
11  proposing --
12      A    No.
13      Q    -- and trying to sell Option B?
14      A    No, not at all.
15      Q    So was it your opinion, or is it your opinion,
16  that the reason they made this proposal of Option B was
17  that they honestly agreed that it was the best option in
18  terms of the Linden Street School?
19      A    I believe they believed that, yes.
20      Q    Okay.  When you wrote that this statement
21  about all-in-the-family government, did you believe that
22  people reading this might believe that you were suggesting
23  that these family members had something personally to gain
24  by what they were proposing?
25      A    No.

**EXHIBIT 8**

```
 1      A    No, not at this time.
 2      Q    Are you married?
 3      A    Yes.
 4      Q    And what is your wife's name?
 5      A    Janet.
 6      Q    How long have you been married?
 7      A    Forty-eight years.
 8      Q    Do you have any children?
 9      A    Two. Two boys.
10      Q    And what are their names and ages?
11      A    Gregory, age 40; Christopher, age 38.
12      Q    And do you have any grandchildren?
13      A    One, Avery, A-v-e-r-y. That's my son Greg's
14 son.
15      Q    How old is Avery?
16      A    He's 18 months.
17      Q    Are you currently employed?
18      A    I have my own business, and I have clients
19 that I use quite regularly.
20      Q    What is the name of your business?
21      A    Informational Communications Design.
22      Q    And is that a corporation or some other --
23      A    It's just an LLC.
24      Q    LLC, okay. What is the nature of that
25 business?
```

```
 1      A    Marketing, advertising, and design.
 2      Q    How long have you been so employed?
 3      A    Be thirteen years.
 4      Q    And prior to that where did you work?
 5      A    I worked at the Aetna Life and Casualty.
 6      Q    What was your job there?
 7      A    I headed up the audio-visual and the graphics
 8 department.
 9      Q    How long did you work for Aetna?
10      A    Twenty-eight years.
11      Q    And did you work out of Hartford?
12      A    Yes.
13      Q    And what did your work involve?
14      A    Annual reports, marketing plans and strategies
15 for real estate investment, television for training,
16 public television spots on behalf of the community and the
17 company.
18      Q    And did that involve your writing copy for --
19      A    Yes.
20      Q    Okay. Do you write copy now?
21      A    Yes.
22      Q    Currently, are you a member of any
23 organizations, associations, clubs, civic groups?
24      A    Yes, one.
25      Q    What is that?
```