UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL            CIVIL NO. 3:02CV1688(CFD)

         Plaintiffs

v.

KATHRYN M. LAWSON, ET AL

         Defendants:            SEPTEMBER 10, 2004

## LOCAL RULE 56(a) 1 STATEMENT

Pursuant to Rule 56(a)1 of the Local Rules of Civil Procedure, the Defendant, Daniel Ciesielski, adopts the Rule 56(a)1 statements of the Defendants, Kathryn M. Lawson; William Petit and Patrick Ringrose in support of his Motion for Summary Judgment as to the First Fourth and Fifth Counts.

As to the Third Count he respectfully submits the following statement of undisputed material fact in support of his Motion for Summary Judgment on the Third Count:

     1).     Plaintiff, John Mastrianni, wrote and distributed a flyer in opposition to the proposed Linden Street School project subject of a November 2001 referendum in the Town of Plainville. [Exhibit 2]

     2).     After the referendum the Defendant, Ciesielski, was interviewed by The Herald and made the following statements: 'the information which Mastrianni was

- 1 -

Case 3:02-cv-01688-CFD    Document 89    Filed 09/13/2004    Page 1 of 3

spreading was incorrect and he knew it was incorrect.'  "I think he put the information out intentionally." [Exhibit 1]

3). Defendant, Ciesielski, did <u>not</u> say: "This was about a group of citizens that were going to say anything they could to prevent this school from being built." Anthony Zaleski said that. [Exhibit 1]

4). What Plaintiff, Mastrianni, contends is libelous is Defendant, Ciesielski's, statement, "I think he put the information out intentionally" in the context of his statement that Mastrianni knew the information was incorrect.

THE DEFENDANT,
DANIEL CIESIELSKI

BY _/s/ Paul M. Clyons_
Paul M. Clyons, Esq.
Law Offices, Rodd J. Mantell
700 Stanley Drive
New Britain, CT 06053
Tel: (860) 827-4351 / Facsimile: 827-4386
Federal Bar No. CT06291

## CERTIFICATION

I hereby certify that a copy of the above was mailed, postage prepaid, on September 10, 2004, to:

William T. Barrante, Esq.
P.O. Box 273-65 Elm Street
Watertown, CT 06795

Kenneth John Laska, Esq.
63 East Main Street
Plainville, CT 06062

Karen Karpie, Esq.
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604

Beatrice Jordan, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Charles E. Vermette, Jr.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

John Barbieri, Esq.
18 Cedar Street
New Britain, CT 06050

David Koskoff, Esq.
144 West Main Street
Plainville, CT 06062

_____
Paul M. Clyons, Esq.
Attorney for Daniel Ciesielski
Federal Bar No. CT06291