UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CASSIDY, ET AL | : | NO.: 302CV1688 (CFD) |
| | : | |
| v. | : | |
| | : | |
| KATHRYN M. LAWSON, ET AL | : | SEPTEMBER 14, 2004 |

## DEFENDANTS' NOTICE OF FILING OF ORIGINAL EXHIBITS

The defendants, William Petit, Patrick Ringrose and Marliss Pavano, hereby

attach Exhibits D and E, the original affidavits of Patrick Ringrose and Marliss Pavano,

for inclusion in their Motion for Summary Judgment and Local Rule 56(a)1 Statement

dated September 1, 2004.

DEFENDANTS,
WILLIAM PETIT, PATRICK RINGROSE
and MARLISS PAVANO


By_____
       Beatrice S. Jordan
       ct22001
       Howd & Ludorf
       65 Wethersfield Avenue
       Hartford, CT  06114
       (860) 249-1361
       (860) 249-7665 (Fax)
       E-Mail:  bjordan@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 14th day of September, 2004.

William T. Barrante
P.O. Box 273
Watertown, CT 06795

Charles E. Vermette, Jr., Esquire
Deborah E. Roser, Esquire
Melicent B. Thompson, Esquire
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT  06001

Paul M. Clyons, Esquire
Law Offices, Heidi Zultowski
700 Stanley Drive
P.O. Box 9011
New Britain, CT  06050-9948

John A. Barbieri, Esquire
18 Cedar Street
P.O. Box 1445
New Britain, CT  06050

Kenneth J. Laska, Esquire
Segal & Laska, LLC
63 East Main Street
Plainville, CT  06062

Karen L. Karpie, Esquire
Murphy and Karpie
350 Fairfield Avenue
Bridgeport, CT  06604

Jane R. Rosenberg, Esquire
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


Beatrice S. Jordan

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL         :     NO.: 302CV1688 (CFD)

:

v.                           :

:

KATHRYN M. LAWSON, ET AL    :

## A F F I D A V I T

I, Patrick Ringrose, having been duly sworn, do hereby depose and say:

1.    That I am over eighteen years of age;

2.    That I believe in the obligation of an oath;

3.    On November 2, 2001, I filed a complaint with the State Elections Enforcement Commission;

4.    I filed the complaint because I believed political advertisements in violation of the election laws were published in the November 2001 edition of the Plainville's Hometown Connection;

5.    The complaint alleged that the petitioning candidates, including plaintiffs John Cassidy, William Cunningham and Henry Syskowski, failed to include their addresses in their political advertisements as required by the election laws;

# Exhibit D

6.    The complaint did not name, reference, cite or allege that the 'notice' placed in the November 2001 edition of Plainville's Hometown Connection by plaintiff Jeanette Hinkson was in violation of the election laws;

7.    I had no knowledge as to who authored the 'notice' placed by plaintiff Jeanette Hinkson in the November 2001 edition of Plainville's Hometown Connection;

8.    I did not file the complaint in my official capacity as a member of the Board of Education for the Town of Plainville;

9.    I did not file the complaint in furtherance of my duties as a member of the Board of Education for the Town of Plainville;

10.    I filed the complaint solely in my individual capacity as a citizen of the Town of Plainville;

11.    I did not appear as a witness against the plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission;

12.    I did not offer any evidence against the plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission;

2

13.     I did not have any further contact with the State Elections Enforcement

Commission beyond the initial filing of the complaint on November 2, 2001.

_____
Patrick Ringrose

**STATE OF CONNECTICUT**          )
                                  ) ss:     Plainville
**COUNTY OF**   HARTFORD          )


Subscribed and sworn to before me this ___1st___ day of _____September_____,
2004.

_____
~~Commissioner of the Superior Court~~
**Notary Public**
**My commission expires:**     6-30-05


**PATRICIA S. PERRY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2005

3

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL          :     NO.: 302CV1688 (CFD)

                                   :

v.                               :

                                   :

KATHRYN M. LAWSON, ET AL     :

## **A F F I D A V I T**

I, Marliss Pavano, having been duly sworn, do hereby depose and say:

1.    That I am over eighteen years of age;

2.    That I believe in the obligation of an oath;

3.    On November 2, 2001, I filed a complaint with the State Elections Enforcement Commission;

4.    I filed the complaint because I believed political advertisements in violation of the election laws were published in the November 2001 edition of the Plainville's Hometown Connection;

5.    The complaint alleged that the petitioning candidates, including plaintiffs John Cassidy, William Cunningham and Henry Syskowski, failed to include their addresses in their political advertisements as required by the election laws;

# Exhibit E

6.     The complaint did not name, reference, cite or allege that the 'notice' placed in the November 2001 edition of Plainville's Hometown Connection by plaintiff Jeanette Hinkson was in violation of the election laws;

7.     I had no knowledge as to who authored the 'notice' placed by plaintiff Jeanette Hinkson in the November 2001 edition of Plainville's Hometown Connection;

8.     I did not file the complaint in my official capacity as a member of the Board of Education for the Town of Plainville;

9.     I did not file the complaint in furtherance of my duties as a member of the Board of Education for the Town of Plainville;

10.     I filed the complaint solely in my individual capacity as a citizen of the Town of Plainville;

11.     I did not appear as a witness against the plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission;

12.     I did not offer any evidence against the plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission;

13.     I did not have any further contact with the State Elections Enforcement Commission beyond the initial filing of the complaint on November 2, 2001

2

*Marliss M. Pavano*

Marliss Pavano


STATE OF CONNECTICUT      )
                          ) ss: West Hartford
COUNTY OF  Hartford       )


Subscribed and sworn to before me this __31__ day of __August__,
2004.


*Cynthia Marko*

~~Commissioner of the Superior Court~~
Notary Public
My commission expires:  10/31/04

3