UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 16 P 3: 31

JOHN J. CASSIDY, ET AL.,          NO. 3:02CV1688(CFD)
DISTRICT COURT
HARTFORD, CT.

   Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

   Defendants   SEPTEMBER 15, 2004

## OBJECTION TO MOTIONS FOR SUMMARY JUDGMENT AND MOTION FOR EXTENSION OF TIME

The plaintiffs represent as follows:

(1) On March 3, 2004, plaintiffs moved for an extension of time for the filing of dispositive motions until September 1, 2004 (No. 69), which motion was granted.

(2) On July 23, 2004, plaintiffs moved for a further extension of time for the filing of dispositive motions to December 1, 2004 (No. 74), which motion, to the plaintiffs' knowledge, has not yet been acted upon.

(3) On September 1, 2004, the defendants William Petit, Patrick Ringrose and Marliss Pavano filed a motion for summary judgment. Under Local Rule 9(a), plaintiffs have until September 22, 2004 to respond to that motion.

(4) On September 5, 2004, defendant Ronald Pavano served a motion for summary judgment upon plaintiff's counsel.

(5) On September 7, 2004, defendant Kathryn Lawson served a motion for summary judgment upon plaintiff's counsel.

(6) On September 9, 2004, defendant Daniel Ciesielski served a motion for summary judgment upon plaintiff's counsel.

(7) The motions of defendants Ronald Pavano, Kathryn Lawson and Daniel Ciesielski have been filed after September 1, 2004 and have thus been filed after the deadline under the current scheduling order.

Wherefore, plaintiffs object to the filing of those motions and request the court not to consider them unless the court grants plaintiffs additional time, perhaps to October 25, 2004, in which to respond to all the summary judgment motions, because each summary judgment motion will require a separate opposing memorandum and set of Rule 56 statements and separate exhibits.

Plaintiffs' counsel has requested an extension of time from the foregoing defendants' counsel. Attorney Jordan will agree to an extension only to September 30, 2004 as to the Petit-Ringrose-Pavano motion. Attorney Laska, on behalf of Ronald Pavano, opposes any extension of time. The undersigned has not yet heard from Attorney Vermette, representing Kathryn Lawson, or Attorney Clyons, representing Daniel Ciesielski.

PLAINTIFFS

By /s/ William T. Barrante
William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
Fed. Bar No. CT10677

2

## CERTIFICATION

I hereby certify that on the above date a copy of the foregoing was mailed to:

Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Attorney Charles E. Vermette, Jr.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Attorney Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050

Asst. Attorney Gen. Jane R. Rosenberg
P.O. Box 120
Hartford, CT 06141-0120

Attorney John A. Barbieri
P.O. Box 1440
New Britain, CT 06050

Attorney Kenneth J. Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Attorney Karen L. Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

_____
William T. Barrante

3