UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,   NO. 3:20CV1688(CFD)

    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.

    Defendants   SEPTEMBER 22, 2004

**LOCAL RULE 56(a)2 STATEMENT**

Pursuant to Local Rule 56(a)2, the plaintiffs submit the following responses to the Local Rule 56(a)1 Statement of defendants William Petit, Patrick Ringrose and Marliss Pavano:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied.
8. Admitted.
9. Admitted.

10. Admitted.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Admitted.

17. Admitted.

18. Admitted.

19. Denied.

20. Denied.

21. Denied.

22. Admitted.

23. Admitted.

24. Denied.

25. Denied.

26. Denied.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Denied.

38. Denied.

39. Statement not clear.

40. Denied.

41. Denied.

42. Admitted.

43. Denied.

The plaintiffs hereby present the following material issues of fact to which there is a genuine issue to be tried:

1. The alleged violations of state election laws by plaintiffs were only a pretext for defendants' filing of the SEEC complaint. They were actually concerned about the content of certain of the published advertisements. (See certified copy of SEEC Complaint, dated November 1, 2001, attached as **Exhibit 1,** Witness Statement by Daniel Ciesielski; Deposition Transcript of Kathryn M. Lawson, dated June 29, 2004, attached

as **Exhibit 2**, at 30-32, 36, 41, 49; Deposition Transcript of William Petit, dated June 23, 2004, attached as **Exhibit 3**, at 16-17, 23-24.)

2. Defendants' SEEC Complaint (**Exhibit 1**) was also filed to penalize the Hometown Connection newspaper for publishing the political advertisements of plaintiffs Cassidy, Cunningham and Syskowski in its November 2001 edition. (See Deposition Transcript of Marliss Pavano, dated June 23, 2004, attached as **Exhibit 4**, at 46-48.)

3. The principal target of the SEEC Complaint (**Exhibit 1**) was the Hometown Connection newspaper and the people associated with it. (See Marliss Pavano deposition, **Exhibit 4**, at 46-48; Petit deposition, **Exhibit 3**, at 33, 45.)

4. Defendants William Petit and Marliss Pavano had political reasons for taking action against the Hometown Connection, a newspaper associated with their political rival, Helen Bergenty. (See Marliss Pavano deposition, **Exhibit 4**, at 39-41; Petit deposition, **Exhibit 3**, at 34-36; Deposition Transcript of Jeannette Hinkson, June 29, 2004, attached as **Exhibit 5**, at 35-36.)

5. A common political bond of all the defendants was their support of the Linden Street School referendum in November 2001. (See Lawson deposition, **Exhibit 2**, at 26-28.)

6. The SEEC Complaint signed by defendants encompassed not only the November 2001 edition of the Hometown Connection newspaper but also anyone who placed a political advertisement or notice in it, including Helen Bergenty and Jeannette

4

Hinkson. (See letter from SEEC to plaintiff Hinkson, November 13, 2001, attached as **Exhibit 6**; letter from Assistant Attorney General Susan Cobb to William T. Barrante, dated November 6, 2003, attached as **Exhibit 7**; SEEC Final Decision, in the Matter of a Complaint by Kathryn Lawson, et al., Plainville, No. 2001-222A, regarding Helen Bergenty, dated May 8, 2002, attached as **Exhibit 8**; SEEC Findings and Conclusions with respect to Jeannette Hinkson, dated February 20, 2002, attached as **Exhibit 9**.)

7. The lack of addresses in the political advertisements of plaintiffs Cassidy, Cunningham and Syskowksi was a pretext for defendants' filing an SEEC complaint against them, as defendants' actual purpose was to take political action against the Hometown Connection for publishing political advertisements the defendants did not like. (See Lawson deposition, **Exhibit 2**, at 30-32, 36, 41, 49; Deposition Transcript of Patrick Ringrose, dated June 23, 2004, attached as **Exhibit 10**, at 17, 24-27.)

8. The defendants were upset that, shortly before the November 2001 election, the Hometown Connection published advertisements opposed to passage of the school referendum and also a political advertisement urging the election of two petitioning candidates along with Helen Bergenty, and a page of ads by the petitioning candidates, who were opposed to passage of the referendum. (See Lawson deposition, **Exhibit 2**, at 56-57; Ringrose deposition, **Exhibit 10**, at 17, 24-27.)

9. When the defendants William Petit, Patrick Ringrose and Marliss Pavano signed the SEEC Complaint, they did so as a member of the Plainville Town Council

5

(Petit) and as members of the Plainville Board of Education (Ringrose and Mrs. Pavano). (See Exhibit A to SEEC Complaint, **Exhibit 1**.)

10. By filing the SEEC Complaint on November 2, 2001, defendants hoped that the publicity from the filing might lessen the adverse effect of the November 2001 edition of the Hometown Connection on the November 6, 2001 election and school referendum. (See Deposition Transcript of David Underwood, December 9, 2003, attached as **Exhibit 11**, at 34.)

PLAINTIFFS

By _____
William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
E-mail:
william.barrante@snet.net
Fed. Bar No. CT 10677

CERTIFICATION

I hereby certify that on September 23, 2004, a copy of the foregoing was mailed to counsel of record and to Asst. Atty. General Jane Rosenberg, as set forth in the Certification at the end of plaintiffs' Memorandum of Law, which follows this Statement.

_____
William T. Barrante

6