UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,            NO. 3:02CV1688(CFD)
                    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

                    Defendants        OCTOBER 19, 2004

### NOTICE OF MANUAL FILING

Plaintiffs' undersigned counsel hereby gives notice that he has filed manually, with respect to the Motion for Summary Judgment of defendant Ronald Pavano, Sr. plaintiffs' Local Rule 56(a)2 Statement and their Memorandum of Law, because he does not have the software that would enable him to create the foregoing as .PDF documents.

PLAINTIFFS

By _____
William T. Barrante
Fed. Bar No. CT10677
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
E-mail: william.barrante@snet.net

## CERTIFICATION

I certify that on October 22, 2004 a copy of the above was mailed to:

Atty. Beatrice S. Jordan
65 Wethersfield Avenue
Hartford, CT 06114

Atty. Charles E. Vermette, Jr.
40 Tower Lane, Ste 200
Avon, CT 06001

Atty. John Barbieri
P.O.Box 1445
New Britain, CT 06050

AAG Jane Rosenberg
P.O. Box 120
Hartford, CT 06141-0120

Atty. Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Atty. Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050

Atty. Karen L. Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

_____
William T. Barrante

2