FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL 23 A 11: 31
U.S. DISTRICT COURT
HARTFORD, CT

JOHN J. CASSIDY, ET AL.,   NO. 3:02CV1688(CFD)

          Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

          Defendants          JULY 22, 2004

### MOTION FOR ENLARGEMENT OF SCHEDULING ORDER

The plaintiffs, pursuant to Rule 6(b), Federal Rules of Civil Procedure, represent that because of difficulty in the scheduling of depositions of certain of the defendants, it will be necessary to enlarge the time for certain components of the amended Scheduling Order, and therefore move that time for the following components of the Scheduling Order be enlarged, as follows:

1. Plaintiffs shall be allowed until September 1, 2004 to file motions to join additional parties and to amend the pleadings (see Plaintiffs' Motion to Substitute Proposed Additional Defendant and to Amend Complaint, dated July 25, 2004, on file).

2. Depositions of fact witnesses will be completed by October 1, 2004.

3. Depositions of any expert witnesses will be completed by November 1, 2004.

4. Dispositive motions will be filed by December 1, 2004.

5. The joint trial memorandum, or separate trial memoranda as the case may be,

FILED 2005 FEB -8 P 2:54 U.S. DISTRICT COURT HARTFORD, CT