UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,            NO. 3:02CV1688(CFD)
        Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,
        Defendants                      NOVEMBER 12, 2004

**PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT**
**RE: KATHRYN M. LAWSON**

Pursuant to Rule 56(a)2 of the Local Rules of Civil Procedure, the plaintiffs submit this statement in response to the Local Rule 56(a)1 Statement of the defendant Kathryn M. Lawson:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Admitted.

17. Admitted.

18. Admitted.

19. Denied.

20. Denied.

21. Denied at to first clause; admitted as to second clause.

22. Admitted as to defendants Petit, Ringrose and Marliss Pavano.

23. Admitted.

24. Denied at to first clause; admitted as to second clause.

25. Denied.

26. Denied.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Admitted.

38. Admitted.

39. Statement not clear.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

Plaintiffs now submit the following statement of disputed material facts:

1. In October-November 2001 defendant Kathryn M. Lawson was not concerned about compliance with state election laws. (Deposition testimony of Kathryn M. Lawson, June 29, 2004, attached to plaintiffs' Memorandum of Law in opposition to summary judgment motion of defendants Petit, Ringrose and Marliss Pavano as **Exhibit 2**, at 30-32, 49). [Hereafter, Lawson Dep.].

2. Defendant Lawson was concerned about the content of certain ads that appeared in the November 2001 edition of The Hometown Connection newspaper.

(Lawson Dep., at 30-32, 36, 41, 49).

3.      One of defendant Lawson's major concerns in bringing the SEEC Complaint was passage of the Linden Street School Referendum. (Lawson Dep., at 26-28, 56-57).

PLAINTIFFS

By /s/ William T. Barrante
William T. Barrante
Fed. Bar No. CT10677
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
E-mail: william.barrante@snet.net

## CERTIFICATION

I certify that on November 15, 2004 a copy of the foregoing was mailed to counsel as set forth in the Cerification at the end of plaintiffs' memorandum of law.

/s/ William T. Barrante
William T. Barrante

4