UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

JOHN J. CASSIDY ET AL
        Plaintiffs      :      Civil Action No.
                               3:02 cv -01688 (CFD)
                            :
   v.
                            :

KATHRYN M. LAWSON ET AL      :      February 18, 2005
        Defendants

---

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R.CIV. P. 6(b) and Local Rule 7 (b), all parties hereby jointly move for an enlargement time with respect to the following deadlines contained in an e-notice sent by the clerk on February 10, 2005:

(1) Trial Brief due by 3/1/2005.

(2) Trial Ready Date 3/15/2005.

The undersigned consulted all counsel in this case, who all join in this motion for enlargement of time, and there is <u>no</u> objection to this motion. All counsel believe good cause to seek this enlargement of time exists because there are pending motions for summary judgment, which could be dispositive of the case, and which have not yet been ruled upon by the court. Additionally, Attorney Beatrice Jordan, counsel for the defendants William Petit, Patrick Ringrose and Marliss Pavano, gave birth to a baby on January 19, 2005 and Attorney Jordan is out on maternity leave until May 1, 2005.

Wherefore, the parties are jointly seeking an enlargement of time as follows:

(1) Trial Brief due 45 days following the court's ruling on the pending motions for summary judgment.

(2) Trial Ready Date 30 days thereafter.

Although certain parties had filed motions for enlargement of time with respect to certain specific pleadings and other deadlines in the past, the undersigned counsel believes that this is the first motion for enlargement to time specifically with request to the Trial Brief due date and the Trial Ready Date.

THE DEFENDANT
WILLIAM PETIT

BY_____
Karen L. Karpie, His Attorney
Federal Bar #ct04269
Murphy and Karpie, LLC
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604
(203)333-0177 Fax(203-333-8475)
klkarpie@sbcglobal.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---
JOHN J. CASSIDY ET AL
        Plaintiffs     :     Civil Action No.
                               3:02 cv-01688 (CFD)
                         :
v.
                         :

KATHRYN M. LAWSON ET AL     :     February 18, 2005
        Defendants
---

## CERTIFICATION

      This is to certify that a copy of the foregoing Joint Motion for Enlargement of Time has been sent, U.S. Mail, First Class, postage prepaid to the following counsel of record:

Kenneth John Laska, Esq.
Drawer A
63 East Main St.
Plainville, CT 06062

Beatrice S. Jordon, Esq.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114

John A. Barbieri, Esq.
P.O. Box 1445
New Britain, Ct 06050

Jane Rosenberg
Asst. Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Charles E. Vermette, Jr., Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Paul Clyons
Law Office of Rodd Mantell
700 Stanley Drive
P.O. Box 9011
New Britain, CT 06050-9948

William T. Barrante, Esq.
P.O. Box 273
Watertown, CT 06796

                                 BY_____
                                   Karen L. Karpie, Esq.

Case 3:02-cv-01688-CFD    Document 106    Filed 02/22/2005    Page 4 of 4