UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

John J. Cassidy, et al     Case No.: No. 302cv1688(CFD)

Plaintiffs,

vs.

Kathryn M. Lawson, et al

Defendants.     March 23, 2005

## MOTION FOR PERMISSION TO FILE MOTION
## FOR SUMMARY JUDGMENT

The Defendants, David Underwood, Barbara Willard, Gary Willard and Dean Rustic, respectfully request permission of this Court to file the enclosed Motion for Summary Judgment so that said Motion can b decided simultaneously with the Motions of Summary Judgment previously filed by all other Defendants herein.

>                       Defendants, David Underwood,
>                       Barbara Willard, Gary Willard and
>                       Dean Rustic
>
>                       by _____
>                       John A. Barbieri, Esq.
>                       ct06897
>                       18 Cedar Street
>                       P.O. Box 1445
>                       New Britain, CT 06050
>                       (860)224-7119

## **ORDER**

The above Motion having duly come before this Court it is hereby ORDERED:

Dated at Hartford, CT this _____ day of _____, 2005

_____

## CERTIFICATION

      This is to certify that a copy of the attached Motion for Permission to File Motion for Summary Judgment was sent postage prepaid on this 23nd day of March, 2005, to the following:

| | |
|---|---|
| William Barrante<br>P.O. Box 273<br>Watertown, CT 06795 | Segal & Laska, LLC<br>63 East Main Street<br>Plainville, CT 06062 |
| Beatrice S. Jordan<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford, CT 06114 | Charles E. Vermette, Jr., Esq.<br>Litchfield Cavo<br>40 Tower Lane, Suite 200<br>Avon, CT 06001 |
| Karen L. Karpie, Esq.<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | Paul M. Clyons, Esq.<br>Safeco Insurance Company<br>P.O. Box 9011<br>New Britain, CT 06050 |

_____
John A. Barbieri, ct 06897
18 Cedar Street, P.O. Box 1445
New Britain, CT 06050
860-224-7119