

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson | Case No.: No. 302cv1688(CFD) |
| Plaintiffs, | |
| vs. | |
| Kathryn M. Lawson, Dean A. Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard | Dated: March 23, 2005 |
| Defendants. | |

### MOTION FOR SUMMARY JUDGMENT OF THE DEFENDANTS
### DAVID UNDERWOOD, BARBARA WILLARD, GARY WILLARD AND DEAN RUSTIC

Pursuant to Federal R Civ. P. 56(c), the Defendants, David Underwood, Barbara Willard, Gary Willard and Dean Rustic, respectfully move for Summary Judgment as to the Plaintiffs' Second Amended Complaint, dated November 18, 2002.

As is more particularly set forth in the attached supporting Memorandum of Law, and in the Memoranda of Law filed by the remaining Defendants herein, these Defendants are entitled to Judgment as a matter of law for the following reasons:

1. The Plaintiffs' claims of abuse of process fail as a matter of law;
2. These Defendants are entitled to absolute immunity with regard to Plaintiffs' claims of abuse of process;

3. The Plaintiffs' claim for violations of their Constitutional Rights, guaranteed by the First and Fourteenth Amendments of the United States Constitution, brought pursuant to t 42U.S.C.§1983 fail as a matter of law;

4. These Defendants are entitled to qualified immunity with regards to the Plaintiffs' claims for violation of their constitutional rights guaranteed by the First and Fourteenth Amendments to the United States Constitution, brought pursuant to 42U.S.C.§1983; and

5. The Plaintiff, Jeanette Hinkson's, claim of malicious prosecution fails as matter of law.

As required by D. Conn. L. Civ. R. 7 and 56(a), a Memorandum of Law, and a Statement of Material Facts Not In Dispute has been simultaneously filed herewith.

Wherefore, the Defendants respectfully request that this Court grant their Motion for Summary Judgment.

Defendants, David Underwood, Barbara Willard, Gary Willard and Dean Rustic

by _____
John A. Barbieri, Their Attorney
ct06897
18 Cedar Street
P.O. Box 1445
New Britain, CT 06050
(860)224-7119