FILED

2005 APR 28  A 9: 46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson )<br><br>Plaintiffs, )<br><br>vs. )<br><br>Kathryn M. Lawson, Dean A. Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard )<br><br>Defendants. ) | Case No.: No. 302cv1688(CFD)<br><br><br><br><br><br><br><br><br><br>Dated:  March 23, 2005 |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS, DAVID UNDERWOOD, BARBARA WILLARD, GARY WILLARD AND DEAN RUSTIC'S MOTION FOR SUMMARY JUDGMENT

### I.    BACKGROUND

The Plaintiffs, John J. Cassidy, William Cunningham, Jeanette Hinkson and Henry R. Syskowski, have brought this action against the Defendants herein, by way of an eight count Second Amended Complaint dated November 18, 2002.  The Second Amended Complaint alleges abuse of process, violations of the Plaintiffs' rights as guaranteed by the First and Fourteenth Amendments to the U.S. Constitution brought pursuant to 42 U.S.C.§1983, and malicious prosecution.

This Memorandum is filed in support of the Motion for Summary Judgment filed by the Defendants, David Underwood, Barbara Willard, Gary Willard and Dean Rustic.  These named Defendants fully adapt the Memoranda of Law filed by the Defendants, William Petit, Patrick Ringrose, Kathryn M. Lawson, Daniel Ciesielski, Ronald Pavano and Marliss Pavano herein and in support of their respective Motion for

Summary Judgment respectfully refer this Court to said Memoranda for the law and Court decisions as they apply to this case.

As the issues of this case have been fully briefed by other Defendants, these Defendants will refrain from duplicating the various memoranda already on file and request the Court to grant Summary Judgments in their favor.

Defendants, David Underwood, Barbara Willard, Gary Willard and Dean Rustic

by _____

John A. Barbieri, Their Attorney
ct06897
18 Cedar Street
P.O. Box 1445
New Britain, CT 06050
(860)224-7119

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing Motion for Summary Judgment, Affidavits of David Underwood, Gary Willard, Barbara Willard and Dean Rustic, the Memorandum of Law and the Local Rule 56(a) 1 Statement was mailed this 23rd day of March 2005, to:

William Barrante
P.O. Box 273
Watertown, CT 06795

Segal & Laska, LLC
63 East Main Street
Plainville, CT 06062

Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Charles E. Vermette, Jr., Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Karen L. Karpie, Esq.
350 Fairfield Avenue
Bridgeport, CT 06604

Paul M. Clyons, Esq.
Safeco Insurance Company
P.O. Box 9011
New Britain, CT 06050

John A. Barbieri, Esq.