

FILED

2005 APR 28  A 8: 45

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson ) ) ) Plaintiffs, ) ) vs. ) ) Kathryn M. Lawson, Dean A. Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard ) ) ) ) ) Defendants. ) | Case No.: No. 302cv1688(CFD)  DEFENDANT, DAVID UNDERWOOD, AFFIDAVIT |

I, David Underwood, having been duly sworn, do hereby depose and say:

1. That I am over eighteen years of age;
2. That I believe in the obligation of an oath;
3. On November 2, 2001, I, with others, filed a Complaint with the State Elections Enforcement Commission for the State of Connecticut;
4. I filed the Complaint because I believed Political advertisements in violation of the election laws were published in the November 2001 edition of the Plainville's Hometown Connection;
5. The Complaint alleged that the petitioning candidates, including Plaintiffs, John Cassidy, William Cunningham and Henry Syskowski, failed to include their addresses in their political advertisements as required by the election laws;

6. The Complaint did not name, reference, cite or allege that the 'notice' placed in the November 2001 edition of Plainville's Hometown Connection by Plaintiff Jeanette Hinkson was in violation of the election laws;

7. I had no knowledge as to who authored the 'notice' placed by Plaintiff Jeanette Hinkson in the November 2001 edition of the Plainville's Hometown Connection;

8. I did not appear as a witness against the Plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission or elsewhere;

9. I did not offer any evidence against the Plaintiffs, John Cassidy, William Cunningham, Henry Syskowski and Jeanette Hinkson, at any of the proceedings before the State Elections Enforcement Commission or elsewhere;

10. I did not have any further contact with the State Elections Enforcement Commission beyond the initial filing of the Complaint on November 2, 2001.

Dated on ~~February~~ March 18, 2005

_____
David Underwood

STATE OF CONNECTICUT    )
                        ) ss: Plainville
COUNTY OF HARTFORD      )

Subscribed and sworn to before me this 18th day of ~~February~~ March 2005.

_____
Notary Public
My Commission Expires

**LORETTA J. STRONG**
*NOTARY PUBLIC*
My Commission Expires Feb. 28, 2009