FILED

2005 APR 28 A 10:51

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

John J. Cassidy, et al                        Case No.: No. 302cv1688(CFD)

Plaintiffs,

vs.

Kathryn M. Lawson, et al

Defendants.                                 March 23, 2005

## LOCAL RULE 56(a) 1 STATEMENT

Pursuant to Rule 56(a) 1 of the Local Rules of Civil Procedure, the Defendants, David Underwood, Barbara Willard, Gary Willard and Dean Rustic, adopt the Rule 56(a) 1 Statements of the Defendants, Kathryn M. Lawson, William Petit, Patrick Ringrose, Daniel Ciesielski, Ronald Pavano, Sr. and Marliss Pavano, in support of their Motion for Summary Judgment as to the First, Fourth and Fifth Counts of the Complaint, with the following additions:

1. These Defendants filed the Complaint with the S.E.E.C. solely because they truly believed that there were violations of the Connecticut Election Laws committed. (See Affidavits of David Underwood, Barbara Willard, Gary Willard and Dean Rustic attached to their Motion for Summary Judgment.)

2. These Defendants did not appear as witnesses or offer any evidence against the Plaintiffs at any proceeding before the S.E.E.C. (See: Second amended Complaint, Count One paragraph 22; Deposition transcript of John Cassidy dated June 29, 2004, at pages 47 and 48; Deposition transcript of William Cunningham, dated June 30, 2004, at Page 75 both of which are attached as Exhibits of other Defendants.)

3. The contention of the Plaintiffs against all of the Defendants that the Defendants filed the S.E.E.C. Complaint to influence the outcome of the election and the referendum as based solely upon their assumptions that that was the reason for same and the Plaintiff, Henry Syskowski, does not believe the filing of the S.E.E.C. influenced the election or referendum.

4. None of the Plaintiffs can specifically identify any basis for their claims that the Defendants filed the S.E.E.C. Complaint as political payback for their opposition to the referendum.

5. The Plaintiffs contention that the Defendants filed the S.E.E.C. Complaint against them because of malicious intent directed to them personally is based solely upon their conclusions that such was the case.

6. The Plaintiff, Jeanette Hinkson's, only fact that the actions of the Defendants, David Underwood, Barbara Willard, Gary Willard and Dean Rustic, action constituted an abuse of process was the filing of the S.E.E.C. Complaint against persons other than herself.

7. All of the statement under Local Rule 56(a) 1 filed by all of the Defendants herein are hereby adopted by these Defendants as though repeated and stated in this Local Rule 56(a) 1 Statement.

Defendants, David Underwood,
Barbara Willard, Gary Willard and
Dean Rustic

by _____
John A. Barbieri, Esq.
ct06897
18 Cedar Street
P.O. Box 1445
New Britain, CT 06050
(860)224-7119