UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CASSIDY, ET AL.,<br>Plaintiffs | NO. 3:02cv1688(CFD) |
| v. | |
| KATHRYN M. LAWSON, ET AL.,<br>Defendants | APRIL 18, 2005 |

**PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT
RE: UNDERWOOD, WILLARD & RUSTIC**

Pursuant to Rule 56(a)2 of the Local Rules of Civil Procedure, the plaintiffs submit this statement in response to the Local Rule 56(a)1 Statement of defendants David Underwood, Barbara Willard, Gary Willard and Dean Rustic:

1. Denied in that it was not the only reason the complaint was filed.

2. Admitted.

3. Admitted with respect statement regarding plaintiff Syskowski; denied as to remainder of statement.

4. Denied.

5. Denied.

6. Denied.

7. Plaintiffs' responses to the Rule 56(a)1 statements of the other defendants are hereby adopted by plaintiffs as though repeated and stated in this Local Rule 56(a)2 Statement.

Plaintiffs now submit the following statement of disputed material facts:

1. The alleged violation of campaign finance laws was only a pretext for these defendants' filing of the SEEC Complaint, in that all these defendants were concerned about the passage of the Linden Street School referendum. (Deposition of Kathryn M. Lawson, 6/29/04, attached to plaintiffs' Memorandum of Law in opposition to summary judgment motion of defendants Petit, Ringrose and Marliss Pavano [hereafter "principal memorandum"] as **Exhibit 2** [hereafter Lawson Dep.], at 26-28).

2. The content of certain of the political advertisements was a major concern in bringing the SEEC Complaint. (Lawson Dep., at 30-32, 36, 41, 49).

3. The defendant David Underwood, as Republican town chairman, had a political animus against plaintiff Jeannette Hinkson, also a Republican, because of the publication of the political ads in the November 2001 issue of the Hometown Connection, of which plaintiff Hinkson was a principal. (Deposition of Jeannette Hinkson, 6/29/04, attached to principal memorandum as **Exhibit 5** [hereafter, Hinkson Dep.] at 35-36; Second Amended Complaint, Fourth Count).

4. The State Elections Enforcement Commission (SEEC) contended that the complaint against Jeannette Hinkson was brought by Kathryn M. Lawson and others, including defendants David Underwood, Barbara Willard, Gary Willard and Dean Rustic. (Letter from SEEC to Jeannette Hinkson, 11/13/01, attached to principal memorandum as **Exhibit 6**; letter from AAG Cobb to William Barrante, 11/6/03, **Exhibit 7**; SEEC

Findings and Conclusions re Jeannette Hinkson, **Exhibit 9**).

PLAINTIFFS

By /s/ William T. Barrante

William T. Barrante
Fed. Bar No. CT10677
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
E-mail: william.barrante @snet.net

## CERTIFICATE OF SERVICE

I certify that on April 20, 2005 a copy of the foregoing was mailed to counsel as set forth in the Certificate of Service at the end of plaintiffs' memorandum of law.

/s/ William T. Barrante

William T. Barrante

3