United States District Court
District of Connecticut
FILED AT / HARTFORD
4/21 20 05
Kevin F. Rowe, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CASSIDY, WILLIAM CUNNINGHAM, JOHN MASTRIANNI, JEANNETTE HINKSON, and HENRY R. SYSKOWSKI, JR.,<br>　　　　　　　　　　　Plaintiffs | NO. 3:02CV1688(CFD) |
| v. | |
| KATHRYN M. LAWSON, DEAN A RUSTIC, DAVID UNDERWOOD, DANIEL CIESIELSKI, WILLIAM PETIT, PATRICK RINGROSE, MARLISS PAVANO, RONALD PAVANO, SR., BARBARA WILLARD and GARY WILLARD,<br>　　　　　　　　　　　Defendants | APRIL 18, 2005 |

**PLAINTIFFS' MEMORANDUM OF LAW
IN OPPOSITION TO SUMMARY JUDGMENT MOTION
OF DEFENDANTS UNDERWOOD, WILLARD AND RUSTIC**

The plaintiffs submit this Memorandum of Law in opposition to the summary judgment motion of defendants David Underwood, Barbara Willard, Gary Willard and Dean Rustic. Plaintiffs hereby adopt all the facts and arguments presented in their Memorandum of Law (dated September 22, 2004) in opposition to the summary judgment motion of defendants Petit, Ringrose and Marliss Pavano (hereafter referred to as "Prin. Mem.") and all the exhibits attached to it. Plaintiffs also adopt the facts and arguments set forth in their memoranda of law in opposition to the summary judgment motions of the other defendants and the amicus curiae brief of the State Elections Enforcement Commission (SEEC).

It is important to understand that defendants' filing of the SEEC Complaint (Exhibit 1 to Prin. Mem.) was part of a campaign against the *Hometown Connection* newspaper. See Second Amended Complaint, First Count, par. 21. This is made more explicit in the Substitute Third Amended Complaint. All the defendants favored passage of the Linden Street School referendum. Kathryn M. Lawson Dep., Exhibit 2 to Prin. Mem., at 26-28. All the plaintiffs opposed it. One of the ads complained of (SEEC Complaint, Exhibit 1, page 17 ad) urged a "no" vote in the referendum. Other ads supported candidates, including plaintiffs Cassidy, Cunningham and Syskowski, who opposed the referendum. Although the main target of the Complaint was the newspaper, the plaintiffs Cassidy, Cunningham and Syskowski were hit as well.

Plaintiff Hinkson was a principal of the *Hometown Connection* and thus was also a target of the SEEC Complaint, even though not specifically named in it. Helen Bergenty, president of the newspaper company, was also not named in the Complaint, but she was cited and ultimately found not guilty by the SEEC. See SEEC Decision, Exhibit 8 to Prin. Mem. Defendants claim they did not direct the SEEC Complaint against plaintiff Hinkson, but inasmuch as the Complaint was directed at the newspaper, plaintiff Hinkson was a natural respondent. The SEEC letter to plaintiff Hinkson, advising her of the defendants' Complaint (Exhibit 6 to Prin. Mem.), tells Mrs. Hinkson that "Kathryn M. Lawson has filed a complaint against you" for alleged violation of campaign finance laws. The SEEC's decision in her case (Exhibit 9 to Prin. Mem.) lists the complainants as "Kathryn M. Lawson et al."

Also, the defendant David Underwood had a specific animus against both plaintiff Hinkson and Helen Bergenty for publishing the ads in question—this was expressed by him at a Republican Town Committee meeting after the publication of the newspaper. See Jeannette Hinkson Dep., Exhibit 5 to Prin. Mem., at 35-36.

If a purpose of the SEEC Complaint was to penalize the *Hometown Connection* because it published political advertisements that the defendants did not like, then there was certainly an improper ulterior purpose, supporting a claim for abuse of process. In the case of plaintiff Hinkson, because she prevailed before the SEEC, there is also a valid claim for malicious prosecution. (See legal citations set forth in the Prin. Mem.).

There are thus genuine issues of material fact that preclude the granting of summary judgment for defendants David Underwood, Barbara Willard, Gary Willard and Dean Rustic, as well as for the other defendants. The motion should be denied.

PLANTIFFS

By /s/ William T. Barrante
William T. Barrante
Fed. Bar No. CT10677
P.O. Box 273
Watertown, CT 06795
(860) 379-9885
Telefax (860) 738-4906
E-mail: william.barrante@snet.net

3

## CERTIFICATION

I hereby certify that on April 20, 2005, a copy of the foregoing was ~~telefaxed~~ *Mailed* to the following:

Mr. Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Miss Karen L. Karpie
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604

Mr. Charles E. Vermette, Jr.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Miss Jane R. Rosenberg
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Miss Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Mr. John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Mr. Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050-9948

William T. Barrante
Attorney for Plaintiffs
Fed. Bar No. CT10677

4