United States District Court
District of Connecticut
FILED AT HARTFORD

July 1, 2005

Kevin F. Rowe, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

JOHN J. CASSIDY ET AL
        Plaintiffs                    :    Civil Action No.
                                                  :    3:02 CV 1688 (CFD)

v.                                                 :

KATHRYN M. LAWSON ET AL               :    June 30, 2005
        Defendants

---

**APPEARANCE**

Please enter the appearance of Robert J. Sickinger as attorney for the defendant, William Petit, in this matter.

                                                      THE DEFENDANT
                                                      WILLIAM PETIT

                                                      BY _____
                                                      Robert J. Sickinger, His Attorney
                                                      Federal Bar #ct18425
                                                      Murphy and Karpie, LLC
                                                      350 Fairfield Avenue, Suite 408
                                                      Bridgeport, CT 06604
                                                      (203)333-0177
                                                       E-mail rjsickinger@sbcglobal.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

JOHN J. CASSIDY ET AL
    Plaintiffs                  :      Civil Action No.
                                                 3:02 CV 1688 (CFD)

v.                                             :

KATHRYN M. LAWSON ET AL        :      June 30, 2005
    Defendants

---

### CERTIFICATION

      I hereby certify that on June 30, 2005, I did serve a true copy of the foregoing Appearance to the following:

Kenneth John Laska, Esq.
Drawer A
63 East Main St.
Plainville, CT 06062

Beatrice S. Jordon, Esq.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114

John A. Barbieri, Esq.
P.O. Box 1445
New Britain, Ct 06050

Jane Rosenberg
Asst. Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Charles E. Vermette, Jr., Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Rodd Mantell, Esq.
700 Stanley Drive
P.O. Box 9011
New Britain, CT 06050-9948

William T. Barrante, Esq.
P.O. Box 273
Watertown, CT 06796

BY _____
Robert J. Sickinger, Esq.