UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN J. CASSIDY; WILLIAM CUNNINGHAM;
JOHN MASTRIANNI; JEANNETTE HINKSON;
HENRY R. SYSKOWSKI, JR.

      v.                                          CASE NO. 3:02CV1688(CFD)

KATHRYN M. LAWSON; DEAN A. RUSTIC
DAVID UNDERWOOD; DANIEL CIESIELSKI;
WILLIAM PETIT; MARLISS PAVANO;
RONALD PAVANO, SR.; BARBARA WILLARD;
GARY WILLARD; PATRICK RINGROSE
STATE ELECTIONS ENFORCEMENT COMM.

## **JUDGMENT**

      This action having come on for consideration of the defendants' motions for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

      The Court having considered the full record of the case including applicable principles of law and having filed a Ruling on September 29, 2005 granting the motions , it is therefore,

      ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

      Dated at Hartford, Connecticut, this 28th day of September, 2005.

                              KEVIN F. ROWE, Clerk

                              By _____
                                  Devorah Johnson
                                  Deputy Clerk

EOD_____