UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF CONNECTICUT

2005 NOV -9  A  9: 18

JOHN J. CASSIDY, WILLIAM CUNNINGHAM,
JOHN MASTRIANNI, JEANNETTE HINKSON

    Plaintiffs,

             v.

KATHRYN M. LAWSON, DEAN A. RUSTIC,
DAVID UNDERWOOD, DANIEL
CIESIELSKI, WILLIAM PETIT, PATRICK
RINGROSE, MARLISS PAVANO, RONALD
PAVANO, SR., BARBARA WILLARD and
GARY WILLARD

    Defendants.

CIVIL ACTION NO. 3:02CV1688(CFD)

NOVEMBER 8, 2005

## BILL OF COSTS

Pursuant to Local Rule 54, the Defendant, Kathryn Lawson, hereby submits the following
bill of costs:

    1.  Costs of the following deposition transcripts      **$2,524.61**
        attached to the Motion for Summary Judgment:
        Jeanette Hinkson, John Cassidy, Kathyrn Lawson
        William Cunningham, Henry Syskowski, William
        Petit, Patrick Ringrose, and Marliss Pavano

                DEFENDANT,
                KATHRYN LAWSON

        By:

             Charles E. Vermette, Jr.  (ct07434)
             Litchfield Cavo
             40 Tower Lane (Ste 200)
             Avon, CT  06001
             (860) 255-5577
             (860) 255-5566

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 8th day of November 2005

to:

William T. Barrante
P.O. Box 273
Watertown CT 06795

Kenneth John Laska
Segal & Laska, LLC
63 East Main Street
Plainville CT 06062

Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford CT 06114

Jane R. Rosenberg
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford CT 06106

Kevin R. Murphy
Karen L. Karpie
Murphy and Karpie
350 Franklin Avenue, Suite 408
Bridgeport CT 06604

John Barbieri
18 Cedar Street
P.O. Box 1445
New Britain CT 06050

David Underwood
4 Hittleman Court
Plainville CT 06062

Paul M. Clyons, Esq.
Law Offices of Heidi Zultowsky
700 Stanley Drive
P.O. Box 9011
New Britain, CT 06050-99489

Charles E. Vermette, Jr.

2

# **EXHIBIT  A**



**972 TOLLAND STREET**
**EAST HARTFORD, CT  06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Nizankiewicz*
*Robert Miller*

# $\mathcal{P}ast$ $\mathcal{D}ue$

CHARLES E. VERMETTE, JR., ESQUIRE
LAW OFFFICE OF CHARLES E. VERMETTE, JR.
40 TOWER LANE
SUITE 200
AVON, CT   06001

DATE     07/21/2004
INVOICE    35679
CLIENT      5452
REFERENCE BOR

Re: JOHN J. CASSIDY, ET AL    KATHRYN M. LAWSON, ET AL
Assignment Date: June 29, 2004

Deposition Of - JEANNETTE HINKSON

USDC OPPOSING COUNSEL                                    175.00

Deposition Of - JOHN J. CASSIDY

USDC OPPOSING COUNSEL                                    422.50
SHIPPING & HANDLING                                        6.00
                                                     ==========
                              Total Amount  $        603.50
                                       Tax  $         36.21
                               Total due  $         639.71

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

# INVOICE

## FRANCES R. TETI
### 170 SONSTROM ROAD
### BRISTOL, CT 06010
### 860-584-6571
CT LIC. 00076 ****************************SS # 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

## ON BEHALF OF A+ REPORTING SERVICES

************************************************************************************

TO:   LITCHFIELD CAVO                              INVOICE DATE: 08/05/04
      40 TOWER LANE
      SUITE 200
      AVON, CT 06001
      (ATTORNEY CHARLES VERMETTE, JR.)


RE:   06/29/04  DEPOSITION OF KATHRYN LAWSON (69 PGS)
                CASSIDY, ET AL. VS. LAWSON, ET AL. (3:02CV1688CFD)

************************************************************************************

|                   | TRANSCRIPT COPY | $ 155.25 |
|---|---|---|
|                   |                 | $        |
|                   |                 | $        |
|                   |                 | $        |
|                   | SUBTOTAL        | $ 155.25 |
|                   | SALES TAX       | $ 9.32   |
|                   | HANDLING        | $ 5.00   |
|                   | **TOTAL**       | **$ 169.57** |


### TOTAL DUE AND PAYABLE UPON RECEIPT
### THANK YOU


**Please tear off stub and return with payment.**

| | |
|---|---|
| DEPOSITION OF: | KATHRYN LAWSON |
| TAKEN ON: | 06/29/04 |
| CASE: | CASSIDY, ET AL VS. LAWSON, ET AL. |
| INVOICE DATE: | AUGUST 5, 2004 |
| INVOICE AMOUNT: | $ 169.57 |


*MAKE CHECK PAYABLE TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010*

ROBERT MILLER

NIZIANKIEWICZ & MILLER

*Reporting Services*

P. O. BOX 1772
HARTFORD, CT 06144-1772
(860) 257-4594

Nº  2291  M

TO:
Mr. Charles E. Vermette, Jr., Esq.
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, Ct. 06001

RE: John J. Cassidy, et al vs. Kathryn Lawson, et al
Dep. of Jeannette Hinkson
William Cunningham
Henry Syskowski

| DATE OF INVOICE | | | SS# 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 |
|---|---|---|---|
| 8/16/04 | For the transcript in the above entitled matter, held at Hartford, Ct. on 6/29/04 and 6/30/04. | | |
| | TRANSCRIPT FEES - | | $725.00 |
| | SHIPPING & HANDLING - | | $ 4.00 |
| | SALES TAX | | $ 43.50 |
| | | TOTAL - | $771.50 |
| | PLEASE RETURN INVOICE WITH THIS PAYMENT | | |



# NIZIANKIEWICZ & MILLER

972 TOLLAND STREET
EAST HARTFORD, CT  06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

CHARLES E. VERMETTE, JR., ESQUIRE
LAW OFFFICE OF CHARLES E. VERMETTE, JR.
40 TOWER LANE                          DATE        07/15/2004
SUITE 200                              INVOICE        35586
AVON, CT   06001                       CLIENT          5452
                                       REFERENCE DEC

Re: JOHN J. CASSIDY, ET AL   KATHRYN M. LAWSON, ET AL
Assignment Date: June 30, 2004

  Deposition Of - WILLIAM CUNNINGHAM

  USDC OPPOSING COUNSEL                              162.50

  Deposition Of - HENRY R. SYSKOWSKI, JR.

  USDC OPPOSING COUNSEL                              325.00
  SHIPPING & HANDLING                                  4.00
                                                ==========
                        Total Amount $           491.50
                                 Tax $            29.49
                           Total due $           520.99

  WE APPRECIATE YOUR BUSINESS!
  PAYMENT DUE UPON RECEIPT OF THIS INVOICE

                    NIZIANKIEWICZ & MILLER Reporting
                      Federal Tax Id#: 06-1113444
  CLIENT'S COPY

# INVOICE

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**
CT LIC. 00076 *****************************SS # 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

## ON BEHALF OF A+ REPORTING SERVICES

*****************************************************************************

TO:  LITCHFIELD CAVO                    INVOICE DATE:  06/30/04
     40 TOWER LANE
     SUITE 200
     AVON, CT 06001
     (ATTORNEY MELICENT THOMPSON)


RE:  06/23/04 DEPOSITION OF WILLIAM PETIT (64 PGS)
              DEPOSITION OF PATRICK RINGROSE (54 PGS)
              DEPOSITION OF MARLISS PAVANO (53 PGS)
              CASSIDY, ET AL. VS. LAWSON, ET AL. (3:02CV1688CFD)

*****************************************************************************

| | | |
|---|---|---|
| PETIT TRANSCRIPT E-TRANS | $ | 144.00 |
| RINGROSE TRANSCRIPT E-TRANS | $ | 121.50 |
| PAVANO TRANSCRIPT E-TRANS | $ | 119.25 |
| APPEARANCE | $ | 00.00 |
| SUBTOTAL | $ | 384.75 |
| SALES TAX | $ | 23.09 |
| HANDLING | $ | 15.00 |
| **TOTAL** | **$** | **422.84** |

*TOTAL DUE AND PAYABLE UPON RECEIPT*
*THANK YOU*

**Please tear off stub and return with payment.**

DEPOSITION OF:   WILLIAM PETIT, PATRICK RINGROSE, MARLISS PAVANO
TAKEN ON:        06/23/04
CASE:            CASSIDY, ET AL VS. LAWSON, ET AL.
AMOUNT PAID:

*MAKE CHECK PAYABLE TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010*