UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CASSIDY, WILLIAM CUNNINGHAM, JOHN MASTRIANNI, JEANNETTE HINKSON<br><br>    Plaintiffs,<br><br>    v.<br><br>KATHRYN M. LAWSON, DEAN A. RUSTIC, DAVID UNDERWOOD, DANIEL CIESIELSKI, WILLIAM PETIT, PATRICK RINGROSE, MARLISS PAVANO, RONALD PAVANO, SR., BARBARA WILLARD and GARY WILLARD<br><br>    Defendants. | CIVIL ACTION NO. 3:02CV1688(CFD)<br><br>NOVEMBER 14, 2005 |

## AMENDED BILL OF COSTS

Pursuant to Local Rule 54, the Defendant, Kathryn Lawson, hereby submits the following amended bill of costs specifying the number of pages in each deposition transcript:

1. Costs of the following deposition transcripts attached to the Motion for Summary Judgment: Jeanette Hinkson (210 p.), John Cassidy (169 p.), Kathyrn Lawson (66 p), William Cunningham (166 p.), Henry Syskowski (178 p.), William Petit (64 p.), Patrick Ringrose (51 p.), and Marliss Pavano (50 p.).   **$2,524.61**

            DEFENDANT,
            KATHRYN LAWSON


    By:  _____
            Charles E. Vermette, Jr.  (ct07434)
            Litchfield Cavo
            40 Tower Lane (Ste 200)
            Avon, CT  06001
            (860) 255-5577
            (860) 255-5566

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed this 14th day of November 2005 to:

| | |
|---|---|
| William T. Barrante<br>P.O. Box 273<br>Watertown CT 06795 | Kevin R. Murphy<br>Karen L. Karpie<br>Murphy and Karpie<br>350 Franklin Avenue, Suite 408<br>Bridgeport CT 06604 |
| Kenneth John Laska<br>Segal & Laska, LLC<br>63 East Main Street<br>Plainville CT 06062 | John Barbieri<br>18 Cedar Street<br>P.O. Box 1445<br>New Britain CT 06050 |
| Beatrice S. Jordan<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford CT 06114 | David Underwood<br>4 Hittleman Court<br>Plainville CT 06062 |
| Jane R. Rosenberg<br>Attorney General's Office<br>55 Elm Street<br>P.O. Box 120<br>Hartford CT 06106 | Paul M. Clyons, Esq.<br>Law Offices of Heidi Zultowsky<br>700 Stanley Drive<br>P.O. Box 9011<br>New Britain, CT 06050-99489 |

_____
Charles E. Vermette, Jr.