UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CASSIDY, ET AL | : | NO.: 302CV1688 (CFD) |
| v. | : | |
| KATHRYN M. LAWSON, ET AL | : | NOVEMBER 14, 2005 |

### DEFENDANTS, WILLIAM PETIT, PARTRICK RINGROSE AND MARLISS PAVANO'S BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, William Petit, Patrick Ringrose and Marliss Pavano, hereby submit their bill of costs in the above-captioned matter. On September 30, 2005, the Court (Droney, J.) granted the defendants' Motion for Summary Judgment. Thereafter, a judgment in favor of the defendants was entered by the Clerk on September 30, 2005. The plaintiffs have not appealed the judgment.

A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A** and made a part hereof.

A. Fees of the Court Reporter (D. Conn. L. Civ. R. 54(c)2(ii)):

    1.    Deposition Transcript of William Petit (taken on 6/23/04)
           Original & 1 copy (64 pages @ $2.25/page + $8.64 tax)    $152.64

    2.    Deposition Transcript of Patrick Ringrose (taken on 6/23/05)
           Original & 1 copy (54 pages @ $2.25/page + $7.29 tax)    $128.79

    3.    Deposition Transcript of Marliss Pavano (taken on 6/23/04)
Original & 1 copy  (53 pages @ $2.25/page + $7.16 tax)    $126.41

    4.    Deposition Transcript of Kathryn Lawson (taken on 6/29/04)
Original & 1 copy  (69 pages @ $2.25/page + $9.32 tax)    $164.57

    5.    Deposition Transcript of John Cassidy (taken on 6/29/04)
Original & 1 copy  (169 pages @ $3.50/page + $35.49 tax)    $629.99
Court Reporter Appearance Fee ($95.00 + $5.70 tax)    $100.70

    6.    Deposition Transcript of William Cunningham (taken on 6/30/04)
Original & 1 copy  (166 pages @ $3.50/page + $34.86 tax)    $615.86
Court Reporter Appearance Fee ($95.00 + $5.70 tax)    $100.70

    7.    Deposition Transcript of Jeanette Hinkson (taken on 6/29/04)
Original & 1 copy  (211 pages @ $3.50/page + $44.31 tax)    $782.81
Court Reporter Appearance Fee ($125.00 + $7.50 tax)    $132.50

    8.    Deposition Transcript of Henry Syskowski (taken on 6/30/04)
Original & 1 copy  (178 pages @ $3.50/page + $37.38 tax)    $660.38
Court Reporter Appearance Fee ($95.00 + $5.70 tax)    $100.70

B.    Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case (D. Conn. L. Civ. R. 54(c)3(iii)):

    1.    Exhibits Appended to Motion for Summary Judgment
(936 pages @ $0.15/page + $8.42 tax)    $148.82

C.  Fees for Removal of Action from State Court (D. Conn. L. Civ. R. 54(c)6(iii)):

  1.  Removal of Action from State Court (on 9/19/02)    $150.00

**TOTAL    $3,994.87**

DEFENDANTS,
WILLIAM PETIT, PATRICK RINGROSE
and MARLISS PAVANO


By____/s/_Beatrice S. Jordan_____
  Beatrice S. Jordan
  ct22001
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 14th day of November, 2005.

William T. Barrante
P.O. Box 273
Watertown, CT 06795

Charles E. Vermette, Jr., Esquire
Deborah E. Roser, Esquire
Melicent B. Thompson, Esquire
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001

Paul M. Clyons, Esquire
Law Offices, Heidi Zultowski
700 Stanley Drive
P.O. Box 9011
New Britain, CT 06050-9948

John A. Barbieri, Esquire
18 Cedar Street
P.O. Box 1445
New Britain, CT 06050

Kenneth J. Laska, Esquire
Segal & Laska, LLC
63 East Main Street
Plainville, CT 06062

Karen L. Karpie, Esquire
Murphy and Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

Jane R. Rosenberg, Esquire
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


                           /s/ Beatrice S. Jordan
                           Beatrice S. Jordan