UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CASSIDY, ET AL | : | NO.: 302CV1688 (CFD) |
| | : | |
| v. | : | |
| | : | |
| KATHRYN M. LAWSON, ET AL | : | NOVEMBER 14, 2005 |

## **VERIFICATION OF BEATRICE S. JORDAN**

I, Beatrice S. Jordan, being duly sworn, depose and say:

1. That I am over eighteen years of age and believe in the obligations of an oath;

2. I am a member of the Bar of the State of Connecticut and a member of the Bar of the United States District Court for the District of Connecticut;

3. I represented the defendants, William Petit, Patrick Ringrose and Marliss Pavano, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by these parties;

4. The items listed in the defendants' Bill of Costs are correct and have been necessarily incurred in the case, and that the services for which fees have been charged were actually and necessarily performed;

5. That the fees of the court reporter as set forth in the defendants' Bill of Costs are for the depositions transcripts appended as supporting exhibits to the defendants' summary judgment motion which was granted by the Court on September 29, 2005;

6. That the defendants have attached hereto, as **Exhibit A**, copies of all bills evidencing the expenses set forth in their Bill of Costs.

_____/s/ Beatrice S. Jordan_____<br>Beatrice S. Jordan

STATE OF CONNECTICUT   )
                       ) ss:  Hartford
COUNTY OF HARTFORD     )

Subscribed and sworn to before me this 14th day of November, 2005.

_____/s/ Lori Shelto_____<br><s>Commissioner of the Superior Court</s><br>Notary Public<br>My commission expires:  12/31/07

2

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**
*CT LIC. 00076* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**SS # 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*

**ON BEHALF OF A+ REPORTING SERVICES**

TO:   HOWD & LUDORF                               INVOICE DATE: 06/30/04
      65 WETHERSFIELD AVENUE
      HARTFORD, CT 06114-1190
      (ATTORNEY BEATRICE JORDAN)

RE:   06/23/04 DEPOSITION OF WILLIAM PETIT (64 PGS)
               DEPOSITION OF PATRICK RINGROSE (54 PGS)
               DEPOSITION OF MARLISS PAVANO (53 PGS)
               CASSIDY, ET AL. VS. LAWSON, ET AL. (3:02CV1688CFD)

```
           PETIT TRANSCRIPT COPY (64 PGS @ 2.25)          $  144.00
           RINGROSE TRANSCRIPT COPY (54 PGS @ 2.25)       $  121.50
           PAVANO TRANSCRIPT COPY (53 PGS @ 2.25)         $  119.25
           ASCII (3 @ 15.00 EA)                           $   45.00
                                      SUBTOTAL            $  429.75
                                      SALES TAX 6%        $   25.79
                                      SHIP/HAND (3 @ $5)  $   15.00
                                      ─────────────────────────────
                                      TOTAL               $  470.54
```

**TOTAL DUE AND PAYABLE UPON RECEIPT**
**THANK YOU**

DEPOSITION OF:   WILLIAM PETIT, PATRICK RINGROSE, MARLISS PAVANO
TAKEN ON:        06/23/04
CASE:            CASSIDY, ET AL VS. LAWSON, ET AL.
AMOUNT PAID:     470.54  9/23/04

*MAKE CHECK PAYABLE TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010*

Exhibit A

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**
**CT LIC. 00076 **************************SS # 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**

**ON BEHALF OF A+ REPORTING SERVICES**

TO:   HOWD & LUDORF                                INVOICE DATE: 08/05/04
      65 WETHERSFIELD AVENUE
      HARTFORD, CT 06114-1190
      (ATTORNEY BEATRICE JORDAN)

RE:   06/29/04  DEPOSITION OF KATHRYN LAWSON (69 PGS)
                CASSIDY, ET AL. VS. LAWSON, ET AL. (3:02CV1688CFD)

| | | |
|---|---|---:|
| TRANSCRIPT (69 PGS @ 2.25) | $ | 155.25 |
| ASCII (1 @ 15.00) | $ | 15.00 |
| SUBTOTAL | $ | 170.25 |
| SALES TAX 6% | $ | 10.22 |
| HANDLING (1 @ $5) | $ | 5.00 |
| TOTAL | $ | 185.47 |

*TOTAL DUE AND PAYABLE UPON RECEIPT*
*THANK YOU*

DEPOSITION OF:   KATHRYN LAWSON
TAKEN ON:        06/29/04
CASE:            CASSIDY, ET AL VS. LAWSON, ET AL.
INVOICE DATE:    AUGUST 5, 2004
INVOICE AMOUNT:  $185.47
PAID:            185.47  9-13-04

*MAKE CHECK PAYABLE TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010*

Exhibit A



**NIZIANKIEWICZ & MILLER**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

BEATRICE JORDAN, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190

DATE       07/21/2004
INVOICE       35683
CLIENT         3284
REFERENCE   BOR

Re: JOHN J. CASSIDY, ET AL    KATHRYN M. LAWSON, ET AL
Assignment Date: June 29, 2004

Deposition Of - JEANNETTE HINKSON - 70 PAGES @ $3.50
TRANSCRIPT ORIG. & 1                                              245.00

Deposition Of - JOHN J. CASSIDY - 169 pages @ $3.50
TRANSCRIPT ORIG. & 1                                              591.50
APPEARANCE FEE                                                     95.00
SHIPPING & HANDLING                                                 6.00
CONDENSED AND ASCII                                                30.00

                                    Total Amount $    967.50
                                Less Paid To Date $  1,025.55
                                              Tax $     58.05
                                        Total due $      0.00

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

Exhibit A



**NIZIANKIEWICZ MILLER &**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

BEATRICE JORDAN, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190

```
DATE        07/15/2004
INVOICE     35587
CLIENT      3284
REFERENCE   DEC
```

Re: JOHN J. CASSIDY, ET AL   KATHRYN M. LAWSON, ET AL
Assignment Date: June 30, 2004

```
Deposition Of - WILLIAM CUNNINGHAM - 65 pages @ $3.50
TRANSCRIPT ORIG. & 1                                          227.50

Deposition Of - HENRY R. SYSKOWSKI, JR - 130 pages @ $3.50
TRANSCRIPT ORIG. & 1                                          455.00
APPEARANCE FEE                                                 95.00
SHIPPING & HANDLING                                             4.00
CONDENSED AND ASCII                                            30.00
                                                         ===========
                                  Total Amount  $             811.50
                             Less Paid To Date  $             860.19
                                          Tax   $              48.69
                                    Total due   $               0.00
```

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

Exhibit A

ROBERT MILLER
NIZIANKIEWICZ & MILLER
*Reporting Services*
P.O. BOX 1772
HARTFORD, CT 06144-1772
(860) 257-4594

Nº 2292 M

TO: Ms. Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Ct. 06114

RE: John J. Cassidy, et al vs. Kathryn Lawson, et al
Dep. of Jeanette Hinkson
William Cunningham
Henry Syskowski

SS# 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

| DATE OF INVOICE | | |
|---|---|---|
| 8/16/04 | For the appearances and transcripts in the above entitled matter, held June 29 and June 30, 2004 at Hartford, Ct. | |
| | APPEARANCE FEE - (6/29) (Evening) | $ 125.00 |
| | APPEARANCE FEE - (6/30) | $ 95.00 |
| | 141 PAGES @ $3.50  TRANSCRIPT FEE - (Hinkson) | $ 493.50 |
| | 101 PAGES @ $3.50  TRANSCRIPT FEE - (Cunningham) | $ 353.50 |
| | 48 PAGES @ $3.50  TRANSCRIPT FEE - (Syskowski) | $ 168.00 |
| | SHIPPING & HANDLING - | $ 8.00 |
| | SALES TAX - | $ 74.10 |
| | TOTAL - | $1317.10 |

PLEASE RETURN INVOICE WITH THIS PAYMENT

Exhibit A



**Document Services**

Phone:(860) 278-1555   Fax:(860) 278-6612
Federal ID #:230334400

**TERMS: Net 10 Days**

| | | INVOICE | Page 1 |
|---|---|---|---|
| Invoice # | | | HAR072314 |
| Invoice Date | | | 09/01/2004 |
| Due Date | | | 09/11/2004 |
| Customer # | | | HAR-HOW6 |
| Order # | | | 04090010 |

SOLD TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

SHIP TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 09/01/2004 | LORELEI SHELTO | 134-16295 | STEVE PASSARO |
| Reference 2 | CASSIDY V. ~~RETIT~~ *Plainville* | Reference 3 | M/SJ |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 608 | Drilling - 2 HP/3 HP (per page | 1680 | 0.010 | 16.80 |
| 567 | C Litigation Copy | 1680 | 0.150 | 252.00 |
| | Exhibits | 936 | 0.15 | 140.40 |

23694

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 268.80 |
| Sales Tax: | 16.13 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **284.93** |

Received and approved by: _____   Date: _____

Exhibit A