# ONE Stop Copy Shop

Phone: 860-722-9992

750 Main Street
Hartford, CT 06103

Customer: Howd & Ludorf
Address: 65 Wethersfield Avenue
Phone: 249-1361    Fax: 249-7665

Ordered By: Lorelei

Client Matter# 140-14359
Gomez v. New London (depo Schroders)

Number of Copies ___1___    ☐ All Documents  ☐ Tagged Documents  ☐ Special Instructions

Date Due: 11/15    Time Due: 4:00p

## Oversize Prints
☐ Fold
☐ Roll
☐ Staple
☐ Reduce/Enlarge to: ___
☐ Mounted
☐ B/W    ☐ Color

## Miscellaneous
☐ Duplicate Document "AS IS"
☐ Convert 1 to 2    ☑ Copy 2 for 2    ☐ Convert 2 to 1
☐ Color for Color    ☐ Color to B/W    ☐ Size for Size
☐ Clip for Clip    ☐ Staple for Staple    ☑ Staple per Clip
☐ Bates Label Original/Copy  Starting Label _____
                Circle One
Post-Its-  ☑ Remove/Replace    ☐ Discard    ☐ Copy

## Binding
☐ GBC          ☐ Velo              ☐ 3 Ring Binder
☐ Acco         ☐ Spiral            ☐ Proclick
   ☐ Back Color _____    ☐ Binder Color _____

## Drilling
☐ Original    ☐ 2 Hole
☐ Copy        ☐ 3 Hole
☐ Original & Copy

## Audio/Video/Media
Duplicate:    Yes    No
Video Tapes   ☐     ☐
Audio Tapes   ☐     ☐
CD's          ☐     ☐
Diskettes     ☐     ☐

## Finishing
Box Documents: _____
Deliver Documents: _____

## Special Instructions
_____
_____
_____
_____
_____