UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL..,   NO. 3:02CV1688(CFD)

    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

    Defendants   NOVEMBER 18, 2005

## OBJECTION TO BILL OF COSTS

The defendants hereby object to the Bill of Costs, dated November 14, 2005, submitted by defendants William Petit, Patrick Ringrose and Marliss Pavano on the ground that it was not timely filed under Local Rule 54(a) (1) of the Local Rules of Civil Procedure, in that the expiration of the appeal period was October 31, 2005 and motions for costs are to be filed within ten (10) days of that date or by November 10, 2005.

PLAINTIFFS

By _____
William T. Barrante
P.O. Box 273
Watertown, CT 06795
Tel. (860) 274-0301
Fax 860-738-4906
E-mail:
william.barrante @snet.net

## CERTIFICATION

I hereby certify that on November 18, 2005, a copy of the foregoing was mailed to the following:

Mr. Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Miss Karen L. Karpie
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604

Mr. Charles E. Vermette, Jr.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Miss Jane R. Rosenberg
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Miss Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Mr. John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Mr. Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050-9948

William T. Barrante
Attorney for Plaintiffs
Fed. Bar No. CT10677

2