FILED

2005 NOV 23 P 1: 54

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CASSIDY, ET AL | : | NO.: 302CV1688 (CFD) |
| v. | : | |
| KATHRYN M. LAWSON, ET AL | : | NOVEMBER 23, 2005 |

## REPLY TO PLAINTIFFS' OBJECTION TO BILL OF COSTS

Contrary to the plaintiffs' assertions, the defendants, William Petit, Patrick Ringrose and Marliss Pavano, have timely filed their Bill of Costs. In their objection, the plaintiffs correctly note that, pursuant to Local Rule 54(a), the defendants' Bill of Costs was to be filed within ten (10) days of the expiration of the appeal period. The plaintiffs have, however, erroneously represent that the defendants' Bill of Costs would have been due on November 10, 2005.

Contrary to the plaintiffs' assertion, the defendants' Bill of Costs was not due on November 10, 2005. Rather, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, "[w]hen the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays **shall be excluded** in the computation." (Emphasis added.) Veterans Day is a recognized legal holiday under the Rules. See Fed. R. Civ. P. 6(a). Accordingly, the correct computation of the 10

ORAL ARGUMENT IS NOT REQUESTED

days allotted for the filing of the defendants' Bill of Costs excludes all intermediate weekend days, as well as November 11, 2005, Veterans Day. The correct computation of the time period prescribed for the filing of the defendants' Bill of Costs would, therefore, have been November 15, 2005.

However, the defendants' right to act in filing their Bill of Costs pursuant to Local Rule 54(a)1, is predicated upon the expiration of the appeal period, and specifically, the plaintiffs' failure to timely file a Notice of Appeal under Fed. R. App. P 4(a). Pursuant to Fed. R. Civ. P. 6(e), where a party's right to act is predicated upon service of a notice by the opposing party, an additional 3 days are to be added to the time period prescribe for the act. Here, the defendants could not file a Bill of Costs until such time as the plaintiffs failed to file, and serve upon the defendants, a timely notice of appeal, thereby triggering the lapse of the appeal period. Arguably, the plaintiffs had until the close of the Court on October 31, 2005, within which to file their Notice of Appeal, and service of which is required only to be made on the defendants by mail. Thus, the defendants would not be aware that their right to pursue costs was triggered based upon expiration of the appeal period and/or plaintiff's failure to timely appeal the judgment until a day or two later at the earliest. Accordingly, pursuant to Fed. R. Civ. P 6(e), an additional 3 days are added to the November 15, 2005 due date for the defendants' Bill of Costs, thereby rendering the same due on or before November 18, 2005.

2

To that end, the defendants mailed their Bill of Costs on November 14, 2005 to the Court and parties to the action. The defendants' Bill of Costs was docketed by the Court on November 16, 2005. The Bill of Costs is, therefore, timely.

WHEREFORE, the defendants respectfully request that their Bill of Costs be granted.

>DEFENDANTS,
>WILLIAM PETIT, PATRICK RINGROSE
>and MARLISS PAVANO
>
>By _____
>Beatrice S. Jordan
>ct22001
>Howd & Ludorf, LLC
>65 Wethersfield Avenue
>Hartford, CT  06114
>(860) 249-1361
>(860) 249-7665 (Fax)
>E-Mail: bjordan@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 23rd day of November, 2005.

William T. Barrante
P.O. Box 273
Watertown, CT 06795

Charles E. Vermette, Jr., Esquire
Deborah E. Roser, Esquire
Melicent B. Thompson, Esquire
Litchfield Cavo
40 Tower Lane
Suite 200
Avon, CT 06001

Paul M. Clyons, Esquire
Law Offices, Heidi Zultowski
700 Stanley Drive
P.O. Box 9011
New Britain, CT 06050-9948

John A. Barbieri, Esquire
18 Cedar Street
P.O. Box 1445
New Britain, CT 06050

Kenneth J. Laska, Esquire
Segal & Laska, LLC
63 East Main Street
Plainville, CT 06062

Karen L. Karpie, Esquire
Murphy and Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

Jane R. Rosenberg, Esquire
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Beatrice S. Jordan