UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson,<br>      Plaintiffs,<br><br>    vs.<br><br>Kathryn M. Lawson, Dean Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard,<br>      Defendants | Case No.: No. 302cv1688(CFD)<br><br><br><br><br><br><br>November 23, 2005 |

**<u>DEFENDANT, RONALD PAVANO, SR'S BILL OF COST</u>**

Pursuant to Local Rule 54(a), the defendant, Ronald Pavano, Sr. hereby submits his bill of cost in the above captioned matter.  On September 30, 2005, the Court (Droney, J.) granted the defendants' Motion for Summary Judgment.  Thereafter, a judgment in favor of the defendants was entered by the Clerk on September 30, 2005.  The plaintiffs have not appealed the judgment.

A verification pursuant to 28 U.S.C. §1924 is attached hereto as Exhibit A and made a part hereof.

   A   Fees of the Court Reporter (D. Conn. L.Civ. R. 54(c)2(ii)):

      1.  Deposition Transcript of Kathryn Lawson (taken on 6/29/04)
           Transcript E-Trans ($155.25 + tax $9.32)              $164.57

2. Deposition Transcript of William Petit, Patrick Ringrose, Marliss Pavano (taken on 6/23/04) Petit Transcript E-Trans ($144.00), Ringrose Transcript E-Trans ($121.50), Pavano Transcript E-Trans ($119.25) ($384.75 + $23.09 tax)  $407.84

3. Deposition Transcript of David Underwood (taken on 12/09/03) Transcript Copy ($99.00) and ASCII ($10.00) ($109.00 + $6.54 tax)  $120.54

4. Deposition Transcript of William Cunningham, USDC ($162.50) and Deposition Transcript of Henry R. Syskowski, Jr., USDC ($325.00) Shipping and Handling ($4.00), Tax ($29.49)  $520.99

5. Deposition Transcript of Jeannette Hinkson USDC ($175.00), Deposition Transcript of John J. Cassidy USDC ($422.50) Shipping and Handling ($6.00), Tax ($36.21)  $639.71

6. Transcript of Jeannette Hinkson, William Cunningham & William Syskowski ($725.00 + $43.50 tax)  $768.50

B. Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case (D.Conn. L. Civ. R. 54(c)3(iii)):

1. Photocopies of original documents in the possession of Litchfield Cavo  (12/5/03) $255.90 11x 17 copies ($10.20) Insert copies into folders and redwells ($40.00) Tax ($11.37) one half due by Segal & Laska, LLC  $162.23

C.

    1.   Pacer Service Center ($7.44 + $4.40 tax)     $11.84

        Total     $2,796.22

Defendant, Ronald Pavano, Sr.

By_____
    Kenneth John Laska
    Segal & Laska, LLC
    Drawer A
    Plainville, Connecticut 06062
    Office    (860) 747-2792
    Fax    (860) 747-8609
    E-Mail    kenneth.laska@snet.net
    Federal Bar Number ct00042

g:\wpfiles\litigation\pavanomarliss\motiontodismissbrief.doc

CERTIFICATION

I hereby certify that a copy of the foregoing Appearance was mailed postage prepaid to all parties listed below on the above date.

Ms. Beatrice S. Jordan
Attorney At Law
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Paul M. Clyons, Esq.
Law Office of Heidi Zultowsky
70 Stanley Drive
New Britain, Connecticut 06050

John A. Barbieri, Esq.
P.O. Box 1445
New Britain, Connecticut 06050

Karen L. Karpie
Attorney at Law
Murphy & Karpie
350 Fairfield Avenue
Bridgeport, Connecticut 06604

Charles E. Vermette, Jr.
Litchfield Cavo, Attorneys at Law
40 Tower Lane, Suite 200
Avon, Connecticut 06001

William T. Barrante, Esq.
Attorney At Law
P.O. Box 273
Watertown, Connecticut 06795

By _____
   Kenneth John Laska
   Segal & Laska, LLC
   Drawer A
   Plainville, Connecticut 06062
   Office    (860) 747-2792
   Fax      (860) 747-8609
   E-Mail    kenneth.laska@snet.net
   Federal Bar Number ct00042

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson,<br>　　　　Plaintiffs,<br><br>vs.<br><br>Kathryn M. Lawson, Dean Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard,<br>　　　　Defendants | Case No.: No. 302cv1688(CFD)<br><br><br><br><br><br><br>November 23, 2005 |

## **VERIFICATION OF KENNETH JOHN LASKA**

　　I, Kenneth John Laska, being duly sworn, depose and say:

1. That I am over eighteen years of age and believe in the obligations of an oath;

2. I am a member of the Bar of the State of Connecticut and a member of the Bar of the United States District Court for the District of Connecticut;

3. I represented, Ronald Pavano, Sr., in the above-captioned case and have knowledge of the facts of the case and the costs incurred by these parties;

4. The items listed in the defendant's Bill of Cost are correct and have been necessarily incurred in this case, and that the services for which fees have been charged were actually and necessarily performed;

5. That the fees of the court reporter as set forth in the defendant's Bill of Cost are for the deposition transcripts appended as supporting exhibits to the defendant's summary judgment motion which was granted by the Court on September 29, 2005;

6. That the defendant has attached hereto as Exhibit A, copies of all bills evidencing the expenses set forth in his Bill of Cost.

_____
Kenneth John Laska

STATE OF CONNECTICUT    )
                        ) ss:  Plainville
COUNTY OF HARTFORD      )

Subscribed and sworn to before me this 23rd  day of November, 2005.

_____
Amy E. Lemanski
Notary Public
State of Connecticut
My Commission Expires:  1/31/2008

# EXHIBIT A

Segal & Laska LLC / Attorneys at Law / 63 East Main Street / Plainville, Connecticut 06062

# PACER SERVICE CENTER

U.S. COURTS – PACER • P.O. BOX 277773 • ATLANTA, GA 30384-7773

| | | |
|---|---|---|
| **LOGIN ID:** | SL0852 | Kenneth Laska |
| **BILLING DATE:** | 07/07/2005 | Segal & Laska, LLC |
| **BILLING CYCLE:** | 04/01/05-06/30/05 | 860-747-2792 |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login ID on your check. For your information, the PACER Service Center's Federal tax identification number is **74-2747938**. To make payment by credit card, change account information, or view transaction details for this statement, visit the "Account Information" Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P. O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the PACER Service Center at (210) 301-6441. In your correspondence provide us with your name, login ID, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the PACER Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than the due date. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800) 676-6856 or (210) 301-6440.*

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | $0.00 |
| Number of PACER-Net Transactions : | 10 |
| PACER-Net Billing Rate: | $0.08 / Page |
| PACER-Net Total Web Pages: | 55 |
| *PACER-Net Charges:* | $4.40 |

| | |
|---|---|
| **Previous Balance:** | $7.44 |
| **Current Charges:** | $4.40 |
| **Total Amount Due:** | $11.84 |

# INVICE

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**
CT LIC. 00076 ****************************SS # 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



## ON BEHALF OF A+ REPORTING SERVICES

*****************************************************************************

TO:   SEGAL & LASKA                               INVOICE DATE: 06/30/04
      63 EAST MAIN STREET
      DRAWER A
      PLAINVILLE, CT 06062
      (ATTORNEY KENNETH LASKA)


RE:   06/23/04 DEPOSITION OF WILLIAM PETIT (64 PGS)
               DEPOSITION OF PATRICK RINGROSE (54 PGS)
               DEPOSITION OF MARLISS PAVANO (53 PGS)
               CASSIDY, ET AL. VS. LAWSON, ET AL. (3:02CV1688CFD)

*****************************************************************************

|   |   |
|---|---|
| PETIT TRANSCRIPT E-TRANS | $ 144.00 |
| RINGROSE TRANSCRIPT E-TRANS | $ 121.50 |
| PAVANO TRANSCRIPT E-TRANS | $ 119.25 |
| APPEARANCE | $ 00.00 |
| SUBTOTAL | $ 384.75 |
| SALES TAX | $ 23.09 |
| HANDLING | $ 00.00 |
| TOTAL | $ 407.84 |

1023201 = $203.92
1023202 = $203.92

**TOTAL DUE AND PAYABLE UPON RECEIPT**
**THANK YOU**

Please tear off stub and return with payment.


DEPOSITION OF:   WILLIAM PETIT, PATRICK RINGROSE, MARLISS PAVANO
TAKEN ON:        06/23/04
CASE:            CASSIDY, ET AL VS. LAWSON, ET AL.
AMOUNT PAID:

MAKE CHECK PAYABLE TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010

# INVOICE

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**
CT LIC. 00076 *****************************SS # 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

## ON BEHALF OF A+ REPORTING SERVICES

********************************************************************************

TO:   SEGAL & LASKA                    INVOICE DATE: 08/06/04
      63 EAST MAIN STREET
      DRAWER A
      PLAINVILLE, CT 06062
      (ATTORNEY KENNETH LASKA)

RE:   06/29/04  DEPOSITION OF KATHRYN LAWSON (69 PGS)
                CASSIDY, ET AL. VS. LAWSON, ET AL. (3:02CV1688CFD)

********************************************************************************

|                       |           |
|-----------------------|-----------|
| TRANSCRIPT  E-TRANS   | $ 155.25  |
|                       | $         |
|                       | $         |
|                       | $         |
|                       | $         |
| SUBTOTAL              | $ 155.25  |
| SALES TAX             | $   9.32  |
| HANDLING              | $  00.00  |
| TOTAL                 | $ 164.57  |

**TOTAL DUE AND PAYABLE UPON RECEIPT**
**THANK YOU**

*Please tear off stub and return with payment.*

DEPOSITION OF:    KATHRYN LAWSON
TAKEN ON:         06/29/04
CASE:             CASSIDY, ET AL VS. LAWSON, ET AL.
INVOICE DATE:     AUGUST 6, 2004
INVOICE AMOUNT:   $164.57

MAKE CHECK PAYABLE TO:  FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010

# INVOICE

**FRANCES R. TETI**
**170 SONSTROM ROAD**
**BRISTOL, CT 06010**
**860-584-6571**

CT LIC. 00076 *****************************SS # 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

## ON BEHALF OF A+ REPORTING SERVICES

******************************************************************************

TO:   SEGAL & LASKA                           INVOICE DATE: 01/23/04
      63 EAST MAIN STREET
      DRAWER A
      PLAINVILLE, CT 06062
      (ATTORNEY KENNETH JOHN LASKA)

RE:   12/09/03  DEPOSITION OF DAVID UNDERWOOD (44 PGS)
                CASSIDEY, ET AL VS. LAWSON, ET AL (3:02CV1688(CFD))

******************************************************************************

| | | |
|---|---|---|
| TRANSCRIPT COPY | $ | 99.00 |
| APPEARANCE | $ | .00 |
| ASCII | $ | 10.00 |
| | $ | |
| SUBTOTAL | $ | 109.00 |
| SALES TAX | $ | 6.54 |
| HANDLING | $ | 5.00 |
| TOTAL | $ | 120.54 |

TOTAL DUE AND PAYABLE UPON RECEIPT
THANK YOU

*Please tear off stub and return with payment.*

DEPOSITION OF:   DAVID UNDERWOOD
TAKEN ON:        12/09/03
CASE:            CASSIDY, ET AL. VS. LAWSON, ET AL.
AMOUNT PAID:

MAKE CHECK PAYABLE TO: FRANCES TETI, 170 SONSTROM ROAD, BRISTOL, CT 06010

**ROBERT MILLER**
**NIZIANKIEWICZ & MILLER**
*Reporting Services*
P. O. BOX 1772
HARTFORD, CT 06144-1772
(860) 257-4594

№ 2293

TO:
Mr. Kenneth Laska, Esq.
Segal & Laska
63 East Main Street
Plainville, Ct. 06062

RE: John J. Cassidy, et al vs. Kathryn Lawson, et al
Dep. of Jeannette Hinkson
William Cunningham
Henry Syskowski

DATE OF INVOICE

SS# 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

| 8/16/04 | For the transcripts in the above entitled matter, held at Hartford, Ct. on June 29/June 30, 2004. | |
|---|---|---|
| | TRANSCRIPT FEE - | $725.00 |
| | SALES TAX - | $ 43.50 |
| | TOTAL - | $768.50 |

RECEIVED AUG 19 2004

PLEASE RETURN INVOICE WITH THIS PAYMENT




**972 TOLLAND STREET**
**EAST HARTFORD, CT 06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

```
KENNETH JOHN LASKA, ESQUIRE
SEGAL & LASKA
63 EAST MAIN STREET                             DATE       07/21/2004
PLAINVILLE, CT  06062                           INVOICE       35680
                                                CLIENT         1343
                                                REFERENCE  BOR


Re: JOHN J. CASSIDY, ET AL    KATHRYN M. LAWSON, ET AL
Assignment Date: June 29, 2004


  Deposition Of - JEANNETTE HINKSON

  USDC OPPOSING COUNSEL                                      175.00

  Deposition Of - JOHN J. CASSIDY

  USDC OPPOSING COUNSEL                                      422.50
  SHIPPING & HANDLING                                          6.00
                                                        ==========
                                     Total Amount $         603.50
                                             Tax $           36.21
                                       Total due $          639.71

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```



CLIENT'S COPY

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444



**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972



*Daniel S. Niziankiewicz*
*Robert Miller*

```
KENNETH JOHN LASKA, ESQUIRE
SEGAL & LASKA
63 EAST MAIN STREET                          DATE      07/15/2004
PLAINVILLE, CT  06062                        INVOICE      35588
                                             CLIENT        1343
                                             REFERENCE DEC


Re: JOHN J. CASSIDY, ET AL    KATHRYN M. LAWSON, ET AL
Assignment Date: June 30, 2004


  Deposition Of - WILLIAM CUNNINGHAM

  USDC OPPOSING COUNSEL                                  162.50

  Deposition Of - HENRY R. SYSKOWSKI, JR.

  USDC OPPOSING COUNSEL                                  325.00
  SHIPPING & HANDLING                                      4.00
                                                     ==========
                                  Total Amount $        491.50
                                          Tax $          29.49
                                    Total due $         520.99


WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```



NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY


**TMG**
Document Solutions

Please Pay From This Invoice
Make check payable to TMG Document Solutions

| DATE | INVOICE# |
|---|---|
| 11/5/2003 | 18695 |

ORDERED BY

Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

| REF. CASE # | DUE DATE | REP | ORDERED BY | FEDERAL ID # |
|---|---|---|---|---|
| Direct Pay | 12/5/2003 | CPS | Patti White | 061416122 |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| Copy originals x 2, staple for staple, clip for clip | 1,706 | 255.90T |
| 11 x 17 copies | 34 | 10.20T |
| Insert copies into folders and redwells | | 40.00T |
| CT SALES TAX | | 18.37 |

As of April 15, 2002 there will be a minimum charge of $5.00 per invoice.

**TOTAL** $324.47

Received By: Patti White

Date:

Thank You For Choosing TMG, Inc.
Your signature below assures that all work was performed and is satisfactory. Any invoice or any portion of any invoice remaining unpaid for a period of 30 days after payment is due shall be subject to a service charge of 1% per day, or the maximum allowable by law.

150 Trumbull Street
Hartford, CT 06103
T: 860-249-6699
F: 860-249-6831

www.tmgdocuments.com