UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,           NO. 3:02CV1688(CFD)
          Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

          Defendants           NOVEMBER 28, 2005

**NOTICE OF MANUAL FILING**

Plaintiffs' undersigned counsel hereby gives notice that he has filed manually plaintiffs' Response to defendants' Reply to plaintiffs' Objection to Bill of Costs, because he does not have the software that would enable him to create the foregoing as a PDF document.

          PLAINTIFFS

          By _____
          William T. Barrante
          Fed. Bar No. CT10677
          P.O. Box 273
          Watertown, CT 06795
          (860) 379-9885
          Telefax (860) 738-4906
          E-mail: william.barrante@snet.net

## CERTIFICATION

I certify that on November 28, 2005, a copy of the above was mailed to:

Atty. Beatrice S. Jordan
65 Wethersfield Avenue
Hartford, CT 06114

Atty. Charles E. Vermette, Jr.
40 Tower Lane, Ste 200
Avon, CT 06001

Atty. John Barbieri
P.O.Box 1445
New Britain, CT 06050

Atty. Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Atty. Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050

Atty. Karen L. Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

_____
William T. Barrante

2