UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL..,    NO. 3:02CV1688(CFD)

    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

    Defendants    DECEMBER 2, 2005

## OBJECTION TO BILL OF COSTS
## OF DEFENDANT RONALD PAVANO

The plaintiffs hereby object to the Bill of Costs, filed November 29, 2005, submitted by defendant Ronald Pavano on the ground that it was not timely filed under Local Rule 54(a)(1) of the Local Rules of Civil Procedure and Rule 6(a) of the Federal Rules of Civil Procedure, in that the expiration of the appeal period was October 31, 2005 and thus the Motion for Costs was to be filed on or before November 15, 2005, and also because defendant Pavano's counsel failed to send a copy of his Bill of Costs to plaintiffs' counsel as required by Rule 5 of the Federal Rules of Civil Procedure.