UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL..,                NO. 3:02CV1688(CFD)

    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

    Defendants                DECEMBER 3, 2005

**AMENDED OBJECTION TO BILL OF COSTS
OF DEFENDANT RONALD PAVANO**

The plainttiffs hereby object to the Bill of Costs, filed November 29, 2005, submitted by defendant Ronald Pavano on the ground that it was not timely filed under Local Rule 54(a) (1) of the Local Rules of Civil Procedure and Rule 6(a) of the Federal Rules of Civil Procedure, in that the expiration of the appeal period was October 31, 2005 and thus the Motion for Costs was to be filed on or before November 15, 2005. The envelope for this Bill of Costs was postmarked November 28, 2005 and was not deposited into the undersigned counsel's Post Office box until after he checked his mail on December 2, 2005.

PLAINTIFFS

By _____
William T. Barrante
P.O. Box 273
Watertown, CT 06795
Tel. (860) 274-0301
Fax 860-738-4906
E-mail:
william.barrante @snet.net

## CERTIFICATION

I hereby certify that on December 5, 2005 a copy of the foregoing was mailed to the following:

Attorney Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Attorney Charles E. Vermette, Jr.
Litchfield Cavo
40 Tower Lane
Avon, CT 06001

Attorney Karen L. Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

Attorney John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Attorney Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050

_____
William T. Barrante

2