UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| John J. Cassidy, William Cunningham, John Mastrianni, Jeannette Hinkson,<br>    Plaintiffs,<br><br>vs.<br><br>Kathryn M. Lawson, Dean Rustic, David Underwood, Daniel Ciesielski, William Petit, Patrick Ringrose, Marliss Pavano, Ronald Pavano, Sr., Barbara Willard, and Gary Willard,<br>    Defendants | Case No.: No. 302cv1688(CFD)<br><br><br><br><br>December 9, 2005<br><br><br><br>Defendant Ronald Pavano<br>Response to Plaintiffs Objection to<br>Defendant's Bill of Costs |

The local rules provide that "Any party who seeks costs in the District Court shall, within ten (10) days after the District Court judgment becomes final due to the expiration of the appeal period, as defined by Fed.R.App.P. Rule 4," RULE 54 (1)

Underneath Federal Rules of Administrative Procedure 4(a)(1), the last day for taking an appeal was October 31, 2005. However pursuant to Federal Rules of Appellate Procedure 4(a)(5), "The district court may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause." Thus the Plaintiffs had the right upon a finding of excusable neglect or good cause to extend the Appeal period to November 29, 2005. Truett v. Johns-Manville Sales Corp., 725 F.2d 1301 (11th Cir. 02/10/1984)

-1-

Therefore the judgment in this matter became final on November 30, 2005, the date that all appeal periods expired. A judgment becomes final by appeal or by expiration of the time for appeal. 28 USC 1963, Pratt v. Greiner, 306 F.3d 1190, 1194 (C.A.2 (N.Y.), 2002).

The Bill of Cost filed by the Defendant Ronald Pavano on November 23, 2005 was filed within the time that the judgment was final, that is before November 30, 2005. Therefore the Defendant Ronald Pavano request that the Court deny the objection filed by the Plaintiffs.

DEFENDANT
RONALD PAVANO

By_____
Kenneth John Laska
Segal & Laska, LLC
Drawer A
63 east Main Street
Plainville, Connecticut 06062
Office       (860) 747-2792
Fax          (860) 747-8609
E-Mail       kenneth.laska@snet.net
Federal Bar Number ct00042

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion was mailed postage prepaid to all parties listed below on the above date.

Ms. Beatrice S. Jordan
Attorney At Law
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Paul M. Clyons, Esq.
Law Office of Heidi Zultowsky
70 Stanley Drive
New Britain, Connecticut 06050

John A. Barbieri, Esq.
P.O. Box 1445
New Britain, Connecticut 06050

Ms. Jane Rosenberg
Assistant Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, Connecticut 06106-0120

Karen L. Karpie
Attorney at Law
Murphy & Karpie
350 Fairfield Avenue
Bridgeport, Connecticut 06604

Charles E. Vermette, Jr.
Litchfield Cavo, Attorneys at Law
40 Tower Lane, Suite 200
Avon, Connecticut 06001

William T. Barrante, Esq.
Attorney At Law
P.O. Box 273
Watertown, Connecticut 06795

By _____
Kenneth John Laska
Segal & Laska, LLC
Drawer A
63 East Main Street
Plainville, Connecticut 06062
Office      (860) 747-2792
Fax         (860) 747-8609
E-Mail      kenneth.laska@snet.net
Federal Bar Number ct00042