

2005 DEC 28 A 11:03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,                    NO. 3:02CV1688(CFD)

        Plaintifffs

v.

KATHRYN M. LAWSON, ET AL.,

        Defendants                     DECEMBER 27, 2005

**PLAINTIFFS' REPLY TO RESPONSE
OF DEFENDANT RONALD PAVANO
TO OBJECTION TO BILL OF COSTS**

By a Response dated December 9, 2005, counsel for defendant Ronald Pavano asserts that his Bill of Costs, filed on November 29, 2005, was timely filed because he had until ten days after November 30, 2005 to file it because plaintiffs, if they wanted to, could have requested until November 29 to file an appeal. In their Objection to this Bill of Costs, plaintiffs contend that the filing deadline was November 15, 2005, because the expiration of the time in which plaintiff could appeal was October 31, 2005 and Local Rule 54(1) and Rule 6 of the Federal Rules of Civil Procedure, when read together, gave defendant Pavano 10 days—not counting Saturdays, Sundays and Veterans Day—to file his Bill of Costs. That would give him until November 15, 2005. Even if we accept Attorney Jordan's calculations, the deadline would have been November

18, 2005.

    Defendant Pavano claims that because plaintiffs **could have** requested an extension of time in which to file an appeal, that unrequested period of time should be regarded as if it were in fact both requested **and** granted. However, the fact is that plaintiffs did not request an extension of time and their right to appeal expired on October 31, 2005. That is the day on which the time period for filing the bill of costs began. The cases cited by defendant Pavano do not support his argument. *Truett v. Johns-Manville Sales Corp.*, 725 F.2d 1301 (11th Cir. 1984), has nothing to do with the filing of a bill of costs. *Pratt v. Greiner*, 306 F.3d 1190, 1194-1195 (2d Cir. 2002), concerns the statute of limitations for filing a writ of habeas corpus under the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. Section 2244(d). Neither of these cases supports the notion that an unrequested period of time must be added to an appeal period.

    Plaintiffs' Objection to the Bill of Costs of defendant Ronald Pavano should be sustained.

PLAINTIFFS,

By /s/ William T. Barrante
William T. Barrante
P.O. Box 273
Watertown, CT 06795
(860) 274-0301
Fax (860) 738-4906
Fed. Bar No. CT10677

2

## CERTIFICATION

I hereby certify that on December 28, 2005, a copy of the foregoing was mailed to the following:

Attorney Beatrice S Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Attorney Kenneth J. Laska
Drawer A, 63 E. Main St.
Plainville, CT 06062

Attorney Charles Vermette, Jr.
Litchfield Cavo
40 Tower Lane. Suite 200
Avon, CT 06001

Attorney Karen L. Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

Attorney John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Attorney Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050

_____
William T. Barrante

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,                    NO. 3:02CV1688(CFD)
        Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

        Defendants                    DECEMBER 27, 2005

### NOTICE OF MANUAL FILING

Plaintiffs' undersigned counsel hereby gives notice that he has filed manually plaintiffs' Reply to defendant Ronald Pavano's Response to the Objection to Bill of Costs of defendant Ronald Pavano, because he does not have the software that would enable him to create the foregoing as a PDF document.

                PLAINTIFFS,

                By _____
                William T. Barrante
                Fed. Bar No. CT10677
                P.O. Box 273
                Watertown, CT 06795
                (860) 379-9885
                Telefax (860) 738-4906
                E-mail: william.barrante @snet.net

CERTIFICATION

I certify that on December 28, 2005, a copy of the above was mailed to:

Atty. Beatrice S. Jordan
65 Wethersfield Avenue
Hartford, CT 06114

Atty. Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Atty. Charles E. Vermette, Jr.
40 Tower Lane, Ste 200
Avon, CT 06001

Atty. Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050

Atty. John Barbieri
P.O.Box 1445
New Britain, CT 06050

Atty. Karen L. Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

_____
William T. Barrante

2