UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,           NO. 3:02CV1688(CFD)

    Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

    Defendants           JULY 23, 2007

## MOTION FOR RELEASE OF BOND FUNDS

The plaintiffs represent as follows:

(1) On April 5, 2007 the court (Droney, J.) approved the Bill of Costs of defendant Kathryn M. Lawson (No. 127).

(2) Early in this case the plaintiffs filed with the court a bond for costs in the amount of $500.00.

Wherefore, the plaintiffs move that the funds from the bond in the amount of $500.00 be released and sent to defendant Kathryn M. Lawson's counsel, Litchfield Cavo, Trustee, 40 Tower Lane, Suite 200, Avon, CT 06001.

PLANTIFFS

By /s/ William T. Barrante
William T. Barrante (CT10677)
P.O. Box 273
Watertown, CT 06795
(860) 274-0301
Fax (806) 738-4906
Email: william.barrante@snet.net

## CERTIFICATION

In hereby certify that on July 23, 2007, a copy of the foregoing was mailed to defendants' counsel, as follows:

Attorney Charles E. Vermette, Jr.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Attorney John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Attorney Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Attorney Karen L. Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

Attorney Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050

_____
William T. Barrante

2