UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN J. CASSIDY, ET AL.,				NO. 3:02CV1688(CFD)

        Plaintiffs

v.

KATHRYN M. LAWSON, ET AL.,

        Defendants				JULY 23, 2007

## NOTICE OF MANUAL FILING

The plaintiffs hereby give notice that they have filed the accompanying Motion for Release of Bond Funds manually, because the undersigned counsel does not have the software equipment for pdf formatting.

                                              PLAINTIFFS

                                      By _____
                                              William T. Barrante (CT10677)
                                              P.O. Box 273
                                              Watertown, CT 06795
                                              (860) 274-0301
                                              Fax (860) 738-4906
                                              Email: william.barrante @snet.net

## CERTIFICATION

In hereby certify that on July 23, 2007. a copy of the foregoing was mailed to defendants' counsel, as follows:

Attorney Charles E. Vermette, Jr.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Attorney John A. Barbieri
P.O. Box 1445
New Britain, CT 06050

Attorney Kenneth John Laska
Drawer A, 63 East Main Street
Plainville, CT 06062

Attorney Karen L. Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

Attorney Paul M. Clyons
P.O. Box 9011
New Britain, CT 06050

_____
William T. Barrante

2